## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

HELEN MONROE, Administrator of the
Estate of REGINA ROMERO, Deceased,

                    Plaintiff,

      v.

UNITED STATES OF AMERICA,

                   Defendants.

No.    04 CV 7358

### Final Pretrial Order

This matter coming before the Court for Pretrial conference pursuant to Fed.R.Cir.P.16 and Mr. Kenneth T. Lumb, Corboy & Demetrio, P.C., 33 North Dearborn Street, Suite 2100, Chicago, Illinois 60602, (312) 346-3191 and Ms. Gina E. Brock, Assistant United States Attorney, Northern District of Illinois, Dirksen Federal Building, 219 South Dearborn Street, Fifth Floor, Chicago, Illinois 60604 (312) 353-7919, having appeared as counsel for the plaintiff and defendant, respectively, the following actions were taken:

1.      This case arises under the Federal Tort Claims Act (FTCA), 28 U.S.C. 2671. Plaintiff is the Administrator of the Estate of Regina Romero, deceased, and alleges that Regina Romero suffered personal injury from negligent medical care on and after July 18, 2001, leading to her death September 5, 2001. This Court's jurisdiction is invoked pursuant to the FTCA, 28 U.S.C. 1346(b). Jurisdiction is not disputed.

2. The following stipulations and statements were submitted and are attached to and made part of this Order:

    a.   A comprehensive stipulation or statement of all uncontested facts, which will become a part of the evidentiary record in this case is attached as Schedule A;

    c.   Except for rebuttal exhibits, schedules in the form set out in the attached Schedule C of
       i.  All Exhibits;

    d.   A list of names and addresses of the potential witnesses to be called by each party, with a statement of any objections to calling or to the qualifications of any witness identified on the list is attached as Schedule D;

    e.   Stipulations or statements setting forth the qualifications of each expert witness is attached as Schedule E;

    f.   A list of all depositions or portions thereof, to be read into evidence and statements of any objections thereto is attached as Schedule F.

3. Trial of this case is expected to take 3-5 days. It will be listed on the trial calendar to be tried when reached.

4. This is a non-jury trial.

5. The parties agree that the issues of liability and damages should not be bifurcated for trial.

6. The parties do not consent to this case being reassigned to a Magistrate Judge for the trial.

7. This Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

8.   Possibility of settlement of this case was considered to be remote by the parties.


_____                    _____
Date                                        United States District Judge


By:   Attorney for Plaintiff
      Mr. Kenneth T. Lumb
      Corboy & Demetrio, P.C.
      33 North Dearborn Street
      Suite 2100
      Chicago, Illinois 60602
      (312) 346-3191


      s/Gina E. Brock
_____
By:   Attorney for Defendant
      Ms. Gina E. Brock
      Assistant United States Attorney
      Northern District of Illinois
      Dirksen Federal Building
      219 South Dearborn Street
      Fifth Floor
      Chicago, Illinois 60604
      (312) 353-7919

**Schedule A: Agreed Stipulations**

**Parties**

1. Plaintiff, Helen Monroe, is the mother and duly appointed Administrator of the Estate of Regina Romero, deceased.

2. In 2001, Regina Romero was a beneficiary of the U.S. Department of Veterans Affairs (VA) and entitled to receive medical care at VA facilities.

3. In 2001, the VA Medical Center, Westside Division, now know as Jesse Brown VA Medical Center, was owned and operated by an agency of the United States.

4. Regina Romero died on September 5, 2001, and is survived by her son, Gilbert Romero (DOB: 6/21/76) and daughter, Christine Czmil (DOB: 7/22/88).

**Jurisdiction**

5. This medical negligence case, Wrongful Death and Survival Act cases, arises under the Federal Tort Claims Act (FTCA), 28 U.S.C. 2671. The plaintiff has exhausted her administrative remedies and timely filed this litigation.

**Procedural History**

6. This lawsuit, filed on November 12, 2004, named the United States and alleged that negligent medical treatment at Westside on and after July 18, 2001, led to Regina Romero's death on September 5, 2001.

7. The United States answered the complaint and denied that a surgeon who performed a surgery on July 18, 2001, Melissa Gilliam, M.D., was an employee of the United States.

8. The plaintiff amended her complaint on October 25, 2005, and added Dr. Gilliam as a defendant. Dr. Gilliam moved to dismiss based upon statute of limitations. Her motion was

granted in part but denied as to the Wrongful Death claim of the decedent's minor daughter.

9. Dr. Gilliam filed a motion for summary judgment, claiming she was an employee of the United States.

10. On March 21, 2008, Judge Zagel denied the motion, finding questions of fact existed whether Dr. Gilliam should be considered a United States employee for FTCA purposes, and ordered the parties to conduct further discovery and participate in an evidentiary hearing on the issue.

11. On October 12, 2010, the Court held an evidentiary hearing and heard testimony from multiple witnesses and received numerous exhibits.

12. On January 27, 2011, the Court found that Dr. Gilliam should be considered an employee of the United States for FTCA purposes. She was subsequently terminated as a defendant from the lawsuit.

**Facts of the Case**

13. In July, 2001, Regina Romero was diagnosed with carcinoma in situ of the cervix and referred to Westside for treatment.

14. On July 18, 2001, Dr. Melissa Gilliam performed a cold-knife cone biopsy of the cervix.

15. A cold-knife cone biopsy, or conization, involves an incision around the circumference of the cervix to remove involved tissue.

16. Dr. Gilliam cut out a 7cm x 2 cm portion of the cervix during the biopsy.

17. Dr. Gilliam encountered bleeding during the procedure.

18. She attempted to control the bleeding with packing and pressure.

19. When the packing was removed, the wound was still bleeding and according to Dr.

Gilliam she attempted to stop the bleeding by injecting Monsel's solution into the vagina.

20. Monsel's solution is a yellowish brown solution of ferric (iron) subsulfate with a low (acidic) pH.

21. Monsel's solution is commonly used by gynecologists to stop oozing from cervical biopsies. It is also used after skin biopsies.

22. When the bleeding abated, Ms. Romero was taken to the recovery room.

23. Within 30 minutes, she exhibited signs of hypovolemic shock along with signs of bleeding into the peritoneal (abdominal) cavity.

24. She was taken back to the operating room for urgent surgical abdominal exploration.

25. The second procedure was performed by Dr. Gilliam with Dr. Miguel Teresi, a VA attending surgeon, and Dr. Michele Molinari, a VA surgical resident also present in the operating room.

26. Drs. Teresi was a United States employee.

27. Dr. Gilliam performed a hysterectomy to stop the bleeding.

28. A perforation of the uterine wall and entry of Monsel's solution into the abdominal cavity occurred during the cone biopsy performed by Dr. Gilliam.

29. Monsel's solution stops bleeding by binding proteins in blood into a gluelike substance.

30. When put on tissue, the solution denatures certain structures of the cell, causing necrosis, or cell death.

31. A July 26, 2001 CT scan showed free air in the abdominal cavity, a sign of bowel perforation.

32. On July 26, Ms. Romero was taken back to the operating room for an emergent

laparotomy, which revealed bowel perforation.

33. The July 26th laparotomy was performed by Dr. Stuart Lipnick, a VA general surgeon. Dr. Molinari and Dr. Gilliam were in the operating room during the procedure.

34. During this procedure, a portion of the jejunum was resected and sent to pathology for analysis.

35. By July 31, the date scheduled for closure of the surgical wound and removal of the feeding tube and cassette cover, Mrs. Romero still was not improving and showed signs of sepsis. Dr. Lipnick took Mrs. Romero back to the operating room for an exploratory laparotomy and found fluid and multiple adhesions and abscesses, which were removed.

36. He also found that the previously placed feeding jejunostomy was loose and that the previous anastomosis was allowing leaks. He reinforced his stitches on the anastomosis and the feeding tube and inserted drains to decompress fluid collection in the abdominal cavity.

37. Until her death on September 5, 2001, Regina Romero suffered a long and painful post-operative course with many complications.

38. She underwent numerous additional surgical procedures, including washouts, dead bowel debridements and hematoma evacuations.

39. She suffered severe swelling throughout her entire body and particularly in her arms and legs.

40. She suffered from toxic epidermal necrolysis (TEN), caused by a drug reaction.

41. She also suffered from a coagulopathy which caused bleeding.

42. Monsel's solutions entered Ms. Romero's abdominal cavity during the July 18, 2001 biopsy performed by Dr. Gilliam.

43. The Monsel's solution then caused sepsis, multiple complications and, eventually, death.

**Schedule C:   Joint Exhibit List**

JOINT EXHIBIT LIST

| Case Name:    Monroe v. USA | Case No. 04:CV-7358 | Page 1 of  3 |
|---|---|---|

| No: | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1 | Article: "More on Monsel's..." | | | Hearsay |
| 2 | VA Medical Records: Progress Notes | | | |
| 3 | Dr. Berman CV | | | |
| 4 | Dr. Freed CV | | | |
| 5 | VA Records: Complete Chart | | | |
| 6 | Illustration: Abdominal Anatomy | | | |
| 7 | Illustration: Anatomy of the Female Abdomen and Pelvis | | | |
| 8 | Illustration: Anatomy of the Cervix | | | |
| 9 | Illustration: Anatomy of the Female Pelvis | | | |
| 10 | Photo | | | |
| 11 | Photo | | | |
| 12 | Photo | | | |
| 13 | Photo | | | |
| 14 | Photo | | | |
| 15 | Photo | | | |
| 16 | Photo | | | |

| 17 | Photo | | | |
|----|-------|---|---|---|
| 18 | Photo | | | |
| 19 | Autopsy Report | | | |
| 20 | 7/18/01 Operative Records | | | |
| 21 | 7/18/01 Surgical Pathology Reports | | | |
| 22 | 7/26/01 Operative Records | | | |
| 23 | 7/26/01 Surgical Pathology Report | | | |
| 24 | 7/31/01 Operative Records | | | |
| 25 | 8/3/01 Operative Records | | | |
| 26 | 8/6/01 Operative Records | | | |
| 27 | 8/7/01 Operative Records | | | |
| 28 | 8/16/01 Operative Records | | | |
| 29 | 8/17/01 Operative Records | | | |
| 30 | 8/18/01 Operative Records | | | |
| 31 | 8/23/01 Operative Records | | | |
| 32 | 8/31/01 Operative Record | | | |
| 33 | 9/1/01 Operative Records | | | |
| 34 | 9/4/01 Operative Records | | | |
| 35 | SICU Flowsheets: 7/18-7/19/01 | | | |
| 36 | SICU Flowsheets: 7/19-7/20/01 | | | |
| 37 | SICU Flowsheets: 7/26-7/27/01 | | | |
| 38 | SICU Flowsheets: 7/27-7/28/01 | | | |
| 39 | SICU Flowsheets: 7/28-7/29/01 | | | |

| | | | | |
|---|---|---|---|---|
| 40 | SICU Flowsheets: 7/29-7/30/01 | | | |
| 41 | SICU Flowsheets: 7/30-7/31/01 | | | |
| 42 | SICU Flowsheets: 7/31-8/1/01 | | | |
| 43 | VA Outpatient Records | | | |
| 44 | Cardiopulmonary Arrest Records | | | |
| 45 | Progress Notes: 9/4-9/5/01 | | | |
| 46 | Dr. Lipnick's CV | | | |
| 47 | Discharge Summary | | | |
| 48 | Photos of 7/26/01 Pathology Slides | | | |
| 49 | Life Expectancy Tables | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |

**Schedule D: Joint Witness List**

SCHEDULE D:

## COMBINED WITNESS LIST

| Case Name: | Monroe v. USA | Case No. 04:CV-7358 | Page _____ of _____ |
|---|---|---|---|

| Witness Name | Address (City & State Only) | Expert | Adverse |
|---|---|---|---|
| Helen Monroe | Patient/Decedent's mother | | |
| Gilbert Romero | Patient's son | | |
| Christina Czmil | Patient's daughter | | |
| Michael Berman, M.D. | Orange, California | Plaintiff's Expert | |
| Jeffrey Freed, M.D. | New York, New York | Plaintiff's Expert | |
| Melissa Gilliam, M.D. (*via* deposition) | Gynecologist who performed cone biopsy | | ✓ |
| Stuart Lipnick, M.D. | VA general surgeon | | ✓ |
| Lilia Dulce, RN (*via* deposition) | VA nurse | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Schedule E:  Expert Witness Qualifications

*Curriculum Vitae* for the following expert witnesses for the plaintiff are attached:

Michael Berman, M.D.

Jeffery Freed, M.D.

## MICHAEL L. BERMAN, MD, PROFESSOR

Division of Gynecologic Oncology
Department of Obstetrics and Gynecology
University of California, Irvine, UCI Medical Center
101 The City Drive, Bldg. 56, Suite 260
Orange, California 92868-3298

| | |
|---|---|
| Telephone | 714-456-7971 |
| Fax | 714-456-6632 |

| | |
|---|---|
| Home Address | 1812 Overview Circle |
| | Santa Ana, California 92705 |

| | |
|---|---|
| Telephone | 714-730-4174 |
| Fax | 714-730-0654 |

### EDUCATION

| | | |
|---|---|---|
| Fellowship | Gynecologic Oncology<br>1974-1976 | UCLA Medical Center<br>Los Angeles, California |
| Residency | Obstetrics and Gynecology<br>1971-1974 | Harbor General Hospital<br>Torrance, California |
| | Obstetrics and Gynecology<br>1968-1969 | George Washington University<br>Washington, District of Columbia |
| Internship | Rotating Internship<br>1967-1968 | Colorado General Hospital<br>Denver, Colorado |
| Medical School | Medical Degree<br>1963-1967 | George Washington University<br>Washington, District of Columbia |
| Undergraduate | B.S. Physical Sciences<br>1959-1963 | University of Maryland<br>College Park, Maryland |

### MEDICAL LICENSURE

| | | |
|---|---|---|
| California | G 021754 | 1981 |
| Nevada | 5054 | 1984 |

### BOARD CERTIFICATION

| | |
|---|---|
| 1976 | Diplomate American Board of Obstetrics and Gynecology |
| 1991 | Re-certified, American Board of Obstetrics and Gynecology |
| 1979 | Subspecialty Certification in Gynecologic Oncology |

1



PLAINTIFF'S EXHIBIT
3
tabbies

**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 2006-2008 | Vice Chief of Clinical Affairs<br>Department of Obstetrics and Gynecology<br>UC Irvine College of Medicine<br>Orange, California |
| 2005-Present | Representative to the Academic Senate<br>Department of Obstetrics and Gynecology<br>UC Irvine College of Medicine<br>Orange, California |
| 1990-Present | Professor, Division of Gynecologic Oncology<br>Department of Obstetrics and Gynecology<br>UC Irvine College of Medicine<br>Orange, California |
| 1983-Present | Clinical Associate Professor, Division of Gynecologic Oncology<br>Department of Obstetrics and Gynecology<br>University of Nevada<br>Las Vegas, Nevada |
| 1985-2007 | Director, Gynecologic Oncology Fellowship Program<br>Division of Gynecologic Oncology<br>UC Irvine College of Medicine<br>Orange, California |
| 1981-1991 | Director, Division of Gynecologic Oncology<br>Department of Obstetrics and Gynecology<br>UC Irvine College of Medicine<br>Orange, California |
| 1981-1990 | Associate Professor, Division of Gynecologic Oncology<br>Department of Obstetrics and Gynecology<br>UC Irvine College of Medicine<br>Orange, California |
| 1977-1981 | Assistant Professor and Director, Division of Gynecologic Oncology<br>Department of Obstetrics and Gynecology<br>University of Pittsburgh School of Medicine, Magee-Women's Hospital<br>Pittsburgh, Pennsylvania |
| 1975-1977 | Assistant Professor<br>Department of Obstetrics and Gynecology<br>UC Los Angeles School of Medicine<br>Los Angeles, California |
| 1974-1975 | Acting Assistant Professor<br>Department of Obstetrics and Gynecology<br>UC Los Angeles School of Medicine<br>Los Angeles, California |

1969-1971          Clinical Associate, NICHD
National Institutes of Health
Bethesda, Maryland


## NON-ACADEMIC APPOINTMENTS

1988-Present       Consultant Medical Staff, Saddleback Memorial Medical Center,
Women's Hospital, Laguna Hills, CA

1985-Present       Consultant Medical Staff, University of Nevada School of Medicine
Department of Obstetrics and Gynecology
Las Vegas, NV

1981-Present       Attending Physician, Long Beach Memorial Medical Center, Women's
Hospital, Long Beach, CA

1988-1998          Consultant Medical Staff, St. Mary Medical Center
Long Beach, CA

1983-1984          Consultant Medical Staff, City of Hope National Medical Center
Division of Surgery, Department of Gynecologic Oncology Surgery
Duarte, CA


## PROFESSIONAL ACTIVITY

**Awards and Honors**

| | |
|---|---|
| **2011** | Physician of Excellence – Gynecologic Oncology, Orange County Med Assoc |
| **2010** | Physician of Excellence – Gynecologic Oncology, Orange County Med Assoc |
| **2006** | Listed in *"Best Doctors® in America"* |
| **2005** | Listed in *"Best Doctors® in America"* |
| **2004** | Listed in "Top Docs," *Orange Coast Magazine* |
| **2004** | Abstract Entitled "Assessment of SGO and ACOG referral guidelines for women with pelvic masses in identifying ovarian cancer patients" selected to be highlighted for media outreach, Society of Gynecologic Oncologists' (SGO) 2004 Annual Meeting on Women's Cancer, San Diego, CA |
| **2004** | Listed in 2004 Edition of *Marquis Who's Who in America* |
| **2003** | Listed in the *58th Edition of Marquis Who's Who in America* |
| **2003** | Listed in *Best Doctors in America 2003-2004* |
| **2002** | Listed as one of the Best Doctors in America, *Ladies Home Journal* |
| **2002** | Listed in the 2002-2003 Edition of *National Register's Who's Who in Executives and Professionals* |
| **2002** | Listed in the *4th Edition of Marquis Who's Who in Medicine and Healthcare* |
| **2002** | Listed as one of the "Best Doctors" in Orange County, *Orange Coast Magazine* |
| **2002** | Listed in *57th Edition of Marquis Who's Who in America* |
| **2002** | Listed in the 2002-2003 *Guide to America's Top Obstetricians and Gynecologists* |
| **2002** | Listed in the 2nd edition of *America's Top Doctors* |

| | |
|---|---|
| **2001** | Listed as one of the "Best Doctors" in Orange County, *Orange Coast Magazine* |
| **2000** | Listed in *How to Find the Best Doctors: Los Angeles Metro Area Orange County.* Castle Connolly Medical Ltd. |
| **2000** | Listed in *Millennium Edition of Who's Who in Medicine and Healthcare* |
| **1998-1999** | Listed in *The Best Doctors in America: Pacific Region,* 4th Listing, Woodward/White, Inc. |
| **1998** | Listed as one of the Best Doctors in Orange County, *Orange Coast Magazine* |
| **1997** | Listed as one of The Best Doctors for Women, *Good Housekeeping Magazine* |
| **1996-1997** | Listed in *The Best Doctors in America: Pacific Region,* 3rd Edition, Woodward/White, Inc. |
| **1996** | Munzer Family Award, Memorial Medical Center Foundation |
| **1996** | Listed as one of the Best Doctors in Orange County, *Orange Coast Magazine* |
| **1994-1995** | Listed in *The Best Doctors in America,* 3rd Edition, Woodward/White, Inc. |
| **1993** | Listed in *The Best Doctors in America,* 2nd Edition, Woodward/White, Inc. |
| **1992** | Listed as one of The 400 Best Cancer Doctors in America, *Good Housekeeping Magazine* |
| **1976-1977** | American Cancer Society, Second Year Faculty Clinical Fellow |
| **1976-1977** | Outstanding Attending Physician Award, Harbor General Hospital, Department of Obstetrics and Gynecology |
| **1976-1977** | American Cancer Society, First Year Faculty Clinical Fellow |
| **1975-1976** | American Cancer Society, Second Year Fellow |
| **1974-1975** | American Cancer Society, First Year Fellow |

**Contracts, Grants and Research Awards**

| | |
|---|---|
| 1991-1998 | Chemoprevention of cervical cancer with Beta-Carotene<br>Principal Investigator, National Cancer Institute |
| 1989-1997 | A cooperative group clinical trials on pelvic malignancies<br>Co-Investigator, Gynecologic Oncology Group |
| 1989-1995 | Study of cyclophosphamide and cisplatin with or without pretreatment<br>with WR- 2721 in patients with stage III or IV epithelial ovarian cancer,<br>Co-Principal Investigator, US Bioscience |
| 1989-1994 | Elucidation of the clinical and histopathologic association of genital<br>malignancies with HPV and the analysis of the molecular mechanisms<br>involved<br>Co-Principal Investigator, National Institutes of Health |
| 1989-1992 | Study evaluating potential antitumor activity of intraperitoneal IL-2 in<br>patients with refractory ovarian cancer, Co-Principal Investigator, Cetus |
| 1987-1990 | Epidemiologic study of endometrial cancer case control study to evaluate<br>potential risk factors, National Institutes of Health, Principal<br>Investigator, Westat, Inc. |

**Membership on Journal Editorial Boards**

| | |
|---|---|
| 1994-1998 | MD Advisor, *Medical Tribune OB/GYN Edition* |
| 1990-1991 | Managing Editor, SGO Issues |

**Service as Reviewer of Manuscripts and Referee of Proposals**

| | |
|---|---|
| 1987- present | *American Journal of Obstetrics and Gynecology* |
| 1992- present | *Cancer* |
| 1990- present | *Gynecologic Oncology* |
| 1986- present | *Obstetrics and Gynecology* |

5

**Offices Held in Professional Societies and Scholarly Organizations**

| | |
|---|---|
| 2011 – present | Principal Investigator, St. Joseph Hospital |
| 2004-2008 | Member, Grievance Committee, American College of Obstetricians and Gynecologists (ACOG) |
| 2003-present | Ex-Officio Member, SGO Coding Committee |
| 2002-present | SGO Liaison to ACOG Committee on Coding and Nomenclature |
| 2003-2004 | Member, SGO Nominating Committee |
| 2002-2004 | Chair, Health Insurance Advisory Task Force, SGO |
| 2002-2003 | Immediate Past President, The Society of Gynecologic Oncologists |
| 2002-2003 | Chair, SGO Nominating Committee |
| 2001-2002 | President, The Society of Gynecologic Oncologists College of Obstetricians and Gynecologists (ACOG) |
| 1999-2002 | Chair, Committee on Coding and Nomenclature, American College of Obstetricians and Gynecologists (ACOG) |
| 1999-2002 | Member, Practice Expense Advisory Committee, American Medical Association as a representative of the The American College of Obstetricians and Gynecologists (ACOG) |
| 1999-2001 | President-Elect, Society of Gynecologic Oncologists (SGO) |
| 2000-2001 | Ex-Officio Member, Committee on Practice Management, American |
| 1997-2000 | Chair, Coding Committee, Society of Gynecologic Oncologists (SGO) |
| 1996-1999 | Member, Coding and Nomenclature Committee, American College of Obstetricians and Gynecologists (ACOG) |
| 1994-1997 | Chair, Government Relations Committee, Society of Gynecologic Oncologists (SGO) |
| 1995-1996 | Vice Chair, Practice Management Committee, The American College of Obstetricians and Gynecologists |
| 1991-1994 | Chair, Communication and Government Relations Committee, The Society of Gynecologic Oncologists (SGO) |
| 1986-1988 | Executive Council, The Society of Gynecologic Oncologists (SGO) |
| 1987-1988 | President, Western Association of Gynecologic Oncologists (WAGO) |
| 1981-1986 | Secretary/Treasurer, Western Association of Gynecologic Oncologists |

**Service to Professional Societies**

| | |
|---|---|
| 1993-present | Member, Carrier Advisory Committee to Medicare (State of California) |
| 1999-2002 | Representative, Practice Expense Advisory Committee, American College of Obstetricians and Gynecologists, (ACOG) |
| 1997-2001 | Course Director, Post Graduate Course, *Billing and Coding*, Society of Gynecologic Oncologists (SGO) |
| 1994-2000 | Reviewer, PDQ External Advisory Board, National Institutes of Health (NIH), National Cancer Institute (NCI) |
| 1997-1999 | Member, Outcomes Committee, Society of Gynecologic Oncologists |
| 1989-1997 | Council Member, The Society of Gynecologic Oncologists (SGO) |
| 1994-1996 | Member, Communications Committee, Gynecologic Cancer Foundation |
| 1994-1996 | Member, Membership Drive Committee, Gynecologic Cancer Foundation |
| 1992-1996 | Member, Resource Development Committee, Gynecologic Cancer Foundation |
| 1992-1994 | Member, American College of Obstetricians and Gynecologists Health Economics Committee (ACOG) |

**Membership in Professional Organizations**

| | |
|---|---|
| 1994-2006 | Orange County Medical Association (OCMA) |
| 1987-present | International Gynecologic Cancer Society |
| 1987-present | American Society of Clinical Oncology (ASCO) |
| 1986-present | American College of Surgeons |
| 1985-present | American Radium Society |
| 1980-present | Society of Gynecologic Oncologists (SGO) |
| 1977-present | American College of Obstetricians and Gynecologists (ACOG) |
| 1977-present | Western Association of Gynecologic Oncologists (WAGO) |
| 1977-present | Gynecologic Oncology Group (GOG) |
| 1977 -present | Alpha Omega Alpha Honor Society (AOA) |
| 1977 -present | Phi Delta Epsilon |
| 1977-present | Dan Morton Society |

**Consulting Activities**

| | |
|---|---|
| 2000 | CDC Cancer Prevention & Control, Ovarian Cancer Treatment Work Group |
| 1992-1999 | Consultant, Investigational Therapies, Medical Care Ombudsman Program |
| 1997 | Peer Reviewer, NIH Submitted Grants |
| 1991-1992 | Consultant, Health Economics Analysis Committee, American College of Obstetricians and Gynecologists (ACOG) |
| 1991 | Consultant, Health Care Financing Administration (HCFA), Consensus Panel on Urology |

## UNIVERSITY AND PUBLIC SERVICE

**Campus – University of California, Irvine**

| | |
|---|---|
| 2001-present | Medical Staff Credentials Committee |
| 2001-2003 | Vice Chair, Institutional Review Board (IRB A) |
| 1989-2001 | Human Subjects Research Committee (IRB B) |
| 1996-2000 | Chair, Cost Assessment Committee, UCI Clinical Cancer Center |
| 1995-1999 | Medical Risk Management Committee, UCI Medical Center |
| 1996 | Ad Hoc Personnel Review Committee |
| 1996 | 1996 Preliminary Inquiry Committee, UCI Medical Center |
| 1995 | Clinical Practice Group, Clinical Advisory Committee, UCI Medical Center |
| 1992-1995 | Experimental Therapeutics Committee, UCI Clinical Cancer Center |

**School - College of Medicine**

| | |
|---|---|
| 2002-present | Surgical Specialties Representative, Compensation Plan Advisory Committee |
| 1993-present | Counselor, Alpha Omega Alpha Program |
| 1983-present | Medical Students Application Committee |
| 1996 | Chair, ad hoc Promotions Committee, UCI Medical Center |

**Department - Obstetrics and Gynecology**

| 1985-present | Directory, Gynecologic Oncology Fellowship Program |
| 1993-1999 | Executive Committee |
| 1991-1997 | Core Clerkship Oral Examiner |
| 1994-1996 | Ambulatory Services Committee |
| 1989-1991 | Steering Committee, Department of Obstetrics and Gynecology |

**Hospital - UCI Medical Center and Affiliates**

| 1993-present | Cancer Committee, Long Beach Memorial Medical Center |
| 1995-1999 | Clinical Practice Group Clinical Advisory Committee, UCI Medical Center |
| 1996-1998 | Gynecology Committee, Long Beach Memorial Medical Center |
| 1995-1998 | Medical Risk Management Committee, UCI Medical Center |
| 1995-1997 | Ovarian Cancer Carepath Team, UCI Medical Center |
| 1992-1997 | Executive Committee, UCI Clinical Cancer Center |
| 1992-1996 | Cancer Committee, UCI Medical Center |
| 1996 | Preliminary Inquiry Committee, UCI Medical Center |
| 1992-1995 | Clinical Trial Protocol Review Committee, UCI Clinical Cancer Center |
| 1992-1995 | Experimental Therapeutics Committee, UCI Clinical Canter Center |
| 1983-1991 | Chair, Patient Care Committee, UCI Medical Center |

**Invited Presentations**

1. Speaker, Symposia Medicus, Issues in Women's Health Care: Challenging Coding & Reimbursement Case Studies. Maui, Hawaii, Nov 2006

2. Speaker, Symposia Medicus, Issues in Women's Health Care: The Approach to the Pelvic Mass. Maui, Hawaii, Nov 2006

3. Speaker, Symposia Medicus, Issues in Women's Health Care: Controversies in the Management of Endometrial Cancer. Maui, Hawaii, Nov 2006

4. Speaker, Boston Obstetrical Society (Topic Unknown). University of Massachusetts Memorial Hospital, Boston, Massachusetts. Oct 23,34 2006

5. Speaker, Wayne State University School of Medicine / Detroit Medical Center, Department of Obstetrics & Gynecology Combined Grand Rounds at Hutzel Women's Hospital . "The Evolution of Vulvar Cancer Management" and "Inequities in the Payment for Physician Services". Nov. 22, 2005

6. Speaker, American Cancer Society, Orange County Region. Hormone Replacement Therapy: Myths, Facts and Alternatives. Huntington Beach, CA. Oct 2004.

7. Speaker, Bristol Park Medical Group. Referral guidelines for women with pelvic masses. Santa Ana CA, Dec 2003.

8. Speaker, Cornell University. Alternatives to LEEP in the management of CIN. New York NY, Oct 2003.

9. Speaker, Albert Einstein University Grand Rounds. Alternatives to LEEP in the management of CIN. New York NY, Oct 2003.

10. Speaker, Symposia Medicus, Women's Health Care: Diagnosis, Management, and Prevention of Cancer, Alternative to LLETZ in the treatment of CIN. Girdwood AL, Aug 2002.

11. Speaker, Symposia Medicus, Women's Health Care: Diagnosis, Management, and Prevention of Cancer, Does patient gender influence physician payment for surgical services? Girdwood AL, Aug 2002.

12. Speaker, Symposia Medicus, Women's Health Care: Diagnosis, Management, and Prevention of Cancer. Girdwood AL, Aug 2002.

13. Speaker, Yale University Department of Obstetrics and Gynecology, Correct Coding for Gynecologic Surgical Services, Jun 2000.

14. Visiting Professor, Grand Rapids Area Medical Education Consortium, Controversies in Hormone Therapy, Alternative to LEEP for the Management of CIN, Grand Rapids MI, Oct 1999.

15. Lecturer, University of California, Irvine, Department of Obstetrics and Gynecology Grand Rounds, Correct coding for gynecologic surgical services, Orange CA, Sep 1999.

16. Lecturer, University of California, Irvine, Department of Radiation Oncology, Ovarian Cancer, Orange CA, Apr 1999.

17. Lecturer, Fountain Valley Regional Hospital, Department of Obstetrics and Gynecology Lecture Series, Ovarian Cancer, Fountain Valley CA, Sep 1998.

18. Speaker, Association of Southern California Procedural Coders, E & M Documentation and Guidelines, Pacific Hospital, Long Beach CA, Jul 1998.

19. Lecturer, University of California, Irvine Medical Center, Department of Obstetrics and Gynecology Grand Rounds, Billing and Coding Practices, Orange CA, Apr 1998.

20. Lecturer, Fountain Valley Regional Hospital, Department Obstetrics and Gynecology CME Lecture, Cancer of the Uterus, Fountain Valley CA, Oct 1997.

21. Lecturer, Downey Community Hospital, Department Obstetrics and Gynecology CME Lecture, Alternative to LEEP for Treatment of CIN, Downey CA, Jun 1997.

22. Lecturer, Anaheim Memorial Hospital, Department Obstetrics and Gynecology Tumor Board, Cervical Cancer, Anaheim CA, Apr 1997.

23. Lecturer, Long Beach Community Medical Center, Tumor Conference, Management of Endometrial Carcinoma, Long Beach CA, Feb 1997.

24. Lecturer, Long Beach Community Medical Center, Tumor Conference, Management of the Abnormal Pap Smear, Long Beach CA, Oct 1996.

25. Lecturer, University of Arizona Health Sciences Center, OB/GYN Grand Rounds, Prognostic Features and Management of Endometrial Cancer, Tucson AZ, Oct 1996.

26. Visiting Professor, Antelope Valley Hospital, Estrogen Replacement Therapy, Risks and Benefits for Breast Cancer Survivors, Lancaster CA, Sep 1996.

27. Lecturer, Fountain Valley Regional Medical Center, Oncology Grand Rounds, Hyperplasias of the endometrium, Fountain Valley CA, Jun 1996.

28. Lecturer, Orange Coast Memorial Medical Center, Gynecology Cancer Conference, Prognostic factors in endometrial cancer, Fountain Valley CA, Apr 1996.

29. Lecturer, Rose Medical Center, University of Colorado Health Sciences Center, Department of Obstetrics and Gynecology, Grand Rounds**,** Management of early invasive cervical cancer, Beta carotene and cancer prevention, Denver CO, Mar 1996.

30. Lecturer, Community Education Program, Fountain Valley Regional Hospital and Medical Center, Risks and benefits on HRT**,** Fountain Valley CA, Feb 1996.

31. Lecturer, Family Health Program, Tumor Board, Management of early cervical cancer, Fountain Valley CA, Feb 1996.

32. Visiting Professor, Harriman Jones, Wyeth-Ayerst Laboratories, Controversies in hormonal treatment, Long Beach CA, Jul 1995.

33. Lecturer, Fountain Valley Regional Medical Center, Oncology Grand Rounds, Endometrial Cancer**,** Fountain Valley CA, Jul 1995.

34. Lecturer, Fountain Valley Regional Medical Center, Grand Rounds Lecture Series, Evaluation of lesions of the vulva, Fountain Valley CA, Mar 1995.

35. Lecturer, University of California, Irvine/University of Texas Southwestern Medical Center, Gynecologic Oncology for the Primary Care Physician, Lower genital tract intraepithelial neoplasia, and cervical malignancies, Maui HI, Mar 1995.

36. Lecturer, Fountain Valley Regional Medical Center, Grand Rounds Lecture Series, Management of the pelvic mass, Fountain Valley CA, Feb 1995.

37. Lecturer, Fountain Valley Regional Medical Center, Community Education and Outreach Program, Cancers of the female reproductive system**,** Fountain Valley CA, Nov 1994.

38. Lecturer, Harbor-UCLA Medical Center, Obstetrics and Gynecology Grand Rounds, Cancer prevention with beta-carotene**,** Torrance CA, Nov1994.

39. Lecturer, Los Alamitos Medical Center, Department of Obstetrics and Gynecology/Pediatric Education Conference, Endometrial cancer**,** Los Alamitos CA, Oct 1994.

40. Lecturer, West Anaheim Medical Center, Department of Radiology, Management of the abnormal Pap, Anaheim CA, Jul 1994.

41. Lecturer, Veterans Administration Medical Center, Cancer Program Lecture Series, Management of ovarian cancer, Long Beach CA, Jun 1994.

42. Speaker, UCI Medical Center, Clinical Cancer Center Tumor Board, Billing and coding strategies to maximize reimbursement for cancer care, Orange CA, May 1994.

43. Lecturer, Coastal Communities Hospital, Tumor Board, Staging and management of cervical cancer, Costa Mesa CA, May 1994.

44. Lecturer, Mission Hospital, Tumor Board, Prognostic features and treatment of endometrial cancer, Mission Viejo CA, Apr 1994.

45. Lecturer, Fountain Valley Regional Hospital, Grand Rounds, Endometrial cancer management, Fountain Valley CA, Dec 1993.

46. Lecturer, Chapman General Hospital, Estrogen replacement: When is endometrial biopsy appropriate?, Orange CA, Sep1993.

47. Lecturer, Long Beach Obstetricians and Gynecology Society, World Trade Center, Cancer prevention with ß-carotene, Long Beach CA, Jan 1993.

48. Lecturer, The Fifteenth Annual Postgraduate Course, Advances in Obstetrics and Gynecology, Screening for ovarian cancer: Hopes or false hopes? Scottsdale AZ, Feb 1992.

49. Lecturer, Bethesda National Naval Hospital, Chemoprevention of cervical cancer with beta-carotene, Bethesda MD, Oct 1992.

50. Lecturer, Western Medical Center, Cancer Forum, Human papilloma virus and its affect on cervical cancer, Santa Ana CA, Sep 1992.

51. Lecturer, UCI Medical Center, Advances in Oncology: Progress Brings Hope, Reporting on cervical vaginal cytology: The Bethesda system, Orange CA, Feb 1992.

52. Lecturer, Wayne State University School of Medicine, Hutzel Hospital Grand Rounds, The management of VIN and vulvar dystrophies, Detroit MI, Jan 1992.

53. Lecturer, Harbor UCLA Medical Center, Department of Obstetrics and Gynecology, Clinical Update, Screening techniques for ovarian cancer, Torrance CA, Nov 1991.

54. Lecturer, Desert Hospital, Interpreting and managing Pap smears, Bethesda system, Palm Springs CA, Nov 1991.

55. Lecturer, Presbyterian Intercommunity Hospital, Evaluation of the abnormal Pap smear (including the Bethesda system for cytologic reporting), Whittier CA, Sep 1991.

56. Lecturer, Fountain Valley Regional Hospital, Tumor Board, Evaluation of the abnormal Pap smear (including the Bethesda system for cytologic reporting), Fountain Valley CA, Sep 1991.

57. Lecturer, University of Southern California School of Medicine, Grand Rounds, Recent advancements in cervical cancer management, Los Angeles CA, Jun 1991.

58. Lecturer, Long Beach Obstetricians and Gynecologists Society, Estrogen replacement therapy in breast and endometrial cancer patients, Long Beach CA, Jan 1991.

59. Lecturer, Kaiser Permanente, Lecture Series, Prognostic factors in endometrial cancer, Anaheim CA, Oct 1990.

60. Lecturer, California Association of Cytotechnologists, Fall Seminar, Los Angeles Chapter, Evaluation and management of the abnormal Pap smear, Long Beach CA, Sep 1990.

61. Lecturer, Fountain Valley Regional Hospital, Tumor Board, Endometrial cancer and hyperplasia, Fountain Valley CA, Jun 1990.

62. Lecturer, Orange County Obstetrical and Gynecological Society, Prognostic functions in endometrial cancer, Orange CA, Mar 1990.

63. Lecturer, Cedar-Sinai Medical Center, Grand Rounds, Controversies in hormonal therapy, Los Angeles CA, Feb 1990.


**Departmental/Teaching Presentations**


1. Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Grand Rounds, " The Surgeon's Primer on Healthcare Economics" Orange CA, Dec 2006

2. Lecturer, Tufts, (Topic Unknown), (Date Unknown) 2006

3. Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Grand Rounds, Inequities in Healthcare Payment: A 2003 Update." Orange CA, Dec 2004.

4. Grand Rounds presentation at UCLA June 4, 2004

5. Lecturer, University of California, Irvine Department of Obstetrics and Gynecology, PJD Endowed Chair Symposium. Management of recurrent ovarian cancers. Newport Beach CA, Nov 2002.

6. Lecturer, University of California, Irvine Department of Obstetrics and Gynecology, Grand Rounds. Management of recurrent ovarian cancers. Orange CA, Nov 2002.

7. Lecturer, Memorial/UCI Center for Health Education, 19th Controversies in Obstetrics and Gynecology. Alternatives to LLETZ in the treatment of CIN. Kona HI, Jul 2002.

8. Lecturer, Memorial/UCI Center for Health Education, 19th Controversies in Obstetrics and Gynecology. The role of lymph node assessment in uterine cancer management. Kona HI, Jul 2002.

9. Lecturer, University of California, Irvine Department of Obstetrics and Gynecology and Long Beach Memorial Medical Center Women's Hospital, Gynecologic Surgery with Special Emphasis on Practice Management Issues and the Pelvic Floor. Simple surgical tricks that work. Curacao Mexico, Feb 2002.

10. Lecturer, University of California, Irvine Department of Obstetrics and Gynecology and Long Beach Memorial Medical Center Women's Hospital, Gynecologic Surgery with Special Emphasis on Practice Management Issues and the Pelvic Floor. The pevic mass – when to observe, when to operate and when to refer. Curacao Mexico, Feb 2002.

11. Lecturer, University of California, Irvine Department of Obstetrics and Gynecology and Long Beach Memorial Medical Center Women's Hospital, Gynecologic Surgery with Special Emphasis on Practice Management Issues and the Pelvic Floor. Ensuring proper payment for surgical services. Curacao Mexico, Feb 2002.

12. Lecturer, University of California, Irvine Department of Obstetrics and Gynecology and Long Beach Memorial Medical Center Women's Hospital, Gynecologic Surgery with Special Emphasis on Practice Management Issues and the Pelvic Floor. Understanding CPT modifiers when coding for physcian services. Curacao Mexico, Feb 2002.

13. Lecturer, Controversies in endometrial cancer management, Controversies in hormone replacement therapy. Advances in Gynecologic Care for the 21st Century, Kauai HI, Jul 2000.

14. Lecturer, Do the Benefits of Hormone Replacement Therapy Really Outweigh the Risks?, Should Women with Uterine Cancer Undergo Lymph Node Removal?, E/M Services: Medicare Guidelines. 15th Controversies in Obstetrics and Gynecology, Kona HI, Jul 1998.

15. Moderator, Twentieth Annual Review Course in Clinical Obstetrics and Gynecology, Management of carcinoma of the cervix, and Carcinoma of the Endometrium, Costa Mesa CA, Oct 1997.

16. Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, OB/GYN Student Lecture Series, Carcinoma of the Uterus, Orange CA, Oct 1997.

17. Lecturer, Management of Carcinoma of the Cervix, Carcinoma of the Endometrium, 20th Annual Review Course in Clinical Obstetrics and Gynecology, Westin South Coast Plaza Hotel, Costa Mesa CA, Oct 1997.

18. Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, OB/GYN Student Lecture Series, Carcinoma of the Uterus, Orange CA, Aug 1997.

19. Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, OB/GYN Student Lecture Series, Management of the Abnormal Pap Smear, Orange CA, May 1997.

20. Lecturer, University of California, Irvine, Department Radiation Oncology, Resident Lecture Series, Prognostic Factors and Treatment Options in Endometrial Carcinoma, Orange CA, Feb 1997.

21.     Moderator, Nineteenth Annual Review Course in Clinical Obstetrics and Gynecology, Management of carcinoma of the cervix, and Carcinoma of the endometrium, Costa Mesa CA, Oct 1996.

22.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, OB/GYN Student Lecture Series, Carcinoma of the ovary, Orange CA, Sep 1996.

23.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, OB/GYN Student Lecture Series, Carcinoma of the uterus, Orange CA, Aug 1996.

24.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Grand Rounds, Effects of managed care on the subspecialist, Orange CA, Feb 1996.

25.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, GYN Lecture Series, Lesions of the cervix, Orange CA, Jan 1996.

26.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Division of Gynecologic Oncology Lecture Series, Managed care and the gynecologic oncologist, Orange CA, Dec 1995.

27.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Quintile #2, Beta-Carotene in cancer prevention, Orange CA, Nov 1995.

28.     Moderator, Eighteenth Annual Review Course in Clinical Obstetrics and Gynecology, Management of pre-invasive/invasive cancer of the endometrium, and Peri-operative management of ovarian cancer, Costa Mesa CA, Oct 1995.

29.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Grand Rounds, Cancer Prevention with Beta-Carotene, Orange CA, Oct 1995.

30.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Resident Gynecology Lecture Series, Lesions of the endometrium, Orange CA, Oct 1995.

31.     Lecturer, Thirteenth Annual Controversies in Obstetrics and Gynecology, Controversies in hormone replacement therapy, Cancer prevention with beta-carotene, Kona HI, Aug 1995.

32.     Lecturer, Seventeenth Annual Review Course in Clinical Obstetrics and Gynecology, Management of pre-invasive/invasive cancer of the endometrium, and Peri-operative management of ovarian cancer, Costa Mesa CA, Nov 1994.

33.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Resident Gynecology Lecture Series, Lesions of the cervix, Orange CA, Aug 1994.

34.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Grand Rounds, Changes in Medicare reimbursement:  A window to health care reform, Orange CA, Mar 1994.

35.     Lecturer, UCI Medical Center Department of Obstetrics and Gynecology, Resident Gynecologic Lecture Series, Lesions of the endometrium, Orange CA, Nov 1993.

36.     Lecturer, Sixteenth Annual Review Course in Clinical Obstetrics and Gynecology, Peri-operative and operative management of ovarian cancer, and Management of pre-invasive/invasive cancer of the endometrium, Costa Mesa CA, Oct 1993.

37.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Resident Gynecologic Lecture Series, Lesions of the cervix, Orange CA, Aug 1993.

38.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Grand Rounds, Cancer prevention with ß-carotene, Orange CA, Feb 1993.

39.     Lecturer, The Fifteenth Annual Postgraduate Course, Advances in Obstetrics and Gynecology, Screening for ovarian cancer:  Hopes or false hopes? Scottsdale AZ, Feb 1992.

40.     Lecturer, UCI Medical Center, Department of Obstetrics and Gynecology, Gynecology Resident Lecture Series, Lesions of the endometrium, Orange CA, Nov 1992.

41.     Lecturer, Fifteenth Annual Review Course in Clinical Obstetrics and Gynecology, Management of pre-invasive/invasive cancer of the endometrium, Peri-operative and operative management of ovarian cancer, Costa Mesa CA, Nov 1992.

42.     Lecturer, Tenth Annual Controversies in Obstetrics and Gynecology, Patients with endometrial cancer – When should they be referred to the gynecologic oncologist?, Ovarian cancer screening – What are the facts?, Kona HI, Jul 1992.

43.     Lecturer, Fourteenth Annual Review Course in Clinical Obstetrics and Gynecology, Management of pre-invasive/invasive lesions of the endometrium, Management of uterine sarcoma, Costa Mesa CA, Nov 1991.

44.     Moderator, Thirteenth Annual Review Course in Clinical Obstetrics and Gynecology, Cancer of the corpus, and Controversies in hormonal therapy, Costa Mesa CA, Nov 1990.

**Presentations at Professional Meetings**

1.  Speaker, New York Obstetrical Society. Are there inequalities in physician healthcare payment? New York NY, Oct 2003.

2.  Speaker, 7th Annual Wanda J. Cobb Breast Health Symposium, a collaboration of High Priority Breast Cancer Information Network and the Susan G. Komen Breast Cancer Foundation. Controversies in hormone replacement therapy – do the benefits outweigh the risks? Santa Ana CA, Apr 2003.

3.  Speaker, the 7th Taiwan Joint Cancer Conference. Cervical cancer: current management and future direction. Taipei Taiwan, May 2002.

4.  Speaker, Guidelines for coding for surgical services.  Controversies in surgical management of endometrial cancer.  Documentation guidelines for Evaluation/Management services. The 4th Annual Women's Health Care:  The Care and Prevention of Cancer, Symposia Medicus, Los Cabos, Mexico, May 3-6, 2000.

5.  Lecturer, Gynecologic Oncology Coding and Billing.  The 31st Annual Meeting of the Society of Gynecologic Oncologists, San Diego California, Feb 2000.

6.  Director, Post Graduate Course, Coding and Billing.  The 31st Annual Meeting of the Society of Gynecologic Oncologists, San Diego California, Feb 2000.

7.  Speaker, Controversies in hormone therapy.  Prognostic factors in endometrial cancer.  The use of beta-carotene and vitamin A in the prevention of cancer.  The 3rd Annual Women's Health Care, The Care and Prevention of Cancer, Symposia Medicus, Puerto Vallarta Mexico, May 1999.

8.  Speaker,  How to Optimize your billing and improve your collections.  The 30th Annual Meeting of the Society of Gynecologic Oncologists, San Francisco California, Mar 1999.

9.  Lecturer, Is there gender bias in health care reimbursement?  Medicare guidelines for documentation of evaluation and management services.  Controversies on ovarian cancer assessment and management.  Pros and cons of lymphadenectomy for uterine cancer.  Alternative to LEEP in the treatment of CIN.  The 21st Annual OB/GYN Congress, Costa Mesa California, Apr 1999.

10.  Speaker, Beta Carotene in the Prevention of Cancer.  The Shufelt Gynecologic Society of Santa Clara Valley, San Jose California, Sep 1998.

11.  Speaker, Controversies in Estrogen Replacement, Prognostic Factors in Endometrial Cancer, Controversies in Ovarian Cancer, Care for Women in a Managed Care Environment, Medicare Guidelines for documentation of E/M Services, 2nd Annual Women's Health Care: The Care and Prevention of Cancer, Symposia Medicus, Los Cabos Mexico, Jun 1998.

16

12.     Speaker, Gynecology and Gynecologic Surgery with Special Emphasis on Contraception, Menopause and Pelvic Prolapse. Evaluation and Management of Uterine Cancer, Management Approaches to Preinvasive Vulvar Lesions, Diagnosis and Management of Ureteral Injuries, Management of Intraoperative Hemorrhage, Management of Intestinal Injuries, Operative Management of Ovarian Cancer. Grand Cayman, British West Indies, Jan 1998.

13.     Speaker, Controversies in Estrogen Replacement, The Use of Beta-Carotene in the Prevention of Cancer, Controversies in Ovarian Cancer. Women's Health Care – The Care and Prevention of Cancer, Symposia Medicus, Cabo San Lucas Mexico, May 1997.

14.     Speaker, 15th Annual Cowan Cancer Symposium, Hormonal Replacement Following Breast and Endometrial Cancer, Salt Lake City UT, Jan 1997.

15.     Speaker, 8th Annual California Association of Regional Cancer Registries. Epithelial cancer prevention with beta-carotene Menopause: Your Choices, Controversies in Hormonal Therapy, San Diego CA, Mar 1996.

16.     Speaker, Colorado Gynecologic Obstetrical Society, Prognostic features in endometrial cancer, Denver CO, Mar 1996.

17.     Speaker, Women's Health Care 1995 Gynecologic Oncology, Alternatives to LEEP, the use of beta-carotene in the prevention of cancer, and Controversies in hormonal replacement, Anchorage AL, Jul 1995.

18.     Speaker, 1st Annual Meeting of the Florida Society of Gynecologic Oncologists, The gynecologic oncologist and managed care, Sarasota FL, Jun 1995.

19.     Lecturer, Orange County Obstetrical and Gynecological Society, 17th Annual Orange County OB/GYN Congress, Cancer prevention with beta-carotene, and Controversies in hormonal therapy, Irvine CA, Apr 1995.

20.     Lecturer, Oregon Health Sciences University, 18th Annual Pacific Northwest Review of Obstetrics and Gynecology, Endometrial cancer risk factors, and The use of beta-carotene in cancer prevention, Portland OR, Oct 1994.

21.     Speaker, Advanced Urogynecology and Pelvic Surgery Symposium, Management of lower urinary tract fistulae including plastic repair techniques, and Management of urinary tract injuries, Palm Springs CA, Mar 1994.

22.     Speaker, The University of Utah, Postgraduate Obstetrics and Gynecology Course, Controversies in hormone replacement therapy, Alternative to LEEP for CIN management, and Management of early invasive cervical cancer, Park City UT, Mar 1994.

23.     Speaker, 25th Anniversary Meeting of The Society of Gynecologic Oncologists (SGO) Meeting, Arranged and moderated a panel on Healthcare reimbursement, Orlando FL, Feb 1994.

24.     Speaker, Dallas/Fort Worth Area Gynecologic Oncology Meeting, Chemoprevention of cervical cancer, Dallas TX, Jan 1994.

25.     Speaker, GYN CME Fund Medical Complications of Pregnancy, Management of ovarian carcinoma during pregnancy, Las Vegas NV, Nov 1993.

26.     Speaker, Oregon Section of ACOG, Oregon Health Sciences University School of Medicine, Reimbursement strategies in gynecology, Portland OR, Sep 1993.

27.     Speaker, Primer Simposium de la Asociacion Mexicana del Noreste Para El Estudio del Climaterio, Cancer en el climaterio, and Estrogenos y cancer, Monterey Mexico, Sep 1993.

28.     Speaker, GYN 21 Course, Osler Institute Medical Review Course, Uterine oncology, and Vulvar and vaginal carcinoma, San Francisco CA, Apr 1993.

29.     Speaker, Gynecologic Surgery with Special Emphasis on LEEP and Gynecologic Endoscopic Surgery with "Hands-On" Laboratories, What constitutes and abnormal Pap smear, Alternatives to LEEP in the management of CIN, and Conservative management of early invasive cervical cancer, Rancho Mirage CA, Mar 1993.

30.     Speaker, Second Annual Oncology Symposium, Patients with endometrial cancer - When should they be referred to the gynecologic oncologist? Santa Cruz CA, Oct 1992.

31.     Speaker, Gynecologic Surgery with Special Emphasis on LEEP and Gynecologic Endoscopic Surgery with "Hands-On" Laboratories, What constitutes and abnormal Pap smear, Alternatives to LEEP in the management of CIN, and Conservative management of early invasive cervical cancer, Palm Springs CA, Apr 1992.

32.     Speaker, Comprehensive Review Course, University of California, San Francisco, Prognostic factors and the management of endometrial cancer, Workup of the pelvic mass, and Therapy of ovarian cancer, San Francisco CA, Nov 1991.

33.     Speaker, 10th Annual Cancer Memorial Symposium, Update/overview on cancer management, Las Vegas NV, Oct 1991.

34.     Speaker, Ninth National Kaiser Permanente Combined Obstetrics-Gynecology-Pediatrics Conference, HPV and epithelial disease, Controversies in hormonal therapy, and Diagnosis and management of vulvar dystrophies, Kauai HI, Jul 1991.

35.     Speaker, Gynecologic Surgery with Special Emphasis on Pre-Invasive Neoplasia and Urogynecology, Evaluation of abnormal cervical/vaginal cytology, The role of HPV in the genesis of lower reproductive tract neoplasia, Skinning vulvectomy (video presentations), and Therapy of vulvar, intraepithelial and early invasive neoplasia, La Quinta CA, Mar 1991

36.     Speaker, Eighth Annual Reider Laser Center Symposium on Gynecology, The role of HPV in the genesis of lower reproductive tract neoplasia, and VIN and VAIN - diagnosis and management, Rancho Mirage CA, Feb 1991.

37.     Speaker, Fourth Annual James A. Wilson, M.D. Memorial OB/GYN Symposium, Prognostic factors for endometrial cancer, and Management of CIN/VIN and VAIN, Castro Valley CA, Apr 1990.

38.    Speaker, Geriatric Gynecology with Special Emphasis on Urinary Incontinence, Evaluation of the abnormal Pap smear in the elderly, The postmenopausal palpable ovary syndrome, Ovarian carcinoma in the elderly, and Vulvar dystrophy in the elderly patient, Palm Springs CA, Mar 1990.

## PUBLICATIONS

### Books

1.    Ostergard DR, **Berman ML**, Yee B.  Atlas of Gynecologic Surgery.  WB Saunders Company, Harcourt Brace Jovanovich Inc., 1999.

2.    **Berman ML**, Gilardi RD, Goel NS, Povard, Riegler GR. Bibliography of Chemical Kinetics and Collision Processes. Hochstim AR, ed.  Plenum Press, 1969.

### Book Chapters

1.    Lagasse LD, **Berman ML**, Watring WG, Ballon SC. The Gynecologic Oncology Patient: Restoration of Function and Prevention of Disability.  In: McGowan L, ed.  Gynecologic Oncology. New York:  Appleton-Century-Crofts, 1978.

2.    Ballon SC, Donaldson RC, Growden WA, **Berman ML**, Lagasse LD.  Pulmonary Metastases in Endometrial Carcinoma.  In:  Weiss L, Gilbert HA.  Pulmonary Metastases. Boston:  GK Hall and Company, 1978.

3.    Ballon SC, Lagasse LD, **Berman ML**, Watring WG, Juillard GJF.  Gynecologic Neoplasms. In: Haskell CM, ed. Cancer Treatment.  Philadelphia: WB Saunders Co., 1980.

4.    **Berman ML** (contributing author).  Carcinoma of Cervix, Endometrium, Ovary, Vagina and Vulva. In:  Kottmeier HL, ed.  Annual Report on the Results of Treatment in Carcinoma of the Uterus, Vagina, Ovary and Vulva, Vol 17. *Needs Date*

5.    **Berman ML**, Ballon SC, Petrilli ES, Castaldo TW.  Lymph Node Metastases from Endometrial Carcinoma. In:  Weiss L, Gilbert HA, Ballon SC, eds.  Lymphatic System Metastasis.  Boston: GK Hall and Company, 1980.

6.    Ballon SC, **Berman ML**, Petrilli ES, Castaldo TW.  Lymph Node Metastases in Squamous Cell Carcinoma of the Vulva.  In:  Weiss L, Gilbert HA, Ballon SC. Lymphatic System Metastasis.  Boston:  GK Hall and Company, 1980.

7.    Castaldo TW, Petrilli ES, Ballon SC, **Berman ML**.  Lymph Node Metastases in Epithelial Carcinoma of the Ovary.  In:  Weiss L, Gilbert HA, Ballon SC.  Lymphatic System Metastasis.  Boston: GK Hall and Company, 1980.

8. Ballon SC, **Berman ML**, Lagasse LD, Shaw S, Werner J, Collins JD, Castaldo TW, Petrilli ES, Chamorro T. Lymph Mode Metastases From Carcinoma of the Cervix. In: Weiss L, Gilbert HA, Ballon SC, eds. <u>Lymphatic System Metastasis</u>. Boston: GK Hall and Company, 1980.

9. **Berman ML**. Gestational Trophoblastic Disease. In: Romney SL, Gray MJ, Little AB, Merrill JA, In: Quilligan EJ, Stander R, eds. <u>Gynecology and Obstetrics, The Health Care for Women, 2nd ed.</u> McGraw Hill Book Company, 1981.

10. **Berman ML**. The Treatment of Stage I Carcinoma of the Endometrium. In: Ballon SC, ed. <u>Gynecologic Oncology Controversies in Cancer Treatment</u>. Boston: GK Hall and Company, 1981.

11. **Berman ML**. The Value of Operative Staging in the Treatment of Invasive Carcinoma of the Cervix. In: Ballon SC, ed. <u>Gynecologic Oncology Controversies in Cancer Treatment</u>. Boston: GK Hall and Company, 1981.

12. **Berman ML**, Ballon SC, Hacker NF, Lagasse LD, Berek JS. Carcinoma of the Uterine Cervix. In: Haskell CM. <u>Cancer Treatment</u>. Philadelphia: WB Saunders Company, 1984.

13. **Berman ML**. Neoplasms of the Uterine Corpus. In: Haskell CM, Ballon SC, Berek JS, eds. <u>Cancer Treatment</u>. Philadelphia: WB Saunders Company, 1984.

14. Ballon SC, **Berman ML**, Lagasse LD. Carcinoma of the Vagina. In: Haskell CM, ed. <u>Cancer Treatment</u>. Philadelphia: WB Saunders Company, 1984.

15. Ballon SC, **Berman ML**, Berek JS. Gestational Trophoblastic Neoplasia. In: Haskell CM, ed. <u>Cancer Treatment</u>. Philadelphia: WB Saunders Company, 1984.

16. Rettenmaier MA, **Berman ML**, DiSaia PJ, Burns RG, Weinstein GD, Berns MW. Gynecologic Uses of Photoradiation Therapy. In: Rorion DR, Gomer CJ, Alan R, eds. <u>Progress in Clinical and Biologic Research, Porphyrin Localization and Treatment of Tumors</u>. New York: Liss Publishing Company, 1984.

17. **Berman ML**, DiSaia PJ. Lymph Node Metastases in Gynecologic Cancers. In: Moloy PJ, Nicolson GL, eds. <u>Occult Nodal Metastasis in Solid Carcinomata</u>. Praeger Company, 1987.

18. **Berman ML**, DiSaia PJ. Pelvic Malignancies, Gestational Trophoblastic Neoplasia, and Nonpelvic Malignancies - Pelvic Malignancies in Pregnancy. In: Resnick R, Creasy WK, eds. <u>Maternal Fetal Medicine: Principles and Practice</u>. Philadelphia: WB Saunders Company, Harcourt Brace Jovanovich Inc., 1989.

19. Manetta A, **Berman ML**, DiSaia PJ. Advanced and recurrent carcinoma of the cervix. In: Coppleson M, ed. Gynecologic Oncology, <u>Fundamental Principals in Clinical Practice, 2nd ed</u>. New York: Churchill Livingston, 1989.

20. **Berman ML**, Walker JL, Berek J. Cervix. In: Haskell CM, ed. <u>Cancer Treatment, 3rd ed.</u> Philadelphia: WB Saunders Company, 1990.

21.    **Berman ML**, Berek J. Uterine Corpus. In:  Haskell CM, ed. <u>Cancer Treatment, 3rd ed.</u> Philadelphia:  WB Saunders Company, 1990.

22.    Williams SD, Blessing JA, Slayton R, **Berman ML**, Homesley HD, Photopulos GJ. Ovarian Germ Cell Tumors:  Adjuvant Trials of the Gynecologic Oncology Group.  In: Sydney E, Salmon, eds.  <u>Adjuvant Therapy of Cancer VI.</u>  Philadelphia: WB Saunders Company, Harcourt Brace Jovanovich, Inc., 1990.

23.    **Berman ML**, DiSaia PJ.  Pelvic Malignancies, Gestational Trophoblastic Neoplasia, and Nonpelvic Malignancies.  In: Resnick R, Creasy RK, eds.  <u>Maternal-Fetal Medicine: Principles and Practice, 3rd ed</u>.  Philadelphia:  WB Saunders Company, Harcourt Brace Jovanovich Inc., 1992.

24.    Granger GA.  Gatanaga T, Burger RA, Grosen EA, **Berman ML**, DiSaia PJ.  TNF, LT and IL-1 natural inhibitors (soluble receptors and receptor antagonists) in women with ovarian cancer.  In:  Sharp F, Mason P, Blackett T, Berek J, eds.  <u>Ovarian Cancer #3</u>. Hampshire:  Chapman & Hall Ltd., 1994.

25.    **Berman ML**, Grosen EA.  Gynecologic neoplasms: Cervix.  In:  Haskell CM, ed. <u>Cancer Treatment, 4th ed.</u> Philadelphia:  WB Saunders Company, 1995.

26.    **Berman ML**, Chapman JA.  Gynecologic neoplasms: Uterus.  In:  Haskell CM, ed. <u>Cancer Treatment, 4th ed.</u> Philadelphia:  WB Saunders Company, 1995.

27.    **Berman ML**, DiSaia PJ, Brewster WR.  Pelvic Malignancies, Gestaional Trophoblastic Neoplasia, and Nonpelvic Malignances. In: Creasy RK, Resnik R, eds. <u>Maternal-Fetal Medicine, 4th Edition.</u> WB Saunders, 1999.

28.    **Berman ML,** Yamada SD. Cervix. In: Charles M. Haskell, ed. <u>Cancer Treatment, 5th Edition.</u> Philadelphia, WB Saunders, 2001.

29.    **Berman ML**, McHale MT. Uterus. In: Charles M. Haskell, ed. <u>Cancer Treatment, 5th Edition.</u> Philadelphia, WB Saunders, 2001.

30.    DiSaia PJ, Brewster WR, **Berman ML**. Cancer in Pregnancy. In: Creasy, Resnik, and Iams. <u>Maternal-Fetal Medicine, 5th Edition</u>. WB Saunders, 2002.

31.    Tewari KS, **Berman ML.** Cytoreductive Surgery: Left Upper Abdomen. In: <u>Surgery for Ovarian Cancer: Principles and Practice</u>. March, 2003.

32.    **Berman ML**, DiSaia PJ, Tewari KS. Pelvic malignancies, gestational trophoblastic neoplasia, and nonpelvic malignancies. In: Creasy RK, Resnik R, eds. <u>Maternal-Fetal Medicine, Principles and Practice, 5th Edition</u>. WB Saunders, 2004.

**Journal Articles, Peer Reviewed**

1.  **Berman ML**, Hanson K, Hellman IL. Effect of breast feeding on postpartum menstruation, ovulation and pregnancy in Alaskan Eskimos. Am J Obstet Gynecol 114:524-534, 1972.

2.  **Berman ML**, Abraham GE, Marshall JR. In vitro secretion of steroid hormones by the human ovary. Obstet Gynecol 41:637, 1973.

3.  **Berman ML**, Lagasse LD, Watring WG, Moore JG, Smith ML. Enteroperineal fistulae following pelvic exenteration: A 10 point program of management. Gynecol Oncol 4:368-374, 1976.

4.  Watring WG, Lagasse LD, Smith, ML, Johnson GE, Moore JG, **Berman ML**. Vaginal reconstruction following extensive treatment for pelvic cancer. Am J Obstet Gynecol 125(6):809-815, 1976.

5.  Ballon SC, **Berman ML**, Lagasse LD, Watring WG, Schlesinger RE. The unique aspects of gestational trophoblastic disease. Obstet Gynecol Surv 32(6):405, 1977.

6.  **Berman ML**, Lagasse LD, Watring WG, Ballon SC, Schlesinger RE, Moore JG, Donaldson RC. The operative evaluation of patients with cervical carcinoma by an extraperitoneal approach. Gynecol Oncol 50:658-664, 1977.

7.  Smith MD, Lagasse LD, Watring WG, **Berman ML**, Moore JG. Continent vesicostomy: Application in a patient. Obstet Gynecol 52:247-249, 1978.

8.  Watring WG, Roberts JA, Lagasse LD, **Berman ML**, Ballon SC, Moore JG, Schlesinger RE. Treatment of recurrent Paget's Disease of the vulva with topical bleomycin. Cancer 41:10-11, 1978.

9.  **Berman ML**, Lagasse LD, Ballon SC, Watring WG, Tesler A. Modification of radiation therapy following operative evaluation of patients with cervical carcinoma. Gynecol Oncol 6:328-332, 1978.

10. Ballon SC, Donaldson RC, **Berman ML**, Swanson GA, Byron RL. Myeloblastoma (granulocytic sarcoma) of the ovary. Arch Pathol Lab Med 102:474-476, 1978.

11. Lagasse LD, Ballon SC, **Berman ML**, Watring WG. Pretreatment lymphangiography and operative evaluation in carcinoma of the cervix. Am J Obstet Gynecol 134:219, 1979.

12. Schlesinger RE, **Berman ML**, Ballon SC, Lagasse LD, Watring WG, Futoran RJ, Moore JG. The choice of an intestinal segment for a urinary conduit. Surg Gynecol Obstet 148:45-48, 1979.

13. **Berman ML**, Hamrell CE, Lagasse LD, Ballon SC, Watring WG, Schlesinger RE, Donaldson RC. Parenteral nutrition by peripheral vein in the management of gynecologic patients. Gynecol Oncol 7:318-324, 1979.

14.    Ballon SC, **Berman ML**, Donaldson RC, Growdon WA, Lagasse LD. Pulmonary metastases of endometrial carcinoma. Gynecol Oncol 7:56-65, 1979.

15.    **Berman ML**, Ballon SC. Treatment of endometrial cancer. Cancer Treat Rev 6:165-175, 1979.

16.    **Berman ML**, Ballon SC, Lagasse LD, Watring WG. Prognosis and treatment of endometrial cancer. Am J Obstet Gynecol 136:679-688, 1980.

17.    **Berman ML**, Marway S. Ectopic salivary gland in the vulva (choristoma): Report of a case and review of the literature. Obstet Gynecol 56:389-391, 1980.

18.    Ballon SC, **Berman ML**, Lagasse LD, Petrilli ES, Castaldo TW. Survival after extraperitoneal pelvic and para-aortic lymphadenectomy and radiation therapy in cervical carcinoma. Obstet Gynecol 57:90-95, 1981.

19.    **Berman ML**, Tobon H, Surti U. Primary malignant melanoma of the vagina: Clinical, light and electron microscopic observations. Am J Gynecol 139(8):963-965, 1981.

20.    **Berman ML**, Afridi MA, Kanbour AE, Ball HG. Risk factors and prognosis in stage II endometrial cancer. Gynecol Oncol 14:49-61, 1982.

21.    Ball H, **Berman ML**. Management of primary vaginal carcinoma. Gynecol Oncol 14:154-163, 1982.

22.    Rettenmaier MA, Ray DA, Stoskopf CG, DiSaia PJ, **Berman ML**. The use of gallium scanning and determination of human chorionic gonadotropin to evaluate resorption of an abdominal placenta. Am J Obstet Gynecol 146(4):471-473, 1983.

23.    Achauer BM, DiSaia PJ, **Berman ML**, Braly PS. Immediate vaginal reconstruction following resection for malignancy using the gluteal thigh flap. Gynecol Oncol 19(1):79-89, 1984.

24.    Braly PS, **Berman ML**.  Managing problems of DES daughters.  Contemp Obstet Gynecol 24:61, 1984.

25.    Rettenmaier MA, Crade M, Oster PD, DiSaia PJ, **Berman ML**. Drainage of mucometra under real time ultrasound guidance. J Clin Ultrasound 12:423-424, 1984.

26.    Berns MW, Rettenmaier MA, McCullough J, Coffey J, Wile A, **Berman ML**, DiSaia PJ, Weinstein J. Response of psoriasis to red laser light (360 nm) following systemic injection of hematoporphyrin derivative (hPD). Lasers in Surg & Med 4:73-77, 1984.

27.    Rettenmaier MA, Moore EA, **Berman ML**, Stratton JA, DiSaia PJ. A murine model of squamous intraepithelial neoplasia. J Clin Lab Immunol 14:151-154, 1984.

28.    Rettenmaier MA, **Berman ML**, DiSaia PJ, Burns RC, Berns MW. Photoradiation therapy in gynecologic malignancies. Gynecol Oncol 17:200-206, 1984.

29.     Rettenmaier MA, Miller RD, **Berman ML**, DiSaia PJ. A pharmacokinetic study of moxalactam in patients undergoing gynecologic surgery. Am J Obstet Gynecol 150:882-884, 1984.

30.     **Berman ML**, Miller RD, Branson HE, Kucera PR, Micha JP, Thrupp LD, Boutry D. Prospective evaluation of coagulation profiles of patients treated with cefotetan or moxalactam. J Therapeutic Research 36:893-901, 1984.

31.     **Berman ML**, Keys H, Creasman W, DiSaia PJ, Blessing J, Bundy B. Survival and patterns of recurrence in cervical cancer metastatic to periaortic lymph nodes: A Gynecologic Oncology Group study. Gynecol Oncol 19:8-16, 1984.

32.     Stratton JA, Kucera PR, Micha JP, Rettenmaier MA, Braly PS, **Berman ML**, DiSaia PJ. The subrenal capsule tumor implant assay as a predictor of clinical response to chemotherapy: Three years of experience. Gynecol Oncol 19:336-347, 1984.

33.     Rettenmaier MA, **Berman ML**, DiSaia PJ, Burns RG, McCulough JC, Berns MW. Gynecologic uses of photoradiation therapy.  Prog Clin Biol Res 170, 767-775, 1984.

34.     Rettenmaier MA, Micha JP, Kucera PR, **Berman ML**, DiSaia PJ. A simplified method for right atrial catheter insertion. Gynecol Oncol 21:207-210, 1985.

35.     Micha JP, Kucera PR, **Berman ML**, Romansky S, Flamm M, Reynolds J, DiSaia PJ. Malignant ovarian germ cell tumors: A review of 36 cases. Am J Obstet Gynecol 152:842-846, 1985.

36.     Rettenmaier MA, DiSaia PJ, **Berman ML**, Senyei A, Stratton JA, Widder K. In vivo alteration of RES phagocytosis by magnetic albumin microspheres. J Clin Lab Immunol 17:99-103, 1985.

37.     Rettenmaier MA, Micha JP, Braly PS, Silva PD, **Berman ML**, DiSaia PJ. Semipermanent right atrial catheter in gynecologic cancer patients. Obstet Gynecol 66:559-563, 1985.

38.     Rettenmaier MA, **Berman ML**, DiSaia PJ, Burns RG, McCulough JC, Berns MW. Gynecologic uses of photoradiation therapy.  Prog Clin Biol Res 170: 767-775, 1984.

39.     Briggs GG, **Berman ML**, Lange S, Bohart R, Riker J, Braly PS, Rettenmaier MA, DiSaia PJ. Morphine continuous intravenous infusion versus intramuscular injections for postoperative pain relief. Gynecol Oncol 22:288-293, 1985.

40.     Rettenmaier MA, Braly PS, Roberts W, **Berman ML**, DiSaia PJ. Treatment of cutaneous vulvar lesions with skinning vulvectomy. J Reprod Med 30:478-480, 1985.

41.     Rettenmaier MA, **Berman ML**, DiSaia PJ. Treatment of advanced ovarian cancer with polyinosinic-polycytidylic acid (Poly ICLC). Gynecol Oncol 24(3):359-361, 1986.

42.     Stratton JA, Kucera PR, Rettenmaier MA, Dobashi K, Micha JP, Braly PS, **Berman ML**, DiSaia PJ. Accurate laboratory predictions of the clinical response of patients with advanced ovarian cancer to treatment with cyclophosphamide, doxorubicin and cisplatin. Gynecol Oncol 25:302-310, 1986.

43.     Syed AMN, Puthawala AA, Neblett D, DiSaia PJ, **Berman ML**, Rettenmaier MA, Nalick R, McNamara C. Transperineal interstitial-intracavitary "Syed-Neblett" applicator in the treatment of the uterine cervix. Endocurie Hypertherm Oncol 2:1-13, 1986.

44.     Homesley HD, Blessing JA, **Berman ML**. ICRF-159 (Razoxane) in patients with advanced non-squamous cell carcinoma of the cervix: A Gynecologic Oncology Group study. Am J Clin Oncol 9(4):325-326, 1986.

45.     Rettenmaier MA, Stratton JA, **Berman ML**, Senyei A, Widder K, White DB, DiSaia PJ. Treatment of syngeneic rat tumor with magnetically responsive albumin microspheres labeled with doxorubicin or protein A. Gynecol Oncol 27:34-43, 1987.

46.     Rettenmaier MA, **Berman ML**, DiSaia PJ. Skinning vulvectomy for the treatment of multifocal vulvar intraepithelial neoplasia. Obstet Gynecol 69(2):247-250, 1987.

47.     Slayton RE, Blessing JA, Angel C, **Berman ML**. A phase II trial of etoposide in the management of advanced or recurrent leiomyosarcoma of the uterus: A Gynecologic Oncology Group study. Cancer Treat Rep 71(12):1303-04, 1987.

48.     Stratton JA, Rettenmaier MA, Kucera PR, **Berman ML**, DiSaia PJ. Concordance of combination and single agent chemosensitivity prediction in ovarian carcinoma using the subrenal capsule xenograft assay (SRCA). Gynecol Oncol 30:416-421, 1988.

49.     Sheets EE, **Berman ML**, Hrountas CH, Liao SY, DiSaia PJ. Surgically treated early-stage neuroendocrine small-cell cervical carcinoma. Obstet Gynecol 71:10-14, 1988.

50.     Wilczynski SP, Walker JL, Liao SY, Bergen S, **Berman ML**. Adenocarcinoma of the cervix associated with human papillomavirus. Cancer 62:1331-1336, 1988.

51.     **Berman ML**, Soper JT, Creasman WT, Olt GT, DiSaia PJ.  Conservative surgical management of superficially invasive stage I vulvar carcinoma.  Gynecol Oncol 35, 352-357, 1989

52.     McGuire WP, William P, Blessing JA, **Berman ML**. Phase II study of esorubicin (4'-deoxydoxorubicin) in advanced epithelial carcinoma of the ovary: A Gynecologic Oncology Group study. Invest New Drugs 7:333-336, 1989.

53.     Walker JL, Bloss JD, Liao SY, **Berman ML**, Bergen S, Wilczynski SP. Human papillomavirus genotype as a prognostic indicator in carcinoma of the uterine cervix. Obstet Gynecol 74:781, 1989.

54.     Stratton JA, Mannel RS, Rettenmaier MA, **Berman ML**, DiSaia PJ. Treatment of advanced and recurrent endometrial carcinoma: Correlation of patient response to hormonal and cytotoxic chemotherapy and the response predicted by the subrenal capsule chemosensitivity assay. Gynecol Oncol 32:55-59, 1989.

55.     Bergen S, DiSaia PJ, Liao SY, **Berman ML**. Conservative management of extramammary Paget's disease of the vulva. Gynecol Oncol 33:151-156, 1989.

56.     Sutton GP, Blessing JA, Photopulos G, **Berman ML**, Homesley HD. Phase II experience with ifosfamide/mesna in gynecologic malignancies: Preliminary report of Gynecologic Oncology Group studies. Seminars Oncol 16(1)3:68-72, 1989.

57.     Sutton GP, Blessing JA, Homesley HD, **Berman ML**, Malfetano J. Phase II trial of ifosfamide and mesna in advanced ovarian carcinoma: A Gynecologic Oncology Group study. J Clin Oncol 7(11):1672-1676, 1989.

58.     Walker JL, Manetta A, Mannel RS, Liao SY, **Berman ML**, DiSaia PJ. Cellular fibroma masquerading as ovarian carcinoma. Obstet Gynecol 75(5)II:1-2, 1990.

59.     Mannel RS, **Berman ML**, Walker JL, Smith JJ, Manetta A, DiSaia PJ. Management of endometrial cancer with suspected cervical involvement. Obstet Gynecol 75(6):1016-1022, 1990.

60.     Kucera PR, **Berman ML**, Treadwell P, Sheets EE, Micha JP, Rettenmaier MA, Colman M, DiSaia PJ. Whole abdominal radiotherapy for patients with minimal residual epithelial ovarian cancer. Gynecol Oncol 36(3):338-342, 1990.

61.     McGuire WP III, Blessing JA, Hatch KD, **Berman ML**. Phase II study of N-Methylformamide (N-MF) in patients with advanced squamous cancer of the cervix: A Gynecologic Oncology Group study. Invest New Drugs 8(2):195-197, 1990.

62.     **Berman ML**, Briggs GG, Bogh P, Mannel RS, Manetta A, DiSaia PJ. Simplified postoperative patient-controlled analgesia on a gynecologic oncology service. Gynecol Oncol 38(1):55-58, 1990.

63.     Angiola G, Bloss JD, DiSaia PJ, Warner AS, Manetta A, **Berman ML**. Hemolytic-uremic syndrome in cervical cancer. Gynecol Oncol 39(2):214-217, 1990.

64.     Walker JL, Manetta A, Mannel RS, **Berman ML**, DiSaia PJ. The influence of endometriosis on the staging of cervical cancer. Obstet Gynecol 75(3)II:543-545, 1990.

65.     Bloss JD, Wilczynski SP, Liao SY, Walker JL, Manetta A, **Berman ML**. The use of molecular probes to distinguish new primary tumors from recurrent tumors in gynecologic malignancies. Am J Clin Pathol 94(4):432-434, 1990.

66.     **Berman ML**, Bergen S, Salazar H. Influence of histological features and treatment on prognosis of patients with cervical cancer metastatic to pelvic lymph nodes. Gynecol Oncol 39(2):127-131, 1990.

67.     Manetta A, Lucci JA, Soopikian J, **Berman ML**, Granger GA, DiSaia PJ. In vitro cytotoxicity of human recombinant tumor necrosis factor (TNF) alpha in association with radiotherapy in a human ovarian carcinoma cell line. Gynecol Oncol 38(2):200-202, 1990.

68.     Manetta A, Gutrecht DL, **Berman ML**, DiSaia PJ. Primary invasive carcinoma of the vagina. Gynecol Oncol 76(4):639-642, 1990.

69.     Sutton GP, Blessing JA, Photopulos G, **Berman ML**, Homesley HD.  Gynecologic Oncology Group experience with ifosfamide.  Semin Oncol 17(2 Suppl 4):6-10, 1990.

70.     Sutton GP, Blessing JA, Photopulos G, **Berman ML**, Homesley HD.  Early phase II Gynecologic Oncology Group experience with ifosfamide/mesna in gynecologic malignancies.  Cancer Chemo Pharmacol 26 Suppl:s55-58, 1990.

71.     Buller RE, Taylor K, Burg AC, **Berman ML**, DiSaia PJ. Paraneoplastic hypercalcemia in adenosquamous carcinoma of the endometrium. Gynecol Oncol 40(1):95-98, 1991.

72.     Blumenfeld D, **Berman ML**, Kerner H, DiSaia PJ. Unusual metastases from a malignant melanoma. J Reprod Med 36(9):688-690, 1991.

73.     Bloss JD, Liao SY, Wilczynski SP, Macri CI, Walker JL, Peake M, **Berman ML**. Clinical and histological features of vulvar carcinomas analyzed for HPV status. Hum Pathol 22(7):711-718, 1991.

74.     Bloss JD, **Berman ML**, Bloss LP, Buller RE. Use of vaginal hysterectomy for the management of stage I endometrial cancer in the medically compromised patient. Gynecol Oncol 40(1):74-77, 1991.

75.     Buller RE, Tamir I, DiSaia PJ, **Berman ML**. Early evaluation of the urinary tract following radical hysterectomy: Structure and function relationships. Obstet Gynecol 78(5)I:840-844, 1991.

76.     Buller RE, **Berman ML**, Bloss JD, Manetta A, DiSaia PJ. CA-125 regression: A model for epithelial ovarian cancer response. Am J Obstet Gynecol 165(2):360-367, 1991.

77.     Bloss JD, DiSaia PJ, Mannel RS, Hyden E, Manetta A, Walker JL, **Berman ML**. Radiation myelitis: A complication of concurrent cisplatin and 5-fluorouracil chemotherapy with extended field radiotherapy for carcinoma of the uterine cervix. Gynecol Oncol 43(3):305-308, 1991.

78.     Buller RE, Manetta A, Bloss JD, DiSaia PJ, **Berman ML**. Does intraperitoneal CA-125 reflect disease status? Gynecol Oncol 40(1):66-69, 1991.

79.     Fuchtner C, Manetta A, Walker JL, Emma DA, **Berman ML**, DiSaia PJ. Radical hysterectomy in the elderly patient: Analysis of morbidity. Am J Obstet Gynecol 166(2):593-597, 1992.

80.     Lucci JA, Manetta A, Cappuccini F, Ininns EK, Dett CA, DiSaia PJ, Yamamoto RS, **Berman ML**, Soopikian J, Granger GA. Immunotherapy of ovarian cancer II. In vitro generation and characterization of lymphokine-activated killer T cells from the peripheral blood of recurrent ovarian cancer patients. Gynecol Oncol 45(2):129-135, 1992.

81.  Bloss JD, **Berman ML**, Syed N, Puthawala A, Manetta A, Rafie S, DiSaia PJ. Treatment of advanced carcinoma of the uterine cervix with interstitial radiotherapy and hyperthermia. Endocur Hypothermia Oncol 8(3):145-150, 1992.

82.  Chapman JA, Mannel RS, DiSaia PJ, Walker JL, **Berman ML**. Surgical treatment of unexpected invasive cervical cancer found at total hysterectomy. Obstet Gynecol 80(6):931-934, 1992.

83.  Kolb BA, Buller RE, Connor JP, DiSaia PJ, **Berman ML**. Effects of early postoperative chemotherapy on wound healing. Obstet Gynecol 79(6):988-992, 1992.

84.  Macri CI, Cook NS, Walker JL, **Berman ML**, Patton Jr. TJ, Wilczynski SP. Analysis of fine-needle aspirates for HPV by PCR may be useful in diagnosis of metastatic gynecologic malignancies. Gynecol Oncol 46(3):372-376, 1992.

85.  Bloss JD, **Berman ML**, Mukhererjee J, Manetta A, Emma DA, Ramsinghani NS, DiSaia PJ. Bulky stage IB cervical carcinoma managed by primary radical hysterectomy followed by tailored radiotherapy. Gynecol Oncol 47(1):21-27, 1992.

86.  Buller RE, **Berman ML**, Bloss JD, Manetta A, DiSaia PJ. Serum CA-125 regression in epithelial ovarian cancer: Correlation with reassessment findings and survival. Gynecol Oncol 47(1):87-92, 1992.

87.  Brinton LA, **Berman ML**, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD, Lannom L, Hoover RN. Reproductive, menstrual and medical risk factors for endometrial cancer: Results from a case-control study. Am J Obstet Gynecol 167(5):1317-1325, 1992.

88.  Grosen EA, Yamamoto R, Ioli G, Ininns EK, Gatanaga M, Gatanaga T, DiSaia PJ, **Berman ML**, Manetta A, Granger GA. Blocking factors (soluble membrane receptors) for tumor necrosis factor and lymphotoxin detected in ascites and released in short-term cultures obtained from ascites and solid tumors in women with gynecologic malignancies. Lymphokine and Cytokine Res 11(6):347-353, 1992.

89.  Manetta A, Emma DA, Gamboa G, Liao SY, **Berman ML**, DiSaia PJ. Failure to enhance the in vivo killing of human ovarian carcinoma by sequential treatment with dequalinium chloride and tumor necrosis factor. Gynecol Oncol 50(1):38-44, 1993.

90.  Brinton LA, Hoover RN, Mortel R, **Berman ML**, Wilbanks GD, Twiggs LB, Barrett RJ. Estrogen replacement therapy and endometrial cancer risk: Unresolved issues. Obstet Gynecol 81(2):265-271, 1993.

91.  Brinton LA, Barrett RJ, **Berman ML**, Mortel R, Twiggs LB, Wilbanks GD. Cigarette smoking and the risk of endometrial cancer. Am J Epidemiol 137(3):281-291, 1993.

92.  Swanson CA, Potischman N, Wilbanks GD, Twiggs LB, Mortel R, **Berman ML**, Barrett RJ, Baumgartner RN, Brinton LA. Relation of endometrial cancer risk to past and contemporary body size and body fat distribution. Cancer Epidemiol Biomarkers Prev 2(4):321-327, 1993.

93.     Jensen JK, Lucci III JA, DiSaia PJ, Manetta A, **Berman ML**. To drain or not to drain: A retrospective study of closed-suction drainage following radical hysterectomy with pelvic lymphadenectomy. Gynecol Oncol 51(1):46-49, 1993.

94.     Swanson CA, Wilbanks GD, Twiggs LB, Mortel R, **Berman ML**, Barrett RJ, Brinton LA. Moderate alcohol consumption and the risk of endometrial cancer. Epidemiol 4(6):530-536, 1993.

95.     Stanford JL, Brinton LA, **Berman ML**, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD, Hoover RN. Oral contraceptives and endometrial cancer: Do other risk factors modify the association? Int J Cancer 54(2):243-248, 1993.

96.     Potischman N, Swanson CA, Brinton LA, McAdams M, Barrett RJ, **Berman ML**, Mortel R, Twiggs LB, Wilbanks GD, Hoover RN. Dietary associations in a case-control study of endometrial cancer. Cancer Causes and Control 4(3):239-250, 1993.

97.     Bloss JD, Liao SY, Buller RE, Manetta A, **Berman ML**, McMeekin DS, Bloss LP, DiSaia PJ. Extraovarian peritoneal serous papillary carcinoma: A case-control retrospective comparison to papillary adenocarcinoma of the ovary. Gynecol Oncol 50(3):347-351, 1993.

98.     Grosen EA, Granger GA, Gatanaga M, Ininns EK, Hwang C, DiSaia PJ, **Berman ML**, Manetta A, Emma D, Gatanaga T. Measurement of the soluble membrane receptors for tumor necrosis factor and lymphotoxin in the sera of patients with gynecologic malignancy. Gynecol Oncol 50(1):68-77, 1993.

99.     Sturgeon SR, Brinton LA, **Berman ML**, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD. Past and present physical activity and endometrial cancer risk. Br J Cancer 68(3):584-589, 1993.

100.    Alagoz T, Buller RE, **Berman ML**, Anderson B, Manetta A, DiSaia PJ. What is a normal CA-125 level? Gynecol Oncol 53:93-97, 1994.

101.    Monk BJ, **Berman ML**, Montz FJ. Adhesions after extensive gynecologic surgery: Clinical significance, etiology and prevention. Am J Obstet Gynecol, 170(5(I)):1396-1403, 1994.

102.    Manetta A, Boyle J, **Berman ML**, DiSaia PJ, Lentz S, Liao SY, Mutch D, Slater L. Cyclosporin enhancement of cisplatin chemotherapy in patients with refractory gynecologic cancer: A Gynecologic Oncology Group study. Cancer 73(1):196-199, 1994.

103.    **Berman, ML**. Changes in Medicare reimbursement and managed care: A window to health care reform [editorial]. Gynecol Oncol 53(2):141-145, 1994.

104.    Monk BJ, Cha DS, Walker JL, Burger RA, Ramsinghani NS, Manetta A, DiSaia PJ, **Berman ML**. Extent of disease as an indication for pelvic radiation following radical hysterectomy and bilateral pelvic lymph node dissection in the treatment of stage IB and IIA cervical carcinoma [lead article]. Gynecol Oncol 54(1):4-9, 1994.

105. **Berman M**L, Grosen EA. A new method of continuous vaginal cuff closure at abdominal hysterectomy. Obstet Gynecol 84(3):478-480, 1994.

106. Liao SY, Brewer CA, Zavada J, Pastorek J, Pastorekova S, Manetta A, **Berman ML**, DiSaia PJ, Stanbridge EJ. Identification of the MN antigen as a diagnostic biomarker of cervical intraepithelial squamous and glandular neoplasia and cervical carcinomas. Am J Pathol 145(3):598-609, 1994.

107. Swanson CA, Potischman N, Barrett RJ, **Berman ML**, Mortel R, Twiggs LB, Wilbanks GD, Hoover RN, Brinton LA. Endometrial cancer risk in relation to serum lipids and lipoprotein levels. Cancer Epidemiol Biomarkers Prev, 3(7):575-581, 1994.

108. Mannel RS, Manetta A, Hickman Jr. RL, Walker JL, **Berman ML**, DiSaia PJ. Cost analysis of Hickman catheter insertion at beside in gynecologic oncology patients. J Am Coll Surg, 179(5):558-560, 1994.

109. Monk BJ, Cook N, Ahn C, Vasilev SA, **Berman ML**, Wilczynski SP. Comparison of the polymerase chain reaction and Southern blot analysis in detecting and typing human papilloma virus deoxyribonucleic acid in tumors of the lower female genital tract. Diagn Mol Pathol 3(4B):283-291, 1994.

110. Van Nostrand KM, Lucci III JA, Schell M, **Berman ML**, Manetta A, DiSaia PJ. Primary vaginal melanoma: Improved survival with radical pelvic surgery. Gynecol Oncol, 55(2):234-237. 1994.

111. Hoskins WJ, McGuire WP, Brady MF, Homesley HD, Creasman WT, **Berman ML**, Ball H, Berek JS. The effect of diameter of largest residual disease on survival after primary cytoreductive surgery in patients with suboptimal residual epithelial ovarian carcinoma. Am J Obstet Gynecol 170(4):974-980, 1994.

112. Monk BJ, Tewari K, Gamboa-Vujicic G, Burger RA, Manetta A, **Berman ML**. Does perioperative blood transfusion affect survival in patients with cervical cancer treated with radical hysterectomy? Obstet Gynecol, 85(3):343-348, 1995.

113. Burger RA, Grosen EA, Ioli GR, Van Eden ME, Park M, **Berman ML**, Manetta A, DiSaia PJ, Granger GA, Gatanaga T. Spontaneous release of interleukin-6 by primary cultures of lymphoid and tumor cell populations purified from human ovarian carcinoma. J Interferon Cytokine Res 15:255-260, 1995.

114. **Berman ML**. Contracting for professional service agreements [invited article]. Gynecol Oncol 58(2):159-164, 1995.

115. McMeekin DS, Burger RA, Manetta A, DiSaia PJ, **Berman ML**. Endometrioid adenocarcinoma of the ovary and its relationship to endometriosis. Gynecol Oncol 59:81-86, 1995.

116. Bloss JD, Lucci III JA, DiSaia PJ, Manetta A, Schiano MA, Ramsinghani N, **Berman ML**. A phase II trial of neoadjuvant chemotherapy prior to radical hysterectomy and/or radiation therapy in the management of advanced carcinoma of the uterine cervix. Gynecol Oncol 59:105-110, 1995.

117.   McGuire WP, Hoskins WJ, Brady MF, Homesley HD, Creasman WT, **Berman ML**, Ball H, Berek JS, Woodward J.  Assessment of dose intensive therapy in suboptimally debulked ovarian cancer: A Gynecologic Oncology Group study. J Clin Oncol 13(7):1589-1599, 1995.

118.   Currie JL, Blessing JA, Muss HB, Fowler J, **Berman ML**, Burke TW.  Combination chemotherapy with hydroxyurea, dacarbazine (DTIC) and etoposide (VP-16) in the treatment of uterine leiomyosarcoma:  A Gynecologic Oncology Group Study.  Gynecol Oncol 61:27-30, 1996.

119.   Currie JL, Blessing JA, McGehee R, Soper JT, **Berman ML**.  Phase II trial of hydroxyurea, dacarbazine (DTIC) and etoposide (VP-16) in mixed mesodermal tumors of the uterus:  A Gynecologic Oncology Group Study.  Gynecol Oncol 61:94-96, 1996.

120.   Kemp G, Rose P, Lurain J, **Berman ML**, Manetta A, Roullet B, Homesley H, Belpomme D, Glick J.  Amifostine pretreatment for protection against cyclophosphamide-induced and cisplatin-induced toxicities in patients with advanced ovarian cancer.  J Clin Oncol 14(7):2101-2112, 1996.

121.   McMeekin DS, Gazzaniga C, **Berman ML**, DiSaia PJ, Manetta A.  Retrospective review of gynecologic oncology patients with therapy induced neutropenic fever.   Gynecol Oncol 62:247-253, 1996.

122.   Potischman N, Hoover RN, Brinton LA, Siiteri P, Dorgan JF, Swanson CA, **Berman ML**, Mortel    R, Twiggs LB, Barrett RJ, Wilbanks GD, Persky V, Lurain JR.  A case-control study of endogenous steroid hormones and endometrial cancer. JNCI 88(16):1127-1135, 1996.

123.   Burger RA, Monk BJ, Kurosaki T, Anton-Culver H, Vasilev SA, **Berman ML**, Wilczynski SP.  HPV type 18: Association with poor prognosis in early stage cervical cancer.  JNCI 88(19):1361-1368, 1996.

124.   Brewer CA, Liao SY, Wilczynski SP, Pastorekova S, Pastorek J. Zavada J, Kurosaki T, Manetta A, **Berman ML**, DiSaia PJ, Stanbridge EJ.  A study of biomarkers in cervical carcinoma and clinical correlation of the novel biomarker MN.  Gynecol Oncol 63:337-344, 1996.

125.   Chapman JA, DiSaia PJ, **Berman ML**.  Estrogen replacement in surgical stage I and II endometrial cancer survivors.  Am J Obstet Gynecol 175:1195-1200, 1996.

126.   **Berman ML**.  Neither Adam or Eve seems worth very much anymore [editorial]. Gynecol Oncol 64:369-371, 1997.

127.   Omura GA, Blessing JA, Vaccarello L, **Berman ML**, Clarke-Pearson DL, Mutch DG, Anderson B. Randomized trial of cisplatin versus cisplatin plus mitolactol (dobromodulcitol) versus cisplatin plus ifosfamide in advanced squamous carcinoma of the cervix: A Gynecologic Oncology Group Study.  Manuscript GOG #110 J Clin Oncol 15 (1): 165-171, 1997.

128. Sood AK, Buller RE, Burger RA, Dawson JD, Sorosky JI, **Berman ML**. Value of preoperative CA 125 level in the management of uterine cancer and prediction of clinical outcome. Obstet Gynecol 90(3):441-447, 1997.

129. Tewari K, Brewer C, Cappuccini F, Macri C, Rogers LW, **Berman ML**. Advanced stage small cell carcinoma of the ovary in pregnancy: Long-term survival after surgical debulking and multi-agent chemotherapy. Gynecol Oncol 66(3):531-534, 1997.

130. Brewer CA, Wilczynski SP, Kurosaki T, Daood R, **Berman ML**. Colposcopic regression patterns in high-grade cervical intraepithelial neoplasia. Obstet Gynecol 90(4):617-621, 1997.

131. Monk BJ, Tewari K, Johnson MT, Burger RA, Montz FJ, **Berman ML**. A comparison of intracavitary versus interstitial irradiation in the treatment of cervical cancer. Gynecol Oncol 67:241-247, 1997.

132. Sturgeon SR, Brinton LA, **Berman ML**, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD, Lurain JR. Intrauterine device use and endometrial cancer risk. Int J Epidemiol 26(3):496-500, 1997.

133. Sherman ME, Sturgeon S, Brinton LA, Potischman N, Kurman RJ, **Berman ML**, Mortel R, Twiggs LB, Rolland JB, Wilbanks GD. Risk factors and hormone levels in patients with serous and endometrioid uterine carcinomas. Modern Pathol (10):963-968, 1997.

134. Kim P, Monk BJ, Chabra BS, Burger RA, Vasilev SA, Manetta A, DiSaia PJ, **Berman ML**. Cervical cancer with paraortic metastases: significance of residual paraortic disease after surgical staging. Gynecol Oncol 69(3):243-247, 1998.

135. Zelmanowicz A, Hildesheim A, Sherman ME, Sturgeon SR, Kurman RJ, Barrett R, **Berman ML**, Mortel R, Twiggs LB, Wilbanks GD, Brinton LA. Evidence for a common etiology for endometrial carcinomas and malignant mixed mullerian tumors. Gynecol Oncol 69(3):253-257, 1998.

136. Sturgeon SR, Sherman ME, Kurman RJ, **Berman ML**, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD, Brinton LA. Analysis of histopathologic features of endometrioid carcinomas and epidemiologic risk factors. Cancer Epidemiology, Biomarkers & Prevention 7(3):231-235, 1998.

137. Tewari K, Cappuccini F, Balderston KD, Rose GS, Porto M, **Berman ML**. Pregnancy in a Jehovah's Witness with invasive cervical cancer and anemia: Ethical, religious, legal and medical considerations. Gynecol Oncol 71, 330-332, 1998.

138. Brewer CA, Chan J, Kurosaki T, **Berman ML**. Radical hysterectomy with the endoscopic stapler. Gynecol Oncol 71, 50-52, 1998.

139. Balderston KD, Tewari K, Gregory WT, **Berman ML**, Kucera PR. Neuroendocrine small cell uterine cervix cancer in pregnancy: Long-term survival following combined therapy. Gynecol Oncol 71, 128-132, 1998.

140.    Johnson G, Van Nostrand K, Wilczynski S, Chapman J, Monk B, Brightman K, Schell M, **Berman ML**, Manetta A, DiSaia P, Fan H.  Genetic alterations in endometrial carcinomas. Int J Gyn Cancer 8 (5): 415-422, 1998.

141.    Gillette CN, Manetta A, **Berman ML**, Kohler MF, DiSaia PJ.  Management of ovarian cancer in patients older than eighty.  Gynecol Oncol, 73: 137-139, 1999.

142.    Palmer JR, Driscoll SG, Rosenberg L, Berkowitz RS, Lurain JR, Soper J, Twiggs LB, Gershenson DM, Kohorn EI, **Berman ML**, Shapiro S, Rao S.  Oral contraceptive use and risk of gestational trophoblastic tumors.  J Natl Cancer Inst, 91: 635-39, 1999.

143.    Tewari K, Cappuccini F, Syed AM, Puthawala AA, DiSaia PJ, **Berman ML**, Manetta A, Monk BJ.  Interstitial brachytherapy in the treatment of advanced and recurrent vulvar cancer.  Am J Obstet Gynecol, 181(1): 91-98, 1999.

144.    Tewari K, Cappuccini F, Brewster WR, DiSaia PJ, **Berman ML,** Manetta A, Puthawala AA, Nisar Syed AM, Kohler, MF.  Interstitial brachytherapy for vaginal recurrences of endometrial cancer.  Gynecol Oncol 74(3): 416-422, 1999.

145.    Tewari K, Cappuccini F, DiSaia PJ, **Berman ML,** Manetta A, Kohler MF.  Malignant germ cell tumors of the ovary.  Obstet Gynecol 95: (1)128-133, 2000.

146.    Lacey JV, Brinton LA, Mortel R, **Berman ML**, Wilbanks GD, Twiggs LB, Barrett RJ.  Tubal sterilization and risk of cancer of the endometrium. Gynecol Oncol 79(3): 482-484, 2000.

147.    Brewster WR, Monk BJ, Ziogas A, Anton-Culver H, Yamada SD, **Berman ML**. Intent-to-treatanalysis of stage Ib and IIa cervical cancer in the United States: radiotherapy or surgery 1988-1995. Obstet Gynecol 97(2):248-54, 2001.

148.    Tewari KS, Cappuccini F, Puthawala AA, Kuo J, Burger RA, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ, Nisar AM.  Primary evasive carcinoma of the vagina: Treatment with interstitial brachytherapy.  Cancer 91(4):758-770, 2001.

149.    Chan JK, Lin YG, Monk BJ, Tewari K, Bloss JD, **Berman ML**. Vaginal hysterectomy as primary treatment of endometrial cancer in medically compromised women. Obstet Gynecol 97(5 pt 1):707-11, 2001.

150.    Keefe KA, Schell MJ, Brewer C, McHale MT, Brewster WR, Chapman JA, Rose GS, McMeekin DS, Lagerberg W, Peng YM, Wilczynski SP, Anton-Culver H, Meyskens FL, **Berman ML**.  A randomized, double blind, phase III trial using oral beta-carotene supplementation for women with high grade cervical intraepithelial neoplasia.  Cancer Epidemiology, Biomarkers &  Prevention 10(10):1029-1035, 2001.

151.    Syed AM, Puthawala AA, Abdelaziz NN, El-Naggar M, DiSaia PJ, **Berman ML**, Tewari KS, Sharma A, Londrc A, Juwadi S, Cherlow J, Damore S, Chen Y. Long-term results of low-dose-rate interstitial-intracavitary brachytherapy in the treatment of carcinoma of the cervix. Int J Radiation Oncology Biol Phys 54(1):67-78, 2002.

152. **Berman, ML**. Advances in cervical cancer management from North American Cooperative Group Clinical Trials. Yonsei Medical Journal 43(6): 729-736, 2002. Review.

153. Loizzi V, Cappuccini F, **Berman ML**. An unusual presentation of struma ovarii mimicking a malignant process. Obstet and Gynecol 100(5 Pt 2): 1111-1112, 2002.

154. **Berman ML**. SGO Presidential Address. Society of Gynecologic Oncologists. Gynecol Oncol 86(2):107-114, 2002.

155. McHale MT, **Berman ML**, Keefe K, Schell M, Peng YM, Monk BJ. Influence of serum and tissue micronutrient levels on the regression of untreated cervical intraepithelial neoplasia 2 and 3. Journal of Lower Genital Tract Disease 6(4):220-224, 2002.

156. Chan JK, Monk BJ, Brewer C, Keefe KA, Osann K, McMeekin DS, Rose GS, Youssef M, Wilszynski SP, Meyskens FL, **Berman ML**. HPV infection and number of lifetime sexual partners are strong predictors for 'natural' regression of CIN 2 and 3. B J Cancer 89(6):1062-1066, 2003.

157. Chan JK, Loizzi V, Youssef M, Osann K, Rutgers J, Vasilev S, **Berman ML**. Significance of comprehensive surgical staging in noninvasive papillary serous carcinoma of the endometrium. Gynecol Oncol 90(1): 181-5, 2003.

158. Loizzi V, Chan JK, Osann K, Cappuccini F, DiSaia PJ, **Berman ML**. Survival outcomes in patients with recurrent ovarian cancer who were treated with chemoresistance assay – guided chemotherapy. Am J Obstet Gynecol. 189(5):1301-7, 2003.

159. Chan JK, Loizzi V, Magistris A, Lin F, Rutgers J, Osann K, DiSaia PJ, **Berman ML**. The significance of molecular marker in survival of young women with advanced ovarian cancer. Clinical Cancer Research. Jun 2003.

160. Berg J, Tewari KS, Del Rosario R, **Berman ML**. Unusual presentation of a malignant granular cell tumor of the pelvis: case report and literature review. Gynecol Oncol 90(1):224-30, 2003. Review.

161. **Berman, ML**. Future directions in the surgical management of ovarian cancer. Gynecol Oncol 90(2 Pt 2): S33-9, 2003. Review.

162. **Berman ML,** Truong TH, BS, DiSaia PJ, Chan JK. Modified technique for suprapubic catheter insertion that avoids urinary leakage. Am J Obstet and Gynecol 189(6): 1670-1, 2003.

163. Chan JK, Lin YG, Loizzi VL, Ghobriel M, DiSia PJ, **Berman, ML.** Borderline ovarian tumors in reproductive-age women. Fertility-sparing surgery and outcome. J Reprod Med 48: 756-60, 2003.

164. Lacey J, Potischman N, Madigan M, **Berman ML**, Mortel R, Twiggs L, Barrett R, Wilbanks G, Lurain J, Filmore C, Sherman M, Brinton L. Insulin-like growth factor binding proteins, and endometrial cancer: results from a U.S. case-control study. Am J of Obstet & Gynecol, May 2003.

165.   Chan JK, Loizzi V, Manetta A, **Berman ML**. Oral altretamine used as salvage therapy in recurrent ovarian cancer. Gynecol Oncol, 92: 368-71, 2004.

166.   Chan JK, Loizzi V, Magistris A, Lin F, Rutgers J, Osann K, DiSaia PJ, **Berman ML**. The significance of molecular marker in survival of young women with advanced ovarian cancer.   Obstetrics and Gynecology.  Jun 2003.

167.   **Berman, ML**. Adjuvant radiotherapy following properly staged endometrial cancer: what role? Gynecol Oncol, 92(3): 737-39, 2004

168.   Geas FL, Rutgers JKL, Tewari KS, **Berman ML.**  Surgical Cytoreduction and Hormone Therapy of an Advanced Endometrial Stromal Sarcoma of the Ovary.  Obstetrics & Gynecology, 103(5 Pt 2): 1051-1054, 2004.

169.   Lacey Jr. JV, Potischman N, Madigan MP, **Berman ML,** Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD, Lurain JR, Fillmore CM, Sherman ME, and Brinton LA.  Insulin-Like Growth Factors, Insulin-Like Growth Factor-Binding Proteins, and Endometrial Cancer in Postmenopausal Women: Results from a U.S. Case-Control Study.  Cancer Epidemiol Biomarkers & Prev 13: 607-12, 2004.

170.   Chan, JK, Loizzi V, Magistris A, Lin F, Rutgers J, Osann K, DiSaia PJ, **Berman ML**. Differences in prognostic molecular markers between women over and under 45 years of age with advanced ovarian cancer.  Clinical Cancer Research 10: 8538-43, 2004.

171.   DuPont, N.C. & **Berman, M.L.** (2004) Surgical Management of Epithelial Ovarian Cancer: A Review of the literature. Minerva Gincol 56,547-56

172.   Im SM, Gordon AN, Buttin BM, Leath, III CA,  Gostout BS, Shah C, Hatch KD, Wang J**, Berman ML**.  Validation of referral guidelines for women with pelvic mass.  Obstet & Gynecol 105: 35-41, 2005.

173.   Hamilton CA, Liou WS, Osan R, **Berman ML**, Husain A, Teng NN, Kapp DS, Chan JK. The impact of adjuvant therapy on the survival of patients with early stage uterine papillary serous carcinoma.  Journal of Radiation Oncology, Biology, Physics 63(3): 839-844, 2005.

174.   Chan JK, Lin SS, McMeekin DS, **Berman ML**.  Patients with malignancy requiring urgent therapy: Case 3. Tumor Lysis Syndrome associated with chemotherapy in ovarian cancer.  Journal of Clinical Oncology 23(27): 6794-6795, 2005.

175.   Chan JK, Loizzi V, Magistris A, Hunter MI, Rutgers J, DiSaia PJ, **Berman ML**. Clinicopathologic features of six cases of primary cervical lymphoma.  Am J Obstetrics and Gynecology 193(3): 866-72, 2005.

176.   Crade, M., **Berman, ML**, Chase D.  Three dimensional tissue block ultrasound in ovarian tumors.  Ultrasound in Obstetrics & Gynecology 26: 683-86, 2005.

177.   Tewari KS, Mehta RS, Burger RA, Ing-Ru Y, Kyshtoobayera AS, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ, Fruehauf JP.  Conservation of in vitro drug resistance patters in epithelial ovarian carcinoma.  Gynecologic Oncology 98: 360-68, 2005.

178.    Chase, D.M., Basu, T., Saffari, B., Ries, S. & **Berman, M.L**.  Malignant Eccrine spiradenoma of the vulva: a case report and review of the literature. Int J Gynecol Cancer 16: 1465-9, 2006.

179.    Hamilton CA, Cheung, ML; Osann K, Balzer, B; **Berman, ML**; Husain, A; Teng, NN; Kapp, DS. The Effect of Adjuvant Chemotherapy versus Whole Abdominopelvic Radiation on the Survival of Patients with Advanced Stage Uterine Papillary Serous Carcinoma.  Gynecologic Oncology 103: 679-83, 2006.

180.    Chan J; Sugiyama V; Pham H; Gu M; Rutgers J; Osann K; Cheung M; **Berman ML;** DiSaia P.   Margin distance and other clinico-pathologic prognostic factors in vulvar carcinoma: A multivariate analysis.  *Gynecol Oncol* 104 (3): 636-641, 2007.

181.    DuPont N, Mabuchi S, Ries S, **Berman ML**.  Sclerosing ductal carcinoma of the clitoris with microcystic adnexal carcinoma-like features.  *J Cutan Pathol* 36 (3): 359-361, 2009.

182.    Chase DM, Crade M, Basu T, Saffari B, **Berman ML**. Preoperative diagnosis of ovarian malignancy: preliminary results of the use of 3-dimensional vascular ultrasound. Int J Gynecol Cancer. 2009 Apr;19(3):354-60.

183.    Burton E, Chase D, Yamamoto M, de Guzman J, Imagawa D, **Berman ML**.  Surgical management of recurrent ovarian cancer: the advantage of collaborative surgical management and multidisciplinary approach.  Gynecol Oncol.  2011 Jan: 120(1): 29-32.

184.    Eskander RE, Randall LM, **Berman ML**, Tewari KS, DiSaia PJ, Bristow RE.  Fertility preserving options in patients with gynecologic malignancies.  Am J Obstet Gynecol. 2011 Aug: 205(2):103-110.

185.    Mahdavi A, Tajalli TR, Dalmar A, Vasilev SA, Lentz SE, **Berman ML**. Role of adjuvant chemotherapy in patients with early stage uterine papillary serous cancer. Int J Gynecol Cancer. 2011 Nov;21(8):1436-40.

**Journal Articles, Other (includes non-peer review)**

        N/A

**Journal Articles (In Press)**

1.      Puthwala A, Sharma A, DiSaia PJ, Berman ML, Tewari KS, Randall L, Ramsinghani N, Kuo J, Chen WP, McLaren C.  Outcomes of High-Dose-Rate Interstitial Brachytherapy in the Treatment of Locally Advanced Cervical Cancer: Long-term Results. Intl Journal of Radiation Oncology, Biology, Physics

**Journal Articles (Submitted)**

        N/A

**Journal Articles (In Preparation)**

N/A

### Abstracts and Posters and Other Conference Proceedings

1.   **Berman ML**, Lagasse LD, Watring WG, Moore JG, Smith ML. Enteroperineal fistulae following pelvic exenteration: A 10 point program of management. Obstet Gynecol Surv 32(6):402, 1977.

2.   **Berman ML**, Lagasse LD, Watring WG, Ballon SC, Schlesinger RE, Moore JG, Donaldson RC. Evaluation of cervical cancer: Extraperitoneal approach safer. Modern Med 155, April 15, 1978.

3.   **Berman ML**, Lagasse LW, Watring WG, Ballon SC, Schlesinger RE, Moore JG, Donaldson RC. The operative evaluation of patients with cervical carcinoma by an extraperitoneal approach. Obstet Gynecol Surv 33:368, 1978.

4.   Watring WG, Roberts JA, Lagasse LD, **Berman ML**, Ballon SC, Moore JG, Schlesinger RE. Treatment of recurrent Paget's disease of the vulva with topical Bleomycin. ICRDB Cancergram Series CT 17, #6, 1978.

5.   Micha JP, Stratton J, Senyei AE, Braly PS, Rettenmaier M, **Berman ML**, DiSaia PJ. The effect of tumor burden on tumor growth and response to chemotherapy in immunocompetent mice. The 14th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Scottsdale AZ, Feb 1983.

6.   Braly PS, Rettenmaier MA, **Berman ML**, DiSaia PJ. Use of the subrenal capsule assay to predict chemotherapeutic sensitivity in GYN malignancies. The 14th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Scottsdale AZ, Feb 1983.

7.   Micha JP, **Berman ML**, Romansky S, Rettenmaier M, Flam MS, Kucera P, DiSaia PJ. Malignant ovarian germ cell tumors: A review of 37 cases. The 15th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Miami FL, Feb 1984.

8.   **Berman ML**, Creasman WT, Keys H, Blessing J, Bundy B. Survival and patterns of recurrence in cervical cancer metastatic to periaortic lymph nodes (A Gynecologic Oncology Group Study).  The 15th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Gynecologic Oncology #2, 17:263-264, Miami FL, Feb 1984.

9.   Rettenmaier MA, **Berman ML**, Braly PS, Micha JP, Kucera PR, DiSaia PJ. Skinning vulvectomy for treatment of vulvar intraepithelial neoplasia. The 13th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), San Diego CA, Jun 1985.

10.  Kucera PR, Sheets EE, Micha JP, Rettenmaier MA, **Berman ML**, DiSaia PJ. Whole abdominal radiotherapy for patients with minimal residual epithelial ovarian cancer. The 13th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), San Diego CA, Jun 1985.

11.  Stratton JA, Rettenmaier MA, Kucera PR, **Berman ML**, DiSaia PJ. Concordance of multiple and single agent chemosensitivity predictions in ovarian carcinoma using the subrenal capsule xenograft assay (SRC). American Society Clinical Oncology (ASCO), 1986.

12.     Sharma B, **Berman ML**, Gupta S. Cytotoxic lymphocyte function in patients with ovarian cancer: In vitro effect of recombinant Interleukin-2 and Recombinant Interferon. The 6th International Congress of Immunology, 1986.

13.     Sutton G, Blessing J, Malfetano J, **Berman ML**. Phase II trial of Ifosfamide and Mesna in patients with epithelial ovarian carcinomas resistant to combination chemotherapy. American Society of Clinical Oncology (ASCO) 6(451):115, Mar 1987.

14.     Walker JL, Wilczynski S, Bergen S, Sheets EE, Rettenmaier MA, **Berman ML**, DiSaia PJ. Is cancer in young women a different disease? The 15th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Tucson AZ, May 1987.

15.     Mannel RS, **Berman ML**, Rettenmaier MA, Walker JL, Sheets EE, DiSaia PJ. Evaluation of clinical stage II endometrial cancer treated with primary surgical therapy. The 15th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Tucson, AZ, May 1987.

16.     Bergen S, **Berman ML**. Survival and Patterns of failure in patients with cervical cancer metastatic to pelvic lymph nodes. The 15th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Tucson AZ, May 1987.

17.     Puthawala AA, Syed AM, DiSaia PJ, **Berman ML**, Rettenmaier M. Thermoendocurietherapy for recurrent and/or persistent pelvic tumors. The 15th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Tucson AZ, May 1987.

18.     Mannel RS, **Berman ML**, Walker JL, DiSaia PJ. Stage II endometrial cancer: A multivariate analysis of prognostic variables in patients treated with primary surgical therapy. American College of Obstetricians and Gynecologists (ACOG), District IX, 1988.

19.     Rettenmaier MA, **Berman ML**, DiSaia PJ. Treatment of persistent ovarian carcinoma with intraperitoneal cisplatin, cytarabine and bleomycin. The 2nd International Conference on Intracavitary Chemotherapy, San Diego CA, Feb 1988.

20.     Walker JL, Wilczynski S, Liao SY, **Berman ML**, DiSaia PJ. Comparison of clinical and histologic features of carcinomas of the uterine cervix and the associated human papillomavirus type. The 7th International Papillomavirus Workshop, Nice France, May 1988.

21.     Mannel RS, **Berman ML**, Blumenfeld D, DiSaia PJ. Papillary serous adenocarcinoma of the endometrium. The 16th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Jackson Hole WY, Jun 1988.

22.     Bloss JD, Walker JL, Liao SY, **Berman ML**, DiSaia PJ, Wilczynski S. Clinical and histological features of carcinomas of the uterine cervix in relation to HPV type. The 3rd International Conference on Human Papillomaviruses and Squamous Carcinoma, Oct 1988.

23. Mannel RS, **Berman ML**, Walker JL, DiSaia PJ. Initial surgical therapy in the management of clinical Stage II endometrial cancer. The 20th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Maui HI, Feb 1989.

24. Sutton G, Blessing J, **Berman ML**, Homesley H, Malfetano J. Phase II trial of Ifosfamide and Mesna in refractory epithelial ovarian carcinoma. The 20th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Maui HI, Feb 1989.

25. Buller RE, Manetta A, DiSaia PJ, **Berman ML**. Does intraperitoneal CA-125 reflect disease status? The 17th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), San Francisco CA, May 1989.

26. Mannel RS, DiSaia PJ, Chapman JA, Walker JL, **Berman ML**. Surgical treatment of unexpected invasive cervical cancer found at the time of total hysterectomy. The 17th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), San Francisco CA, May 1989.

27. Cha D, **Berman ML**, Walker JL, Mannel RS, DiSaia PJ. The influence of various factors on survival of cervical cancer patients treated by radical hysterectomy and adjuvant postoperative radiotherapy. The 17th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), San Francisco CA, May 1989.

28. Manetta A, Lucci JA, Soopikian J, Granger GA, **Berman ML**, DiSaia PJ. In vitro cytotoxicity of tumor necrosis factor (TNF) alpha in association with radiotherapy in a human ovarian carcinoma cell lines. The 17th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), San Francisco CA, May 1989.

29. Sutton GP, Blessing JA, Photopulos G, **Berman ML**, Homesley HD. Early phase II Gynecologic Oncology Group experience with Ifosfamide/Mesna in gynecologic malignancies. European Conference on Clinical Oncology and Cancer Nursing, London England, Sep 1989.

30. Bloss JD, Liao SY, Peake M, **Berman ML**, Walker JL, Wilczynski SP. Clinical and histopathological features of carcinomas of the vulva with relation to human papillomavirus infection. Armed Forces District, the American College of Obstetricians and Gynecologists (ACOG), Nov 1989.

31. Bloss JD, Wilczynski SP, Manetta A, Walker JL, **Berman ML**, DiSaia PJ. The use of molecular probes to distinguish new primary tumors from recurrent tumors in gynecologic malignancies. Armed Forces District, the American College of Obstetricians and Gynecologists (ACOG), Nov 1989.

32. Bloss JD, Wilczynski SP, Manetta A, Walker JL, **Berman ML**, DiSaia PJ. Human papillomavirus particles in laser plume. Armed Forces District, the American College of Obstetricians and Gynecologists (ACOG), Nov 1989.

33. Williams S, Blessing JA, **Berman ML**, Homesley HD, Photopulos GJ. Ovarian germ cell tumors: Gynecologic Oncology Group. The 6th International Conference on the Adjuvant Therapy of Cancer, Feb 1990.

34.   Bloss JD, Liao SY, Peake M, **Berman ML**, Walker JL, Wilczynski S. The relationship of human papillomavirus to various clinical and histopathological features of vulvar carcinoma. The 18th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Blaine WA, Jun 1990.

35.   Buller RE, Mannel RS, Manetta A, **Berman ML**, Braly PS, DiSaia PJ. Continent urinary diversion in gynecologic oncology. The 18th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Blaine WA, Jun 1990.

36.   Buller RE, **Berman ML**, Bloss JD, DiSaia PJ. Epithelial ovarian CA-125 kinetics, a model for response to therapy. The 18th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Blaine WA, Jun 1990.

37.   Lucci JA, Manetta A, Cappuccini F, Dett C, Ininns E, DiSaia PJ, **Berman ML**, Granger GA. Increased mitogen stimulated lymphokine activated T killer (MAK) cell activity in patients with ovarian cancer. The 18th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Blaine WA, Jun 1990.

38.   Fuchtner C, Manetta A, Walker JL, Emma DA, **Berman ML**, DiSaia PJ. Radical hysterectomy in the elderly patient: Analysis of morbidity. The 22nd Annual Meeting of the Society of Gynecologic Oncologists (SGO), Orlando FL, Feb 1991.

39.   Buller RE, **Berman ML**, Bloss JD, Manetta A, DiSaia PJ. CA-125 kinetics and ovarian cancer survival. The 22nd Annual Meeting of the Society of Gynecologic Oncologists (SGO), Orlando FL, Feb 1991.

40.   Buller RE, **Berman ML**, Manetta A, Andersen B, DiSaia PJ. Does intensity in epithelial ovarian cancer chemotherapy: A kinetic analysis. The 19th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Newport Beach CA, Jun 1991.

41.   Macri CI, Walker JL, **Berman ML**, Wilczynski S. Clinical utility of HPV detection in the diagnosis of recurrence or metastases from genital malignancies. The 19th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Newport Beach CA, Jun 1991.

42.   Bloss JD, **Berman ML**, Syed N, Puthawala A, Manetta A, Rafie S, DiSaia PJ. The treatment of advanced carcinoma of the uterine cervix with interstitial radiotherapy and hyperthermia. The 19th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Newport Beach CA, Jun 1991.

43.   Manetta A, **Berman ML**, Boyle JM, DiSaia PJ, Lentz S, Liao SY, Mutch D, Slater L. Cyclosporin enhancement of cisplatin chemotherapy in patients with refractory gynecologic cancer: Gynecologic Oncology Group study. The 23rd Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Antonio TX, Mar 1992.

44.   Bloss JD, **Berman ML**, Mukhererjee J, Manetta A, Emma DA, Rettenmaier MA, DiSaia PJ. Bulky stage IB cervical carcinoma managed by primary radical hysterectomy followed by tailored radiotherapy. The 23rd Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Antonio TX, Mar 1992.

45.     Grosen EA, **Berman ML**, DiSaia PJ, Manetta A, Granger GA. Blocking factors (BF) and soluble receptors for tumor necrosis factor (TNF) and lymphotoxin (LT) in the cell-free ascites and tumor culture supernatants of patients with gynecologic malignancies. The 23rd Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Antonio TX, Mar1992.

46.     Grosen EA, **Berman ML**, DiSaia PJ, Manetta A, Gatanaga T, Granger GA.  Clinical evaluation of soluble receptors for tumor necrosis factor and comparison to CA-125 in the serum of patients with gynecologic malignancy.  The 83rd Annual Meeting of the American Association for Cancer Research (AACR), San Diego CA, May 1992.

47.     Stanford JL, Brinton LA, Barrett RJ, **Berman ML**, Mortel R, Twiggs LB, Wilbanks GD, Hoover RN, Lannom L. Oral contraceptives and endometrial cancer: Do other risk factors modify the association. Society for Epidemiologic Research (SER) Meeting, Jun 1992.

48.     Grosen EA, **Berman ML**, DiSaia PJ, Manetta A, Gatanaga T, Granger GA. Measurement of serum levels of soluble receptors for tumor necrosis factor may be a new method for monitoring disease status in patients with ovarian cancer. The 20th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Durango CO, Jun 1992.

49.     Alagoz T, Buller RE, **Berman ML**, Anderson B, Manetta A, DiSaia PJ. What is a normal CA-125 level? The 20th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Durango CO, Jun 1992.

50.     Buller RE, Kolb B, Connor J, DiSaia PJ, **Berman ML**. Wound healing vs. tumor growth: When should post-operative chemotherapy be initiated? The 20th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Durango CO, Jun 1992.

51.     Stanford JL, Brinton LA, Barrett RJ, **Berman ML**, Mortel R, Twiggs LB, Wilbanks GD, Lannom L, Hoover RN. Oral contraceptives and endometrial cancer: Do other risk factors modify the association? Society of Epidemiologic Research, Minneapolis MN, Jun 1992.

52.     Jenson JK, Lucci JA, DiSaia PJ, Manetta A, **Berman ML**.  To drain or not to drain: A retrospective study of closed-suction drainage following radical hysterectomy with pelvic lymphadenectomy. The 24th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Palm Desert CA, Feb 1993.

53.     Bloss JD, Liao SY, Buller R, Manetta A, **Berman ML**, McMeekin DS, DiSaia PJ. Extraovarian peritoneal serous papillary carcinoma: a case-control retrospective comparison to papillary adenocarcinoma of the ovary. The 24th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Palm Desert CA, Feb 1993.

54.     Burger RA, Grosen EA, Ioli GR, Van Eden M, Brightbill HD, Gatanaga M, DiSaia PJ, **Berman ML**, Manetta A, Granger GA, Gatanaga T. Origin of released tumor necrosis factor and soluble tumor necrosis factor receptors in ovarian carcinoma. The 24th Annual Meeting of the Felix Rutledge Society, Laguna Beach CA, Jun 1993.

55.     Burger RA, Grosen EA, DiSaia PJ, **Berman ML**, Gatanaga T, Granger GA.  Ascites from women with ovarian cancer has low levels of anti-tumor cytokines but high levels of inhibitory TNF/LT receptors and IL-1 receptor antagonist.  The 84th Annual Meeting of the American Association for Cancer Research, Orlando FL, May 1993.

56.     Monk BJ, Chapman JA, Johnson GA, Brightman BK, Wilczynski SP, Schell MJ, DiSaia PJ, **Berman ML**, Manetta A, Fan H. Correlation of C-myc and HER-2/neu amplification and over-expression with histopathologic variables in uterine corpus cancer. The 4th Meeting of the Molecular Basis of Cancer, Libertytown MD, Jun 1993.

57.     Burger RA, Grosen EA, Gatanaga M, DiSaia PJ, **Berman ML**, Manetta A, Granger GA, Gatanaga T. Origin of released tumor necrosis factor and soluble tumor necrosis factor receptors in ovarian carcinoma. Combined Meeting of the 8th International Lymphokine Workshop and the 4th International Workshop on Cytokines. Osaka Japan, Oct 1993. Lymphokine and Cytokine Research 12:380, 1993.

58.     Monk BJ, Chapman JA, Johnson GA, Brightman BK, Wilczynski SP, Schell MJ, DiSaia PJ, **Berman ML**, Manetta A, Fan H. Correlation of C-myc and HER-2/neu amplification and over-expression with histopathologic variables in uterine corpus cancer. The 25th Anniversary Meeting of the Society of Gynecologic Oncologists (SGO), Orlando FL, Feb 1994. Gynecol Oncol 52:118, 1994.

59.     Currie J, Blessing J, Muss H, Fowler J, **Berman ML**, Burke T. Combination chemotherapy with hydroxyurea, dacarbazine (DTIC) and etoposide (VP-16) for patients with advanced or recurrent uterine leiomyosarcoma: A Gynecologic Oncology Group (GOG) Study. The 25th Anniversary Meeting of the Society of Gynecologic Oncologists (SGO), Orlando FL, Feb 1994.

60.     Liao SY, Brewer CA, Zavada J, Manetta A, **Berman ML**, DiSaia PJ, Stanbridge EJ. Identification of MN antigen as a reliable diagnostic biomarker of cervical neoplasms. The 83rd Annual Meeting of the International Academy of Pathology, San Francisco CA, Mar 1994.

61.     Brewer CA, Liao SY, Zavada J, Manetta A, **Berman ML**, DiSaia PJ, Stanbridge E. Enhanced expression of MN protein in cervical carcinomas: Western blot analysis correlates with immunohistochemical staining.  The 85th Annual Meeting of the American Association for Cancer Research, San Francisco CA, Apr 1994.

62.     Burger RA, Grosen EA, DiSaia PJ, **Berman ML**, Gatanaga T, Granger GA. Cytokines and cytokine inhibitors in women with ovarian cancer.  The 85th Annual Meeting of the American Association for Cancer Research, San Francisco CA, Apr 1994.

63.     Monk BJ, Tewari K, Gamboa-Vujicic G, Nguyen C, Kurasaki T, Borazjani H, Manetta A, DiSaia PJ, **Berman ML**. Does perioperative blood transfusion influence the survival of patients with cervical cancer treated with radical hysterectomy?  The 22nd Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Whistler British Columbia, June 22-25, 1994. Gynecol Oncol 54(1):110, 1994.

64.    Monk BJ, Burger RA, Cook N, Kurosaki T, Lin F, Marron J, Parham G, Vasilev SA, **Berman ML**, Wilczynski SP.  The presence of human papillomavirus DNA in vulvar carcinoma is associated with improved survival independent of stage of disease, tumor grade and patient age.  13th International Papillomavirus Conference, Amsterdam The Netherlands, Oct 1994.

65.    Burger RA, Monk BJ, Cook N, Anton-Culver H, Breuer AM, Parham G, Vasilev SA, **Berman ML**, Wilczynski SP.  HPV 18 DNA type is an independent predictor of poor survival among patients with cervical carcinoma treated with radical hysterectomy. The 13th International Papillomavirus Conference, Amsterdam The Netherlands, Oct 1994.

66.    Bloss JD, Lucci JA, DiSaia PJ, Manetta A, Schiano M, **Berman ML**.  A phase II trial of neoadjuvant chemotherapy prior to radical hysterectomy +/or radiation therapy in the management of advanced carcinoma of the uterine cervix.  The 26th Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Francisco CA, Feb 1995.

67.    McMeekin DS, Burger RA, Manetta A, DiSaia PJ, **Berman ML**.   Endometrioid adenocarcinoma of the ovary and its relationship to endometriosis.   The 26th Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Francisco CA, Feb 1995. Gynecol Oncol 56:124, 1995.

68.    Burger RA, Monk BJ, Cook N, Anton-Culver H, Breuer AM, Parham G, Vasilev SA, **Berman ML**, Wilczynski SP.  HPV 18 DNA type is an independent predictor of poor survival among patients with cervical carcinoma treated with radical hysterectomy.   The 26th Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Francisco CA, Feb 1995.  Gynecol Oncol 56:141, 1995.

69.    Currie JL, Blessing JA, Muss HB, McGehee R, Sopher JT, **Berman ML**.  Phase II trial of hydroxyurea, dacarbazine (DTIC) and etoposide (VP-16) in mixed mesodermal tumors of the uterus: A Gynecologic Oncology Group Study.  The 26th Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Francisco CA, Feb 1995.

70.    Monk BJ, Burger RA, Cook N, Kurosaki T, Lin F, Marron J, Parham G, Vasilev SA, **Berman ML**, Wilczynski SP.  The presence of human papillomavirus DNA in vulvar carcinoma is associated with improved survival independent of stage of disease, tumor grade and patient age.  The 26th Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Francisco CA, Feb 1995. Gynecol Oncol 56:126, 1995.

71.    Meyskens FL, DiSaia PJ, **Berman ML**, Manetta A, Weber J.  Chemoprevention of cervical intraepithelial neoplasia (CIN).  Cancer Chemoprevention: Cervix, endometrium and ovary.  Channel Islands Harbor CA, Feb 1995.

72.    Van Nostrand KM, Monk BJ, Chapman JA, Johnson GA, Brightman K, Wilczynski SP, **Berman ML**, Manetta A, DiSaia PJ, Fan HY.   Genetic alterations in endometrial carcinoma:  Prognostic implications.   The 86th Annual Meeting of the American Association for Cancer Research, Toronto Ontario Canada, Mar 1995.

73.    Haugen JA, Monk BJ, Burger RA, Manetta A, Syed AMN, DiSaia PJ, **Berman ML**, Puthawala A.  I-125 seed permanent interstitial irradiation f or recurrent gynecologic malignancies.  The 23rd Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Couer d'Alene ID, Jun 1995.

74.     Chapman JA, DiSaia PJ, **Berman, ML**.  Estrogen replacement in surgical stage I, II endometrial cancer.  The 23rd Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Couer d'Alene Idaho, Jun 1995.

75.     Brewer CA, Liao SY, Wilczynski SP, Pastorekova S, Zavada J, Manetta A, **Berman ML**, DiSaia PJ, Stanbridge E.  A study of biomarkers in cervical carcinoma and clinical correlation of the novel biomarker MN.   The 23rd Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Couer d'Alene ID, Jun 1995.

76.     Tewari K, Monk BJ, Burger RA, Puthawala A, Vora N, Vasilev SA, Manetta A, **Berman ML**, Syed AMN, DiSaia PJ.  Interstitial brachytherapy in the treatment of advanced and recurrent vulvar cancer.  The 23rd Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Couer d'Alene ID, Jun 1995.

77.     Haugen JA, Monk BJ, Burger RA, Manetta A, Syed AMN, DiSaia PJ, **Berman ML**, Puthawala A.  I-125 seed permanent interstitial irradiation for recurrent gynecologic malignancies.  The 22nd Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Coeur d'Alene ID, Jun 95.  Gynecol Oncol 58:411, 1995.

78.     Brewer CA, Liao SY, Wilczynski SP, Pastorekova S, Zavada J, Manetta A, **Berman ML**, DiSaia PJ, Stanbridge EJ.  A study of biomarkers in cervical carcinoma and clinical correlation of the novel biomarker MN.  Poster Session at the 27th Annual Meeting of the Society of Gynecologic Oncologists (SGO), New Orleans LA, Feb 1996.

79.     Monk BJ, Fowler JM, Burger RA, McGonigle KF, Eddy GL, **Berman ML**, Montz FJ.  GORE-TEX surgical membrane: an evaluation of efficacy in the prophylaxis of postradical pelvic surgery adhesions – a controlled, randomized, multi-center study of patients with advanced ovarian cancer.  The 27th Annual Meeting of the Society of Gynecologic Oncologists (SGO), New Orleans LA, Feb 1996.

80.     Zelmanowicz A, Hildesheim A, Sturgeon SR, Sherman ME, **Berman ML**, Mortel R, Twiggs LB, Barrett RJ, Wilbanks GD, Brinton LA.  Risk profile of endometrial cancers: A comparison of sarcomas and epithelial tumors. Annual Meeting of the American Society of Clinical Oncologists (ASCO), May 1996.

81.     Brewer CA, Chan J, Kurosaki T, **Berman ML**.   Radical hysterectomy with the endoscope stapler. The 28th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Phoenix AZ, Mar 1997.

82.     Kohler MF, Gillette N, Kurosaki T, McMeekin DS, Burger RA, Manetta A, Vasilev SA, DiSaia PJ, **Berman ML**.  Bowel resection during primary surgical debulking for epithelial ovarian carcinoma. The 28th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Phoenix AZ, Mar 1997.

83.     Sood AK, Buller RE, Burger RA, Dawson J, Sorosky JI, **Berman ML**.   Preoperative CA125: Assessment of role and significance in uterine cancer. The 28th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Phoenix AZ, Mar 1997.

84.     Brewster WP, Kurosaki TT, Anton-Culver H, **Berman ML**, DiSaia PJ, Manetta A, Kohler MF. Participation of gynecologic oncologists in the primary surgical management of

45

endometrial cancer in Orange County California 1985-1994: A population based study. The 28th Annual Meeting of Society of Gynecologic Oncologists, Phoenix AZ, Mar 1997. (Plenary Session).

85.  Omura GA, Blessing J, Vaccarello L, **Berman ML**, Mutch D, Clarke-Pearson D, Anderson B.  A randomized trial of cisplatin versus cisplatin + mitoilactol versus cisplatin + ifosfamide in advanced squamous carcinoma of the cervix (SCC) by the Gynecologic Oncology Group (GOG). The 28th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Phoenix AZ, Mar 1997.

86.  Monk BJ, Kim PK, Chabra S, Burger RA, Manetta A, Vasilev SA, DiSaia PJ, **Berman ML**.  Cervical carcinoma with para-aortic nodal metastases: Significance of residual paraaortic disease after surgical staging.  The 25th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Alberta Canada, Jun 1997.

87.  Gillette CN, Kurosaki T, McMeekin S, Burger R, Manetta A, Vasilev S, DiSaia PJ, **Berman ML**, Kohler ML. Bowel resection during primary surgical debulking for epithelial ovarian carcinoma.The 25th Annual Meeting of the Western Association for Gynecologic Oncologists (WAGO), Jasper Alberta, Canada, Jun 1997.

88.  Keefe KA, Wilczynski CA, Lagerberg W, Chapman J, Brewer C, Upasani S, **Berman ML**.  Effects of Beta-Carotene on Cervical Intraepithelial Neoplasia (CIN): A Phase II Trial.  The 29th Annual Meeting of the Society of Gynecologic Oncologists (SGO), Orlando FL, Feb 1998.

89.  Tewari K, Cappuccini F, DiSaia PJ, **Berman ML**, Manetta A, AMN Syed, Kohler MF. Interstitial Brachytherapy for Vaginal Vault Recurrences of Endometrial Cancer.  The 27th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Napa CA, May 1998.

90.  McMeekin S, **Berman ML**, Manetta A, DiSaia PJ.  Who are the Long-Term Survivors of  Advanced Ovarian Cancer?  The 27th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Napa CA, May 1998.

91.  Tewari K, Cappuccini F, Rose GS, Kohler MF, Manetta A, **Berman ML**, DiSaia PJ. Malignant ovarian germ cell tumors: 1. Management and survival – A twenty year experience. 16th Annual Residents' Paper Day, The Philip J. DiSaia Society, Orange, CA, May 1998.

92.  Tewari K, Cappuccini F, Brewster WR, Syed AMN, DiSaia PJ, **Berman ML**, Manetta A, Kohler MF. Interstitial brachytherapy for vaginal vault recurrences of endometrial cancer. 26th Annual Meeting, The Western Association of Gynecologic Oncologists, Napa, CA, Jun 1998.

93.  Tewari K, Taylor JA, Liao SY, Hughes CCWH, Burger RA, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ, Villarreal LP. The establishment of a SCID mouse model for the investigation of human cervical neoplasia. 30th Annual Meeting, The Society of Gynecologic Oncologists, San Francisco, CA, Mar 1999.

94.    Tewari K, Taylor JA, Liao SY, Hughes CCW, Burger RA, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ, Villarreal LP. Further investigations with the severe combined immunodeficiency murine-human xenograft model utilizing immunohistochemical analysis, human papillomavirus DNA detection, hormonal manipulation and exogenous gene expression. The First Annual Symposium of the University of California, Irvine, Chao Family Comprehensive Cancer Center, Orange CA, Jun 1999.

95.    Tewari KS, Syed AMN, Kuo JV, Puthawala AA, Ramsinghani NS, Monk BJ, **Berman ML**, DiSaia PJ. Interstitial Ir-192 brachytherapy for primary carcinoma of the vagina. 27th Annual Meeting, The Western Association of Gynecologic Oncologists, British Columbia, Jun 1999.

96.    Tewari K, Taylor JA, Liao SY, Hughes CCW, Burger RA, Manetta A, **Berman ML**, DiSaia PJ, Villarreal LP. Immunohistochemical analysis, human papillomavirus DNA detection, hormonal manipulation and exogenous gene expression of normal and dysplastic human cervical tissue in severe combined immunodeficiency mice. 27th Annual Meeting, The Western Association of Gynecologic Oncologists, British Columbia, Jun 1999.

97.    Tewari KS, Taylor JA, Liao SY, DiSaia PJ, **Berman ML**, Manetta A, Monk BJ, Burger RA, Hughes CCW, Villarreal LP. The generation of a grand unified theory for cervical carcinogenesis utilizing a severe combined immunodeficiency murine-human xenograft model. 1st Annual Meeting, Chao Family Comprehensive Cancer Center Symposium, Irvine, California, Jun 1999.

98.    McHale M, Monk BJ, Upsani S, Peng Y, Brewer C, Rose S, McMeekin S, Meyskens FL, **Berman ML**. The influence of serum and tissue micronutrient levels of the regression rate of CIN II and III. The Twenty-Eighth Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Victoria British Columbia Canada, June 1999. Gynecol Oncol 74:318-319, 1999.

99.    Tewari K, Cappuccini F, DiSaia PJ, **Berman ML**, Manetta A and Kohler MF. Malignant germ cell tumors of the ovary: Management and survival – A twenty year experience. 7th Biennial Meeting, The International Gynecologic Cancer Society, Rome, Italy, Sep 1999.

100.    Tewari K, Syed N, Kuo JV, Puthawala AA, Ramsinghani NS, Monk BJ, **Berman ML**, DiSaia PJ. Interstitial Ir-192 brachytherapy for primary carcinoma of the vagina. The Meeting of the American Radium Society, 1999.

101.    Tewari KS, Kuo JV, Puthawala AA, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ, Syed AMN. Interstitial IR-192 brachytherapy for primary carcinoma of the vagina. The Twenty-Eighth Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Victoria, British Columbia, Canada, Jun 1999.

102.    Tewari K, Cappuccini F, Rose GS, Kohler MF, Manetta A, **Berman ML**, DiSaia PJ. Management of malignant germ cell tumors of the ovary. The Meeting of the American Radium Society, 1999.

103. Tewari K, Taylor, Liao, Hughes, Burger RA, Manetta A, **Berman ML**, DiSaia PJ, Monk BJ, Villareal. Immunohistochemical analysis, viral DNA detection, hormonal manipulation and exogenous gene expression of normal and dysplastic human cervical epithelium in SCID mice. The 30th Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Fransisco CA, Mar 1999.

104. Chan JK, Lin Y, McClaren K, Bloss JD, Buller RE, Monk BJ, Tewari K, Yamada S, **Berman ML**. Vaginal hysterectomy for the treatment of endometrial cancer in medically compromised women—is it a reasonable alternative? The Twenty-Eighth Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Victoria British Columbia Canada, June 1999. Gynecol Oncol 74:316, 1999.

105. McHale M, Monk B, Upsani S, Peng Y, Brewer C, Keefe K, Meyskens F, **Berman ML**. The influence of serum and tissue micronutrient levels on the regression rate of CIN II and III. The First Annual Symposium on Carcinogenesis and Cancer Prevention: Cervical Cancer at the University of California, Irvine, Chao Family Comprehensive Cancer Center, Orange, California, Jun 1999.

106. Chan JK, Monk BJ, Upasani S, McHale M, Keefe K, Brewer C, McMeekin R, Rose S, Wilczynski S, Meyskens F, **Berman ML**. Factors that influence the regression of CIN in a randomized, placebo, controlled beta carotene trial. The First Annual Symposium on Carcinogenesis and Cancer Prevention: Cervical Cancer at the University of California, Irvine, Chao Family Comprehensive Cancer Center, Orange, California, June 1999.

107. Brewster WR, Ziogas A, Monk BJ, Anton-Culver H, Yamada SD, DiSaia PJ, **Berman ML**. Improved survival after surgery compared to irradiation. An intent to treat analysis of US women with stage IB/IIA cervical cancer: 1988-1995. The Twenty-Eighth Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Victoria British Columbia Canada, June 1999. Gynecol Oncol 74:325, 1999

108. Chan JK, Lin Y, McClaren K, Bloss JD, Buller RE, Monk BJ, Tewari K, Yamada S, **Berman ML**. Vaginal hysterectomy for the treatment of endometrial cancer in medically compromised women—is it a reasonable alternative? Seventh Biennial Meeting of the International Gynecologic Cancer Society (IGSC), Rome Italy, September 1999. Int J Gynecol Cancer 9:89, 1999.

109. Chan J, Keefe KA, Brewer CA, Monk BJ, Youssef MM, Upasni S, Wilczynski SP, **Berman ML**. Factors that influence the regression of CIN in a randomized, placebo-controlled Beta Carotene Trial. UCI Chao Family Comprehensive Cancer Center First Annual Meeting on Carcinogenesis and Cancer Prevention: Cervical Cancer, June 25-27, 1999.

110. Keefe KA, Brewer CA, Schell MJ, Rose GS, McMeekin DS, Chapman J, Wilczynski S, Lagerberg W, Meyskens FL, **Berman ML**. Effects of B-Carotene on cervical intraepithelial neoplasia (CIN): A Phase III Trial. Oral Poster Presentation, The 31st Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Diego CA, Feb 2000.

111. Chan JK, Monk BJ, Upasani S, Tewari K, Keefe KA, Brewer CA, McMeekin DS, Rose GS, Wilczynski S, Meyskens FL, **Berman ML**. Regression of high grade cervical dysplasia – What factors are responsible? Poster presentation, The 31st Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Diego CA, Feb 2000.

112.     Chan Brewster WR, Monk BJ, Ziogas A, Yamada SD, DiSaia PJ, Anton-Culver H, **Berman ML**.  Improved survival after surgery compared to radiation:  An intent to treat analysis of U.S. women with stage IB/IIA cervical cancer:  1988-1995.  The 31st Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Diego, CA, February 2000.

113.     Chan JK, Lin YG, McLaren DE, Tewari K, Monk BJ, Bloss JD, Buller RE, **Berman ML**.  Vaginal hysterectomy for the treatment of endometrial cancer in medically compromised women – Is it a reasonable alternative?  Poster presentation, The 31st Annual Meeting of the Society of Gynecologic Oncologists (SGO), San Diego CA, Feb 2000.

114.     JK, Monk BJ, Upasani S, Tewari K, McHale M, Keefe K, Brewer C, McMeekin S, Rose S, Wilczynksi S, Meyskens F, **Berman ML**.  Regression of high-grade cervical dysplagia—what factors are responsible?  The 2000 SmithKline Beecham National Gynecologic Oncology Fellows' Forum, San Diego CA, Feb 2000.

115.     Tewari KS, Cappuccini F, Puthawala AA, Kuo JV, Burger RA, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ and Syed AMN. Primary invasive cancer of the vagina:  Treatment with interstitial brachytherapy. 82nd Annual Meeting, The American Radium Society, London, England, Apr 2000.

116.     Tewari KS, Gamie SH, Syed AMN, Nazmy N, Sharma A, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ and Puthawala AA. High-dose-rate (HDR) interstitial brachytherapy for cervical carcinoma: Preliminary results. 28th Annual Meeting, The Western Association of Gynecologic Oncologists, Monterey, CA, May 2000.

117.     Tewari KS, Gamie SH, Syed AMN, Nazmy N, Sharma A, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ and Puthawala AA. High-dose-rate (HDR) interstitial brachytherapy for cervical carcinoma: Preliminary results. 31st Annual Meeting, The Felix Rutledge Society, San Antonio, TX, May 2000.

118.    Chan JK, Monk BJ, Brewer CA, Keefe KA, McHale MT, Osann S, McMeekin DS, Rose GS, M, Wilzynski S, Meyskens FL, **Berman ML**.  HPV infection, sexual risk factors, and histologic grade are strong predictors for regression of high grade cervical dysplasia. The 29th Annual Meeting of the Western Association of Gynecologic Oncologists, Monterey CA, May 2000.

119.    Tewari K, Gamie SH, Syed AMN, Nazmy N, Cappuccini F, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ.  High-doses-rate (HDR) interstitial brachytherapy for cervical carcinoma: Preliminary results.  The 29th Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Monterey CA, May 2000.

120.    Chan JK, Monk BJ, Brewer C, Keefe K, McHale M, Osann K, McMeekin S, Rose GS, Youssef M, Wilczynski S, Meyskens F, **Berman ML**. HPV Infection, Sexual Risk Factors, and Histologic Grade are Strong Predictors for Regression of High Grade Cervical Dysplasia, International Gynecologic Cancer Society, Buenos Aires, Argentina, October 2000.

121.    Gillette-Cloven CN, Burger RA, McMeekin DS, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ, Kohler MF. Bowel Resection at the Time of Primary Debulking for Epithelial Ovarian Cancer. The 32nd Annual Meeting of the Society of Gynecologic Oncologists, Nashville, TN, March 2001.

122.    Chan, JK, Youssef, M, McMeekin, S, Monk, BJ, Osann, K,Vasilev, S, **Berman ML**, DiSaia, PJ.   Survival Outcomes of Uterine Papillary Serous Carcinoma after Cytoreductive Surgery and Taxol and Platinum-Based Chemotherapy.  The 30th Annual Meeting of The Western Association of Gynecologic Oncologists (WAGO), Sun Valley, ID, June, 2001.

123.    Chan JK, Loizzi V, Monk BJ, Brewer C, Keefe KA, Osann K, McMeekin S, Rose GS, Youssef M, Wilczynski SP, Meyskens FL, **Berman ML**. Spontaneous Regression of CIN II and III – What are the strong predictors? ACOG Annual District Meeting, Kauai, Hawaii, October 2001.

124.    Chan, J.K., Youssef, M., McMeekin, S., Monk, B.J., Osann, K., Vasilev, S., DiSaia, P.J., **Berman, M.L.**. Benefits of Cytoreductive Surgery and Taxol and Platinum-based Chemotherapy of Uterine Papillary Serous Carcinoma. Gynecologic Oncology. 2002 Mar 84(3): 529.

125.     **Berman ML**. Role of lymphnode surgery for endometrial cancer. 7th Annual Taiwan Joint Cancer Conference.  Taichung, Taiwan, May 2002.

126.     **Berman ML**. Cervical cancer: **c**urrent management and future direction**.** 7th Annual Taiwan Joint Cancer Conference. Taichung, Taiwan, May 2002**.**

127.    Lin Y, Loizzi V, DiSaia PJ, **Berman ML**. Conservative surgery for ovarian borderline tumors: fertility and survival outcomes. ACOG 50th Annual Clinical Meeting, Los Angeles CA, May 2002.

128. Chan JK, Sheets E, Burger RA, **Berman ML**, Monk BJ. Tumor size, histology, and smoking are prognostic in the treatment of small-cell cervical carcinoma. ACOG 50th Annual Clinical Meeting, Los Angeles CA, May 2002.

129. Chan JK, Monk BJ, Brewer C, Keefe K, Osann K, McMeekin S, Rose SG, Youssef M, Wilczynski S, Meyskens FL, **Berman ML**. Human Papillomavirus Infection and Number of Lifetime Sexual Partners Are Strong Predictors for Natural Regression of Cervical Intraepithelial Neoplasia 2 and 3. ACOG 50th Annual Clinical Meeting, Los Angeles, California. May 2002.

130. Loizzi V, Chan JK, Burger RA, **Berman ML**, Monk BJ. The significance of clinical and pathological prognostic factors in neuroendocrine carcinoma of the cervix. The 31st Annual Meeting of the Western Association of Gynecologic Oncologists (WAGO), Newport Beach CA, Jun 2002.

131. Chan JK, Loizzi V, Burger RA, Rutgers J, **Berman ML**, Monk BJ. Prognostic factors in neuroendocrine small cell cervical carcinoma – a multivariate analysis. Ninth Biennial Meeting of the International Gynecologic Cancer Society, Seoul Korea, Oct 2002.

132. Chan JK, Lin Y, Loizzi, DiSaia PJ, **Berman ML**. Conservative surgery for ovaan borderline tumors - fertility and survival outcomes. Ninth Biennial Meeting of the International Gynecologic Cancer Society, Seoul Korea, Oct 2002.

133. Loizzi V, Chan JK, Cappucci F, Osann K, DiSaia PJ, **Berman ML**. Survival and response rates in refractory ovarian cancer treated with chemoresistance assay guided chemotherapy. Ninth Biennial Meeting of the International Gynecologic Cancer Society, Seoul Korea, Oct 2002.

134. Loizzi V, Chan JK, Burger RA, **Berman ML**, Monk BJ. The Significance of Clinical and Pathological Prognostic Factors in Neuroendocrine Carcinoma of the Cervix. Gynecologic Oncology 88 (2003) 465-478. Mar. 2003.

135. Im SS, Gordon A, Buttin B, Leath III CA, Gostout BS, Shah C, Hatch KD, Wang J, **Berman ML**. Assessment of SGO and ACOG Referral Guidelines for women with pelvic masses in identifying ovarian cancer patients. Gynecologic Oncology 92 (2004) 393-511.

136. Tewari KS, Burger RA, Mehta RS, Yu I-R, Kyshtoobayeva AS, Monk BJ, Manetta A, **Berman ML**, DiSaia PJ, Fruehauf J. Conservation of In Vitro Drug Resistance Patterns in Epithelial Ovarian Cancer. 10th Biennial International Gynecologic Cancer Society Meeting (IGCS). Edinburgh, Scotland. October 2004. International Journal of Gynecological Cancer 14 (Suppl. 1), 27, 2004.

137. Randall-Whitis LM, Monk BJ, **Berman ML**. Modifications of Surgical Technique in Radical Abdominal Hysterectomy. The 16th Annual Review Course on Gynecologic Oncology and Pathology as International Symposium on Radical Hysterectomy Dedicated to Jidekazu Okabayashi , Kyoto, Japan, February, 2007.

138.  Gatcliffe TA, Shah A, Kuo JV, Tewari KS, **Berman ML**, Brewster WR, Burger RA, Monk BJ. Weekly topotecan is feasible with standard-dose cisplatin and concurrent pelvic radiation in the treatment of stage IB2-IVA cervical carcinoma. 39th Annual Meeting of the Society of Gynecologic Oncologists/2008 Annual Meeting on Women's Cancer[TM], Tampa, FL, March 2008. Gynecol Oncol 2008 March;108(3)S144.

139.  Meltzer S, Chase D, Watanabe T, Gatcliffe T, **Berman ML**, Monk BJ. Challenges in the Diagnosis of Adenocarcinoma In Situ Versus Invasive Adenocarcinoma of the Uterine Cervix: a Retrospective Review of 67 Cases. Poster #9, 2009 Joint Meeting of WAGO and SGO of Canada, Vancouver, BC Canada, June 2009.

140.  Burton E, Chase D, De Guzman J, **Berman ML**. Joint Surgical Management of Selected Women with Recurrent Ovarian Cancer by Gynecologic Oncologists and Surgical Oncologist. Poster #65, 2009 Joint Meeting of WAGO and SGO of Canada, Vancouver, BC Canada, June 2009.

JEFFREY S. FREED, M.D., P.C.
969 Park Avenue
New York, New York 10028

Telephone: (212) 396-0050
Fax: (212) 396-0052

## CURRICULUM VITAE

| | |
|---|---|
| NAME: | Jeffrey Stephen Freed |
| ADDRESS: | 969 Park Avenue<br>New York, New York 10028 |
| OFFICE TELEPHONE: | (212) 396-0050 |
| SPECIALTY: | General Surgery/Proctology |
| DATE OF BIRTH:<br>PLACE OF BIRTH: | April 8, 1945<br>Brooklyn, New York |
| E.I.N. #: | 13-3695155 |

EDUCATION:

| COLLEGE | DEGREE | YEAR |
|---|---|---|
| Syracuse University | none | 1962-1964 |
| Brooklyn College | BA | 1964-1966 |
| State University of New York – Downstate College of Medicine Brooklyn, New York | M.D. | 1966-1970 |

TRAINING:

POST GRADUATE

| | | |
|---|---|---|
| Internship | Mount Sinai Medical Center<br>New York, New York | 7/1/70 –<br>6/30/71 |

PLAINTIFF'S
EXHIBIT
4

| Residency | General Surgery | |
|---|---|---|
| | Mount Sinai Medical Center | 7/1/71 – |
| | New York, New York | 6/30/76 |

| Board Certification | The American Board of Surgery | 11/11/77 |
|---|---|---|
| | Board Recertification | 10/13/89 |
| | Board Recertification | 10/19/2001 |

LICENSURE #

110976
New York State – January 10, 1972

Honors and Awards:

B.A. Cum Laude
Brooklyn College, 1966
Brooklyn, New York

M.D. Cum Laude
State University of New York
Downstate Medical Center
Brooklyn, New York

Academic Appointments:

Associate Clinical Professor       Mt. Sinai School of Medicine, 1992 – Present

Associate Attending       Mt. Sinai Medical Center, 1/92 to Present

Attending       Mt. Sinai Medical Center, 1979 to 1992

Section Chief – Surgery       Bronx Veterans Hospital, 7/79 to Present

Professional Societies:

American College of Gastroenterology – Fellow
American College of Surgeons – Fellow
American Medical Association
The Society for Surgery of the Alimentary Tract
American Society for Parenteral and Enteral Nutrition
Association for Academic Surgery
Brooklyn Surgical Society
Medical Society of the County of Queens
New York Academy of Gastroenterology
National Physicians Review Organization
New York Society of Surgeons

American Geriatric Society
New York Surgical Society
Society of Laparoendoscopic Surgeons
Association of Clinical Scientists
American Society of Colon and Rectal Surgeons
International Organization for Women and Development

Committees:

| | |
|---|---|
| 1978 to Present | Admissions Committee<br>Value Improvement Program<br>Cholecystectomy Task Force |
| 1988 to Present | Transfusion Committee |
| 3/1991 to Present | Publications Committee – Alumni, Chairman<br>Editor, The Alumni News |
| 2003 | Oversight Committee for Visit of Liaison Committee on<br>Medical Education and Accreditation – Department of<br>Medical Education – Mount Sinai School of Medicine |

Subcommittees:

| | |
|---|---|
| July 26 & 27, 1990 | Interdisciplinary Communications<br>Nurse – Physician Collaboration<br>Mount Sinai Hospital |

Funded Research Projects (Completed)

1.  Efficacy of Control Release Sutures (funded by Ethicon Corporation.)
    1976-7.

2.  Treatment of Chronic Encephalopathy (funded by the Mount Sinai School
    of Medicine and Warner Chilcott.) 1978-9.

3.  Effect of Naloxone on Septic Shock in Dogs (funded by the Mount Sinai
    School of Medicine.) 1983.

4.    Use of Ozone in Burns (Principal Investigator H. Weinberg – Sponsor,
      Medizone International, Inc.) 1988-89.

5.    The Use of Beta-Starch Based Solutions for Volume Replacement in the
      Shock and Normovolemic Models (Principal Investigator: Jeffrey
      Silverstein – Sponsor, Biotime, Inc.) 1994 – present.

## BIBLIOGRAPHY

A. PAPERS

1.  Freed, J. S., Giron, F.: PROFUNDA FEMORIS
    REVASCULARIZATION: A NEW TECHNIQUE. Mount Sinai Journal
    of Medicine 43:385, 1976.

2.  Freed, J.S., Edelman, S.: PRIMARY TORSION OF THE GREATER
    OMENTUM MIMICKING DUODENAL ULCER. American Journal of
    Gastroenterology 66:386, 1976.

3.  Freed, J.S., Baum, V.: CONTROL OF LUMBAR ARTERIAL
    BLEEDING DURING AORTIC ANEURYSM SURGERY. Archives of
    Surgery 112:345, 1977.

4.  Freed, J.S., Sicular, A.: ANAMALOUS BILIARY AND PANCREATIC
    DUCT INSERTION. Mount Sinai Journal of Medicine 44:282, 1977.

5.  Freed, J.S., Christodoulides, G., Szuchmacher, P.H.: A NEW
    TECHNIQUE FOR RESECTION OF GASTRIC POLYPS. Mount Sinai
    Journal of Medicine 45:232, 1978.

6.  Freed, J.S., Christodoulides, G., Szuchmacher, P.H.: SYNCHRONOUS
    PERFORATIONS OF JEJUNAL DIVERTICULITIS: A CASE
    REPORT. Mount Sinai Journal of Medicine 45:542-544, 1978.

7.  Szuchmacher, P.H., Freed, J.S.: IMMEDIATE REVASCULARIZATION
    OF THE POPLITEAL ARTERY AND VEIN: A CASE REPORT.
    Vascular Surgery 18:142, 1978.

8.  Bluestone, L., Freed, J.S. and Szuchmacher, P.H.: THE INTERNEURAL
    INCISION FOR BILIARY TRACT OPERATIONS. Surgery,
    Gynecology and Obstetrics 147:21, 1978.

9.  Freed, J.S., Kaynan, A., Szuchmacher, P.H.: DOPAMINE AND THE
    AGED. Journal of the American Geriatric Society 26:524, 1978.

10. Freed, J.S., Kirscher, P.: SURGERY FOR SOLITARY MULTIPLE
    PULMONARY METASTASES. New York State Journal of Medicine
    78:1711, 1978.

11. Freed, J.S., Szuchmacher, P.H., Bluestone, L., Fano, A.: MASSIVE
    COLONIC VARICEAL BLEEDING SECONDARY TO ABNORMAL
    SPLENOCOLIC COLLATERALS. Diseases of Colon and Rectum
    21:126, 1979.

12. Freed, J.S., Krespi, Y.: UNUSUAL UROLOGIC CATHETER
    COMPLICATIONS. New York State Journal of Medicine 79:1892, 1979.

13. Freed, J.S., Roc, G., Szuchmacher, P.H.: INTRAMURAL DUODENAL
    HEMATOMA MIMICKING CARCINOMA OF THE HEAD OF THE
    PANCREAS. Mount Sinai Journal of Medicine 46:564, 1979.

14. Szuchmacher, P.H., Freed, J.S.: THE EXTERNAL CAROTID ARTERY
    IN REVASCULARIZATION OF THE UPPER EXTREMITY. Vascular
    Surgery 14:30, 1980.

15. Szuchmacher, P.H., Freed, J.S.: AXILLARY ANEURYSM. New York
    State Journal of Medicine 80:795, 1980.

16. Freed, J.S., Reiner, M.A., Kirschner, P.: METACHRONUS
    PULMONARY METASTASES. Mount Sinai Journal of Medicine
    49:237, 1982.

17. Freed, J.S., Reiner, M.A., Dreiling, DS.A.: PANCREATIC ABSCESS
    SECONDARY TO DEGENERATED NON-HODGKINS LYMPHOMA.
    Mount Sinai Journal of Medicine 50:424-427. 1983.

18. Freed, J.S., Reiner, M.A., Levy, L., Savit, J.: MOYA MOYA DISEASE
    IN BLACK ADULTS. New York State Journal of Medicine 83:237, 1983.

19. Freed, J.S., Reiner, M.A.: ACUTE CHOLECYSTITIS AS A
    COMPLICATION OF SARCOIDOSIS. Archives of Internal Medicine
    143:2188, 1983.

20. Heimann, T.M., Freed, J.S., Reiner, M.A.: A SIMPLE TECHNIQUE
    FOR RESECTION OF THE UNCINATE PROCESS DURING
    PANCREATECTOMY. Surgery, Gynecology and Obstetrics 160:166-7,
    1985.

21. Freed, J.S., Reiner, M.A.: P.R.O. AND THE AGED. Journal of the American Geriatric Society 33:198-199, 1985.

22. Lourie, G., Pruzansky, J., Reiner, M.A., Freed, J.S.: PYARTHROSIS OF THE SACRO-ILIAC JOINT PRESENTING AS LUMBAR RADICULOPATHY. Spine 11:638-640, 1986.

23. Norton, K., Cohen, B., Reiner, M.A., Freed, J.S.: RETROPERITONEAL ABSCESS FROM PERFORATED SIGMOID DIVERTICULITIS. American Journal of Gastroenterology 80:986-988, 1986.

24. Shapiro, R., Freed, J.S., Reiner, M.A.: APPENDICEAL DIVERTICULUM. New York State Journal of Medicine 4:155-6, 1986.

25. Freed, J.S., Reiner, M.A.: SEPSIS: UNUSUAL PRESENTATION SECONDARY TO PROCAINAMINE INDUCED AGRANULOCYTOSIS. Mount Sinai Journal of Medicine 80:194-197, 1986.

26. Keohane, M.E., Schwartz, I., Freed, J.S., Fishe, R.: SUB-DIAPHRAGMATIC BRONCHOGENIC CYST WITH COMMUNICATION TO THE STOMACH. Human Pathology 19:868-871, 1988.

27. Halpern, N.A., Freed, J.S., et al: SEGMENTAL INTESTINAL ABSORPTION OF RANITIDINE HYDROCHLORIDE INVESTIGATIVE AND THERAPEUTIC IMPLICATIONS. American Journal of Gastroenterology 5:599-43, 1990.

28. Katz, R.N., Freed, J.S., et al: MALIGNANT FIBROUS HISTIOCYTOMA OF THE GASTROINTESTINAL TRACT IN A PATIENT WITH NEUROFIBROMATOSIS. American Journal of Gastroenterology 11:527-30, 1990.

29. Kazlow, P.G., Freed, J.S., Reiner, M.A., Dische, R., Benkov, K.J., Rosh, J.R., LeLeiko, N.S.: SALMONELLA TYPHIMURIUM APPENDICITIS. Journal of Pediatric Gastroenterology and Nutrition 12:101-3, 1991.

30. Lewis, B., Freed, J.S., Katz, L.B., Aufsus, A.H., Waye, J.: INOPERATIVE ENTEROSCOPY. American Journal of Gastroenterology, 1991.

31. Binderow, S.R., Cavallo, R.J., Freed, J.S.: LABORATORY
    PARAMETERS AS PREDICTORS OF OPERATIVE OUTCOME
    AFTER MAJOR ABDOMINAL SURGERY IN AIDS AND HIV-
    INFECTED PATIENTS. Am. Surg. 59:754, 1993.

32. Binderow, S.R., Mayer, R., Freed, J.S.: MASSIVE HEMORRHAGE
    FROM SOLITARY RECTAL ULCER: Toward a Definitive Treatment.
    The Mount Sinai Journal of Medicine 9:1-4, 1995.

33. Freed, J.S., Aldoroty, R.: SUTURELESS RECTOPEXY.
    PRELIMINARY RESULTS. American Journal of Gastroenterology
    98:S109, 2003.

34. Feighner, J.P., Sverdlov, L., Nicolau, G., Abajian, H.B., Hlavka, J., Freed,
    J.S., Tonelli Jr., G.: CLINICAL EFFECTIVENESS OF NEMIFITIDE, A
    NOVEL PENTAPEPTIDE ANTIDEPRESSANT, IN DEPRESSED
    OUTPATIENTS: COMPARISON OF FOLLOW-UP RE-TREATMENT
    WITH INITIAL TREATMENT. International Journal of
    Neuropsychopharmacology 6: 207-213, 2003

35. Nicolau, G., Feighner, J.P., Stout, R., Hlavka, J., Gutierrez, M., Ciric, S.,
    Freed, J.: COMPARISON OF SYSTEMIC EXPOSURE TO
    NEMIFITIDE FOLLOWING TWO METHODS OF SUBCUTANEOUS
    ADMINISTRATION TO HEALTHY VOLUNTEERS. Biopharmaceutics
    & Drug Disposition 26: 379-385, 2005.

36. Feighner, John P., Sverdlov, Lev, Hlavka, Joseph, Nicolau, Gabriela,
    Cartwright, Kenneth, and Freed, Jeffrey S.: CLINICAL EFFECT OF
    NEMIFITIDE, A NOVEL PENTAPEPTIDE ANTIDEPRESSANT, IN
    THE TREATMENT OF SEVERELY DEPRESSED REFRACTORY
    PATIENTS. International Clinical Psychopharmacology. Volume 23,
    Issue 1, pp 29-35, January 2008.

37. Nicolau, Gabriela, Freed, Jeffrey S.: METABOLISM OF THE
    ANTIDEPRESSANT NEMIFITIDE AND ITS POTENTIAL FOR DRUG
    INTERACTIONS (TXEN-2008-0017). Manuscript. Xenobiotica.
    January 2008.

38. Murphy, Steven AR, Freed, Jeffrey S.: HEALTHCARE'S ASCENSION
    TO PATIENT-CENTERED GENOMIC CARE. Personalized Medicine
    (2008) 5(5): 505-509.

## B. TEXTBOOK CHAPTER/BOOKS

1. FREED, Jeffrey S., and Reiner, Mark A.: SURGERY IN THE AGED; SPECIAL CONSIDERATIONS IN AGING: The Universal Human Experience, New York: Springer, 1988. Pp. 169-178.

2. Editor Jeffrey S. Freed: THE MOUNT SINAI ALUMNI, 1896-1996: 100 YEARS...A HISTORY OF THE MOUNT SINAI ALUMNI (Hardcover).

## C. ABSTRACTS

1. Iberti, T., Werner, B., Freed, J.S., Premus, G.: THE HEMODYNAMIC EFFECTS OF BLOCKERS. CRIT. CARE Med., 1985, 12:242.

2. Benjamin, E., Paluch, A., Skin, J.S., Roshen, M., Freed, J.S., Iberti, T.J.: EFFECTS OF NALOXONE ON REGIONAL $CO_2$ AND LACTATE PRODUCTION IN ENDOTOXEMIA. Crit. Care Med. 4:142, 1985.

3. Reiner, M.A., Freed, J.S.: CLINICAL SIGNS AND SYMPTOMS OF INTRA-ABDOMINAL INFECTION IN THE GERIATRIC PATIENT. Abstract, July 1985;18. International Congress of the International Society of Geriontology.

4. Montgomery, S.A., Feighner, J.P., Sverdlow, L., Abajian, H., Hlavka, J., Nicolau, G., Freed, J.S.: META-ANALYSIS OF EFFICACY OF TWO PILOT CLINICAL STUDIES WITH A NOVEL PENTAPEPTIDE ANTIDEPRESSANT, NEMIFITIDE, IN THE TREATMENT OF DEPRESSION, P.1.011 – Journal of the European College of Neuro-Pharmacology. September, 2003.

5. Montgomery, S.T., Feighner, J.P., Sverdlov, L., Hlavka, J., Tonelli, G., Freed, J.: EFFICACY AND SAFETY IN OUTPATIENT, DOUBLE-BLIND, PLACEBO-CONTROLLED STUDY COMPARING 30mg AND 45mg OF NEMIFITIDE VERSUS PLACEBO IN SUBJECTS DIAGNOSED WITH MAJOR DEPRESSION. Abstract: P.1.006. European Neuropsychopharmacology. The Journal of the European College of Neuropsychopharmacology. Volume 14, (2004), Supplement 3, Page S177.

6. Blumenfeld, Y., Rochon, M., Eddleman, K., Freed, J.: LAPAROTOMY VERSUS LAPAROSCOPY FOR ANTENATAL APPENDECTOMY. SMFM Abstracts. Supplement to American Journal of Obstetrics & Gynecology. S81, December 2005.

7. Feighner, J.P., Sverdlov, L., Hlavka, J., Nicolau, G., Tonelli, G., Freed, J.: DOUBLE-BLIND, PLACEBO-CONTROLLED, MULTICENTER STUDY EVALUATING NEMIFITIDE, A NEW PENTAPEPTIDE ANTIDEPRESSANT, WHEN GIVEN DAILY OR EVERY OTHER DAY FOR THREE WEEKS IN THE TREATMENT OF MAJOR DEPRESSIVE DISORDER. Abstract: P.1.030. European Neuropsychopharmacology. The journal of the European College of Neuropsychopharmacology. Volume 15 (2005) Supplement 2, page S119.

8. Szporn, A., Freed, J.S., et al: CYTOLOGIC FEATURES OF HAILEY-HAILEY DISEASE IN AN ANAL THINPREP: PITFALLS IN THE DIAGNOSIS OF SQUAMOUS INTRAEPITHELIAL LESIONS IN LIQUID-BASED CYTOLOGY SPECIMENS. Abstract: Archives of Pathology & Laboratory Medicine. October 2009.

## D. LETTERS

1. Freed, J.S.: GASTROINTESTINAL SERIES IN PATIENTS WITH GALLSTONES. Correspondence Society of Surgeons 240:2734, 1978.

2. Freed, J.S.: POLYPS. Correspondence Society of Surgeons 2:3, 1979.

3. Freed, J.S.: BRACHIAL ARTERY RECONSTRUCTION USING THE HEPARIN BONDED SUNDT SHUNT. Surgery 89:355, 1981.

4. Freed, J.S.: INVASIVE ADENOCARCINOMA IN A POLYP REMOVED BY COLOTOMY. Correspondence Society of Surgeons 6:5, 1983.

5. Freed, J.S.: ON WHETHER SMALL DIRECT INGUINAL HERNIAS NEED REPAIR IN 1990. Correspondence Society of Surgeons 2:3, 1990.

6. Freed, J.S., Reiner, M.A.: INTRA-ABDOMINAL INFECTIONS IN ELDERLY. Journal of American Geriatrics Society 32:408, 1984.

7. Freed, J.S.: NON-SPECIFIC PROCTITIS IN A PATIENT WITH HARTMANN'S POUCH. Correspondence Society of Surgeons 6:3, 1984.

8. Freed, J.S., Reiner, M.A.: PRIMARY LINITIS PLASTICA. Dis. Colon, Rectum 27:274, 1984.

9. Freed, J.S.: TREATMENT OF ASYMPTOMATIC SUBMUCOSAL
   CECAL TUMOR. Correspondence Society of Surgeons 7:8, 1985.

10. Freed, J.S., Reiner, M.A.: BACTERIOLOGY AND SEPTIC COLO
    COMPLICATIONS OF APPENDICITIS. Annals of Surgery 202:131,
    1985.

11. Freed, J.S., Reiner, M.A.: NUTRITION, SURVIVAL AND AIDS. The
    American Journal of Gastroenterology 12:476, 1990.

12. Freed, J.S.: POPLITEAL ARTERY INJURY. Contemporary Surgery
    148:151, 1997.

E. LETTER TO EDITOR

1. Freed, M.D., Jeffrey S.: RELEVANT RECERTIFICATION – A
   PROBLEM FOR SPECIALTY BOARDS. The American Journal of
   Surgery Vol. 197 No. 4, 2009.

F. LECTURES AND PRESENTATIONS

1. INFLAMMATORY BOWEL DISEASE. St. John's Episcopal Hospital,
   Far Rockaway, New York. October 25, 1977.

2. INFLAMMATORY BOWEL DISEASE. Long Beach Hospital, Long
   Beach, New York. December 9, 1977.

3. SURGERY FOR SOLITARY AND MULTIPLE PULMONARY
   METASTASES. Paper and lecture published in New York State Journal
   of Medicine, September 1978. New York Society of Thoracic Surgery.
   January 16, 1978.

4. DISCUSSION OF PRESENT CONCEPTS IN ETIOLOGY DIAGNOSIS
   AND THERAPY OF HEPATIC ENCEPHALOPATHY INCLUDING
   ARTIFICIAL LIVER SUPPORT WITH THE CHARCOAL
   HEMOPERFUSION SYSTEM. St. John's Episcopal Hospital, Far
   Rockaway, New York. May 9, 1978.

5. USE OF HEMOPERFUSION IN THE POST PORTACAVAL SHUNT ENCEPHALOPATHIC PATIENT. Surgical Rounds, Mount Sinai Hospital, New York, New York. June 14, 1978.

6. SURGERY OF PANCREATIC DISEASE. Combined GI/Surgical Grand Rounds, Bronx VA Hospital, Bronx, New York. September 10, 1982.

7. SURGERY IN THE AGED. Combined GI/Surgical Grand Rounds, Bronx VA Hospital, Bronx, New York. August 1, 1985.

8. AIDS IN MEDICINE. Annual Shop Stewards' Educational Program, Local 153 OPEIU. September 14 and 28, October 12, and November 2, 1985.

9. CLINICAL SIGNS AND SYMPTOMS OF INTRA-ABDOMINAL INFECTION IN THE GERIATRIC PATIENT. Presented at the International Congress Meetings in New York. The International Society of Gerentology. 1985.

10. DIVERTICULITIS OF SMALL AND LARGE INTESTINE. Surgical Grand Rounds, Doctors Hospital, New York, New York. November 21, 1985.

11. "MANAGEMENT OF VASCULAR ACCESS CATHETERS." Presented at Doctors Hospital, New York, New York. February 14, 1991.

12. "ADVANCES IN LAPAROSCOPIC SURGERY." Surgical Grand Rounds, Bronx VA Medical Center. Surgical Service, Bronx, New York. September 5, 1991.

13. "OVERVIEW OF ADVANCES IN LAPAROSCOPIC SURGERY." Surgical Grand Rounds, Valley Hospital, Ridgewood, New Jersey. February 29, 1992.

14. "ADVANCES IN LAPAROSCOPIC TECHNIQUES." LAPAROSCOPIC COLECTOMY COURSE. Dept. of Surgery, The Mount Sinai School of Medicine and the Page and William Black Postgraduate School of Medicine. Faculty. September 11-12, 1992 and December 4-5, 1992.

15. "TRANSABDOMINAL PREPERITONEAL APPROACH TO LAPAROSCOPIC HERNIORRHAPHY." Exhibit – presentation. The American College of Surgeons – Scientific Exhibition. Clinical.

16. COLLAGEN SPHINCTEROPLASTY. Assn. Of Attending Staff of the Mount Sinai Hospital – Fifteenth Annual Medical Symposium. Faculty. 1993.

17. "COMMON DISORDERS OF THE ANORECTUM." Assn. Of Attending Staff of the Mount Sinai Hospital. Considered. 18th ANNUAL COURSE, New York Society for Gastrointestinal Endoscopy and Cornell University Medical College. New York. November 10-11, 1994.

18. Posters. Feighner, J.P., Sverdlov, L., Abajian, H., Nicolau, G., Hlavka, J., Freed, J.: PILOT STUDY WITH NEMIFITIDE IN PATIENTS WITH SEVERE TREATMENT-RESISTANT DEPRESSION. XXIII CINP Congress. Montreal, Canada. June 23-27, 2002.

19. Poster. Aldoroty, Robert A., Freed, Jeffrey S.: SUTURELESS LAPAROSCOPIC RECTOPEXY: Preliminary results. American College of Gastroenterology, October 2003.

20. ANAL SPHINCTER PRESERVATION IN RECTAL CARCINOMA. Oncology Conferences. Centre Hospitalier Universitaire Brugmann. Universitair Verplegingscentrum Brugmann. Service de Pneumologie. Brussels, Belgium. May 15 – May 21, 2005.

21. Poster. Blumenfeld, Y., Rochon, M., Eddleman, K., Freed, J.: LAPAROTOMY VERSUS LAPAROSCOPY FOR ANTENATAL APPENDECTOMY. SMFM Abstracts. Supplement to American Journal of Obstetrics & Gynecology. Poster Session II. February 2, 2006.

22. MEDICAL EDUCATION: FACTORS THAT AFFECT MEDICAL STUDENT ATTITUDES TOWART THE PRACTICE OF CLINICAL MEDICINE. A LONGITUDINAL STUDY. Medical Education Grand Rounds, Mount Sinai School of Medicine, New York, New York. May 3, 2006.

23. Teaching. Intersession March 2006. PBL Sessions. Mount Sinai School of Medicine, New York, New York.

24. INTERNATIONAL SERVICE. THE REALITIES OF THE BRIGADE. Pan-American Healthcare Dialogue. Guatemala City, Guatemala. April 21, 2006.

25. ETHICS OF INTERNATIONAL SERVICE. Humanities in Medicine Forum. Mount Sinai School of Medicine, New York, New York. July 10, 2006.

26. BECOMING A SURGEON. Alumni Career Mentoring Day. State University of New York Downstate Medical Center, Brooklyn, New York. July 7, 2006.

27. Poster. Gross, Rachel, Freed, Jeffrey, Friedman, Erica: FACTORS THAT AFFECT MEDICAL STUDENT ATTITUDES TOWARD THE PRACTICE OF CLINICAL MEDICINE. NEGEA 2007 Annual Educational Retreat. Stony Brook, New York. June 8-9, 2007.

28. Poster. Wang, Cindy; DeFilippo, Caroline; Freed, Jeffrey: MEDICAL STUDENTS MAKING IMPACTS: A MODEL FOR SHORT-TERM GLOBAL HEALTH EXPOSURE DURING MEDICAL SCHOOL. Conference. Northeast Group of Educational Affairs, Burlington, VT. April 12-13, 2008.

29. Poster. Gers, R., Freed, J.S., Fallon, R., Friedman, E.: FACTORS THAT AFFECT MEDICAL STUDENTS ATTITUDES TOWARD THE PRACTICE OF CLINICAL MEDICINE. Research Day, Mount Sinai School of Medicine. 2006.

30. Poster. Szporn, A., Freed, J.S., et al: CYTOLOGIC FEATURES OF HAILEY-HAILEY DISEASE IN AN ANAL THINPREP: PITFALLS IN THE DIAGNOSIS OF SQUAMOUS INTRAEPITHELIAL LESIONS IN LIQUID-BASED CYTOLOGY SPECIMENS. College of American Pathologists, CAP '09, Washington, D.C., October 11-14, 2009.

31. Union – Mount Sinai Bioethics Program Pro-Seminar "A Day at Mount Sinai". Mount Sinai School of Medicine, August 6, 2010. Cases From Mount Sinai, Jeffrey Freed, MD, General Surgery.

32. Oxford – Mount Sinai Consortium on Bioethics. Mount Sinai School of Medicine, April 4-6, 2011. Panel Discussion: *Clinical Medicine across Cultures.* Jeffrey Freed, MD, Mount Sinai School of Medicine.

## G. CONFERENCES/LECTURES ATTENDED

1. "UPDATE ON ADVANCES IN ALZHEIMER'S DISEASE." Research Insights and New Therapies. The Jewish Home and Hospital (Isadore Gerber Memorial Lecture). New York, New York. November 1, 1993.

2. COLLAGEN SPHINCTEROPLASTY. Assn. of Attending Staff of the Mount Sinai Hospital – Fifteenth Annual Medical Symposium. Faculty. 1993.

3.  SURGICAL GRAND ROUNDS – MOUNT SINAI SCHOOL OF MEDICINE. 1/1/93 to 12/31/93. 30 HOURS.

4.  "COMMON DISORDERS OF THE ANORECTUM." Assn. of Attending Staff of the Mount Sinai Medical Center – 18th ANNUAL COURSE, New York Society for Gastrointestinal Endoscopy and Cornell University Medical College, New York. November 10-11, 1994.

5.  SURGICAL GRAND ROUNDS – MOUNT SINAI SCHOOL OF MEDICINE. 1/1/94 to 12/31/94. 30 HOURS.

6.  SURGICAL GRAND ROUNDS – MOUNT SINAI SCHOOL OF MEDICINE. 1/1/95 to 12/31/95. 30 HOURS.

7.  "MODERN TREATMENT OF HEMORRHOIDS." Mount Sinai School of Medicine – GI Care Center Lecture Series. June 6, 1996.

8.  HIGH TECHNOLOGY TRENDS IN HEALTH CARE. The Page and William Black Postgraduate School of the Mount Sinai School of Medicine. June 7, 1996.

9.  SURGICAL GRAND ROUNDS – MOUNT SINAI SCHOOL OF MEDICINE. 1/1/96 to 12/31/96. 30 HOURS.

10. "MAKING DECISIONS IN INFLAMMATORY BOWEL DISEASE." 24th ANNUAL SPRING MEETING. American College of Surgeons. April 11-14, 1996.

11. RESEARCH PROJECT ON NEW TOBACOO-LESS CIGARETTES. Sponsors: Feton International – Rue Gabrielle Petistratt 4. Bruxelles – Brussels. August 26, 1997.

12. SCIENTIFIC PROGRAM – ALUMNI MOUNT SINAI SCHOOL OF MEDICINE: The Page and William Black Continuing Medical Education Program. April 12, 1997.

13. TACROLIMUS IMPROVES BUT DOES NOT INDUCE REMISSION OF CROHN'S PERIANAL FISTULAS. Medscape CME. February 20, 2004.

14. COMPUTED TOMOGRAPHY OF THE ABDOMEN AND PELVIS: A GUIDE FOR REFERRING PHYSICIANS. Medscape CME. March 9, 2004.

15. NEW GUIDELINES FOR STAGE II COLON CANCER. Medscape CME. September 5, 2004.

16. RADIATION THERAPY FOR PROSTATE CANCER MAY INCREASE RECTAL CANCER RISK IN IRRADIATED FIELD. Medscape CME. April 12, 2005.

17. MEDICAL ERRORS. Keynote speech given by Dr. Jeffrey S. Freed. Annual Ethics Evening. The Medical Ethics Student Organization. Mount Sinai School of Medicine. May 8, 2008.

18. AMERICAN COLLEG OF SURGEONS. Joint Sponsorship Program. Continuing Medical Education Certificate. Regular Scientific Meeting. November 11, 2009. New York Presbyterian Hospital.

19. MESH HERNIORRHAPHY WORKSHOP WITH A FOCUS ON MESH DEVICE INSERTION. Organized by Rwandese Surgical Society and sponsored by Johnson& Johnson Professional Export. Central Hospital – Kigali. April 15-17, 2010.

## H. AWARDS

1. Voluntary Attending of the Year 2006. Alpha Omega Alpha, Lambda Chapter. Mount Sinai School of Medicine. February 23, 2006.

2. Special Mention at Alpha Omega Alpha Induction Ceremony. Certificate of recognition for service to the graduating class of 2008. Mount Sinai School of Medicine. February 27, 2008.

3. Mount Sinai Alumni Humanitarian of the Year Award 2010.

4. Hope for a Healthier Humanity Humanitarian of the Year Award 2011.

## I. MEDICAL MISSIONS

1. Thailand, June 2003. Bankok University Hospital. Sponsor, Thai-American. 2 weeks surgical mission.

2. Belize, March 2004. Mount Sinai School of Medicine. 1 week Medical Student Teaching/Clinic mission.

3. San Francisco de Macoris, Dominican Republic, March 2005. Mount Sinai School of Medicine. 1 week Medical Student/Faculty surgical mission.

4. San Pedro Sula, Honduras, Leonardo Martinez Hospital, Catholic University of Honduras, December 2005. Mount Sinai School of Medicine. Medical Students Making Impacts. 1 week Medical Student/Faculty surgical mission.

5. San Pedro Sula, Honduras, Leonardo Martinez Hospital, Catholic University of Honduras, June 2006. Mount Sinai School of Medicine. Medical Students Making Impacts. 1 week Medical Student/Faculty surgical mission.

6. San Pedro Sula, Honduras, Leonardo Martinez Hospital, Catholic University of Honduras, December 2006. Mount Sinai School of Medicine. Medical Students Making Impacts. 1 week Medical Student/Faculty surgical mission.

7. Liberia, March 2007. Exploratory mission. 1 week.

8. San Pedro Sula, Honduras, Leonardo Martinez Hospital, Catholic University of Honduras, June 2007. Mount Sinai School of Medicine. Medical Students Making Impacts. 1 week Medical Student/Faculty surgical mission.

9. Nigier, Niamey Hospital, October 2007. 1 week Fistula Mission. International Organization for Women and Development.

10. Liberia, Phebe Hospital, JFK Hospital, January 2008. 2 weeks surgical mission. Leader of Mission.

11. San Pedro Sula, Honduras, Leonardo Martinez Hospital, Catholic University of Honduras, March 2008. Mount Sinai School of Medicine. Medical Students Making Impacts. 1 week Medical Student/Faculty surgical mission.

12. Niamey, Niger, Government and International Organization for Women and Development, October 2008, "Fistula Mission", 2 weeks.

13. Liberia – Mission of Hope, January 2009, Mount Sinai School of Medicine Surgical Mission, 2 weeks.

14. San Pedro Sula, Honduras, Leonardo Martinez Hospital, Catholic University of Honduras, March 2009. Mount Sinai School of Medicine. Medical Students Making Impacts. 1 week Medical Student/Faculty surgical mission.

15. Hanoi, Vietnam, International Organization for Women and Development, October 3 – 14, 2009. Fistula and incontinence surgery.

16. Liberia – Mission of Hope, January 2010, Mount Sinai School of Medicine Surgical Mission, 2 weeks.

17. Rwanda – CHUK National Hospital and International Organization for Women And Development, April 2010, "Fistula Mission", 2 weeks.

18. Rwanda – CHUK National Hospital and International Organization for Women and Development, October 2010, "Fistula Mission", 2 weeks.

19. Liberia – Mission of Hope, January 2011, Mount Sinai School of Medicine Surgical Mission, 2 weeks.

20. Dominican Republic – Peralta Regional Hospital, April 2011. Mount Sinai School of Medicine. 1 week Medical Student/Faculty surgical mission.

21. Dominican Republic – Peralta Regional Hospital, November 2011. Mount Sinai School of Medicine. 1 week Medical Student/Faculty surgical mission.

22. Liberia – Mission of Hope, January 2012, Mount Sinai School of Medicine Surgical Mission, 2 weeks.

Schedule F:  Depositions to be Read into Evidence

      Lilia Dulce, R.N.
             No Objection

      Melissa Gilliam, M.D.
             No Objection

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

HELEN MONROE, Administrator of the
Estate of REGINA ROMERO, Deceased,

                  Plaintiff,

    v.

UNITED STATES OF AMERICA,

                  Defendant.

No.   04 CV 7358

### Plaintiff's Proposed Findings of Fact and Conclusions of Law

Upon the record before the Court as of _____, 2014, at the close of the admission of evidence, pursuant to Fed.R.C.V.P.58(a), the Court finds the following facts to have been proven by a preponderance of the evidence, and applying the applicable law to such factual findings, makes the following conclusion of law.

### Findings of Fact

1.    This is a medical negligence and wrongful death case brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C.§2671.

2.    This case involves the death of 46 year-old Regina Romero arising from care and treatment at the U.S. Department of Veterans Affairs (VA) Westside Medical Center, Chicago, Illinios, in 2001.

3.    Prior to trial, the Court conducted an evidentiary hearing and found that Melissa Gilliam, M.D. was an employee of the United States.

**Parties**

4. Regina Romero, born March 13, 1955, is the natural and biological mother of Gilbert Romero, born June 21, 1976, and Christina Czmil, born July 22, 1988.

5. Helen Monroe is the duly appointed Administrator of the Estate of Regina Romero, deceased.

6. The defendant is the United States of America.

7. The remedy against the United States of America under the FTCA is exclusive for torts based on employees acting within the scope of their employment.

8. Plaintiff appropriately invoked the litigation provisions of the FTCA by filing suit more than six months after filing an administrative claim.

9. The Department of Veterans Affairs is an agency of the defendant, United States of America.

10. At all times relevant, the Westside VA Medical Center was a VA operated facility and at all relevant times the individuals treating Regina Romero were employees acting within the scope of their employment, falling within the scope of the FTCA.

11. Plaintiff has complied with all jurisdictional and procedural prerequisites relating to the filing and prosecution of the litigation.

12. The United States answered plaintiff's complaint and entered an appearance in this case.

13. The claims of Helen Monroe on behalf of Regina Romero's estate and on behalf of all Wrongful Death beneficiaries of Regina Romero, are properly before this Court.

**Jurisdiction and Venue**

14. The United States District Court for the Northern District of Illinois, Eastern

2

Division, has jurisdiction over this case under the provisions of 28 U.S.C. §1346(b).

15.     Venue is proper in this Court pursuant to 28 U.S.C.§1402(b).

**Procedural History**

16. This lawsuit, filed on November 12, 2004, named the United States and alleged that

negligent medical treatment at Westside on and after July 18, 2001, led to Regina Romero's

death on September 5, 2001. The United States answered the complaint and denied that a

surgeon who performed a surgery on July 18, 2001, Melissa Gilliam, M.D., was an employee of

the United States.

17. The plaintiff amended her complaint on October 25, 2005, and added Dr. Gilliam as

a direct defendant. Dr. Gilliam moved to dismiss based upon statute of limitations. Her motion

was granted in part but denied as to the Wrongful Death claim of the decedent's minor daughter.

Dr. Gilliam filed a motion for summary judgment, claiming she was an employee of the United

States. On March 21, 2008, Judge Zagel denied the motion, finding questions of fact existed

whether Dr. Gilliam should be deemed a United States employee, and ordered the parties to

conduct further discovery and participate in an evidentiary hearing on the issue.

18. On October 12, 2010, Judge Zagel held an evidentiary hearing and heard testimony

from multiple witnesses and received numerous exhibits. On January 27, 2011, the Court found

that the United States had exercised sufficient control over Dr. Gilliam and deemed her an

employee of the United States. She was subsequently terminated individually from the lawsuit.

**Medical Facts**

19. In July, 2001, Regina Romero was referred to Westside by a physician at the Hines

VA Medical Center because of an abnormal pap smear and colposcopic biopsy, which showed

3

carcinoma in situ (CIS). CIS is advance precancerous cervical disease that has not become invasive. For CIS, a cone biopsy is diagnostic and usually curative.

20. On July 18, 2001, Dr. Melissa Gilliam performed a cold-knife cone biopsy of the cervix at the Westside VA. Pathology results for the biopsy confirmed that Mrs. Romero did not have invasive disease and a properly-executed cone biopsy would likely have cured her of cervical cancer.

21. A cold-knife cone biopsy, or conization, involves making an incision with a scalpel around the circumference of the cervix to remove involved tissue. Typically, the size of a cervical biopsy specimen is about 2 x 2 cm and at most 2 x 3 cm. The VA's pathology report confirmed that Dr. Gilliam cut out a 2 x 7.5 cm portion of the cervix during the biopsy. The specimen was so large, it included a portion of the lower uterus and its removal caused a laceration of the uterine arteries and a perforation at the cul-de-sac of the vagina.

22. One result of the tissue removal was excessive bleeding, which Dr. Gilliam could not satisfactorily control. According to an article written about Mrs. Romero's case by VA physicians and published in the peer-reviewed journal, *Surgery* ("More on Monsel's..., Shuhaiber, Lipnick, Teresi, Molinari, Ryoo and Cnitron, *Surgery,* 2005;137:263-4), Dr. Gilliam packed the vagina with Monsel's solution-soaked pads. According to Dr. Gilliam, she injected Monsel's solution with a large syringe into the vagina.

23. Monsel's solution is a yellowish brown solution of ferric (iron) subsulfate with a low (acidic) pH. It is commonly used by gynecologists to stop oozing from cervical biopsies. It is also used after skin biopsies. The proper use of Monsel's in those circumstances involves dabbing a cotton swab with the solution and spreading it evenly on the wound. It is never

4

appropriate to place Monsel's soaked packing in the vagina and it is never appropriate to inject Monsel's solution into the vagina.

24. When Mrs. Romero's bleeding abated, she was taken to the recovery room. Within 30 minutes, however, she exhibited signs of hypovolemic shock along with signs of bleeding into the peritoneal (abdominal) cavity and she was taken back to the operating room for urgent surgical abdominal exploration.

25. This second procedure was performed by Dr. Gilliam, Dr. Miguel Teresi, a VA attending general surgeon, and Dr. Michele Molinari, a VA surgical resident. Drs. Teresi and Molinari were admitted employees of the United States.

26. When Drs. Gilliam, Teresi and Molinari opened up the abdomen, they observed a copious amount of viscous coffee ground material all over the abdominal cavity. The coffee ground material was blood and Monsel's solution.

27. They also observed a sizeable perforation of the uterine wall with perforation into the abdominal cavity and injury to both uterine arteries. These injuries occurred as a result of the cone biopsy. Drs. Gilliam, Teresi and Molinari had to perform a hysterectomy to stop the bleeding. At the timed of this second procedure, Drs. Gilliam, Teresi and Molinari knew there had been a perforation into the abdominal cavity.

28. It was undisputed that as a result of the injuries sustained during the biopsy, Monsel's solution entered Regina Romero's abdominal cavity. Monsel's solution stops bleeding by binding proteins in blood into a gluelike substance. When put on tissue, the solution denatures certain structures of the cell, causing necrosis, or cell death.

29. When used on the cervix or the skin, Monsel's can cause a small injury, but it will

5

heal. The same injury to abdominal organs like the small bowel can be catastrophic because these organs do not heal the same way and are not in the same environment.

30. By July 22, Mrs. Romero should have been improving in all aspects. Instead, she became febrile and her white blood cell count became elevated, which are signs of infection. By July 24, she was manifestly septic but the VA did not take her back for surgery until July 26.

31. The VA did not perform a CT scan until July 26, 2001. The scan showed free air in the abdominal cavity, a sign of bowel perforation. Mrs. Romero was taken back to the operating room for an emergent re-exploration of the abdomen which was performed by Dr. Stewart Lipnick, a VA general surgeon, Dr. Molinari, and Dr. Gilliam. Findings included a rusty crust throughout the abdominal cavity and bowels. The rusty crust was blood and Monsel's solution.

32. Additional findings included a necrotic portion of small bowel, which was resected. A primary anastomosis was performed, that is, sewing the two remaining ends of the small bowel together. A feeding tube, or J-tube, was also inserted into the jejunum. The surgical wound had to be left open and covered with a piece of plastic because of significant bowel swelling. A subsequent pathology report regarding the small bowel specimen revealed necrotic tissue on the margins. Necrotic tissue on the margins means that live bowel was sewn to dead bowel or dead bowel was sewn to dead bowel.

33. Mrs. Romero was not returned to the operating room until a "scheduled return" for a planned closure of the surgical wound on July 31. That surgery revealed complete dehiscence, or breakdown, of the anastomosis, allowing bowel contents to leak into the abdominal cavity, along with an abscess between loops of small bowel and around the spleen. The surgeons attempted to drain the abscess, removed the J-tube and irrigated the abdominal cavity. None of these

6

procedures addressed the leaking anastomosis.

## BREACH OF THE STANDARD OF CARE

34. VA healthcare providers breached the medical standard of care. Dr. Michael

Berman, plaintiff's gynecology expert testified that Dr. Gilliam violated the standard of care in

multiple ways during the cone biopsy. The VA records state that an attempt was made to

remove as much of the cervix as possible in order to remove all abnormal cells. The size of a

specimen, however, should typically be 2 x 2 cm and at most 3 x 3 cm. Dr. Gilliam cut out tissue

measuring 2 x 7.5 cm. This improperly large specimen, which included part of the uterus and

vagina, led to a laceration of both arteries that feed the uterus and a perforation of the vagina in

the cul-de-sac area.

35. Dr. Berman testified that if a precancerous area on the cervix might be bigger than 3

x 3 cm, the standard of care requires the surgeon to perform a safe conization (with a specimen

no bigger than 2 x 2 - 3 x 3 cm) and then move on to other treatments *if* the pathology indicates

some of the precancerous cells remain. His testimony was uncontradicted and credible.

36. After injuring the uterus, vagina and the uterine arteries, Dr. Gilliam encountered

significant bleeding. Her response to that bleeding also breached the standard of care. All

witnesses agreed that Monsel's solution should never be injected into the vagina nor should

Monsel's soaked pads be inserted in the vagina in circumstances like these. Introducing

Monsel's solution allowed it flow into the abdominal cavity. All witnesses agree that Monsel's

should never be introduced into the abdominal cavity.

37. It is undisputed that Monsel's solution entered the abdominal cavity and damaged the

small bowel. Dr. Jeffery Freed, plaintiff's general and colo-rectal surgery expert, testified that

7

the VA failed to timely diagnose and treat this damage between July 18 and July 26, 2001. During the hysterectomy, the VA was required to fully wash out any Monsel's solution from the abdomen and carefully inspect all of the bowel. The VA admitted in its Article that the most likely cause of the initial bowel perforation was damage by Monsel's solution not removed by irrigation on July 18, 2001.

38. Though a hysterectomy patient should have been steadily improving, Mrs. Romero was not and, in fact, was deteriorating from July 22. Dr. Freed testified that by July 24, Mrs. Monroe was septic and should have been taken back to the operating room.

39. On July 26, when a reexploration was finally done, the surgeons failed to properly resect or reattach the ends of the small bowel. Instead, they sewed dead bowel to live bowel, which is a deviation from the standard of care. If it is not possible to sew live bowel to live bowel, or if the surgeon cannot be sure, the standard of care requires an end ostomy, medication to slow down motility and subsequent feeding via intravenous catheter. This allows the bowel to rest and heal.

40. Once a surgeon knows or should know of necrotic bowel in the margins of the specimen, he has to reoperate immediately to remove the dead bowel tissue and reconnect viable bowel. On July 31, when a third surgery was finally performed, the VA observed that the prior anastomosis had failed but failed to fix it, allowing non-sterile bowel contents to leak into the abdominal cavity. Dr. Freed testified that up until July 31, 2001, Mrs. Romero could have been saved with proper treatment.

**CAUSATION**

41. More likely than not, on July 18, 2001, had the Westside VA Medical Center

performed a cervical cone biopsy within the standard of care, Regina Romero would have suffered no injury and would not have died. If Dr. Gilliam had not removed an inappropriately large specimen, Mrs. Romero would be alive and unharmed today. If Dr. Gilliam had not introduced Monsel's solution into the abdominal cavity, Mrs. Romero would be alive today. If the VA had timely recognized post-operative abdominal signs or signs of sepsis, a timely reoperation would have saved Mrs. Romero. If the VA, even after finally recognizing bowel perforation and sepsis, had performed appropriate procedures on July 26, 2001, Mrs. Romero would not have died. Finally, if the VA would have appropriately treated the deteriorating bowel up to July 31, 2001, Mrs. Romero would have survived.

42. The defendant did not designate *any* expert witness, much less a witness to rebut causation. Therefore, all of the evidence at trial conclusively establishes causation.

43. The Court therefore finds by a preponderance of the evidence that the plaintiff has met her burden on the element of causation for all of her allegations of negligence from July 18, 2001 through July 31, 2001, inclusive.

**DAMAGES**

44. Under Illinois law, the Court can assess damages for Regina Romero's physical pain and mental suffering, her disability (or loss of a normal life), and her disfigurement suffered before her death. The Court can also assess damages for the loss of society suffered by Christina Czmil and Gilbert Romero. "Loss of society" means the mutual benefits that each family member receives from the other's continued existence, including love, affection, care, attention, companionship, comfort, guidance, and protection. IPI (Civil) No. 31.11.

9

45. As a proximate result of the VA's negligence on and after July 18, 2001, Mrs. Romero suffered a long and excruciating course with many complications. She was forced to endure multiple additional surgical procedures to "wash out" the peritoneal cavity.

46. Her course was complicated by, among other things, sepsis, disseminated intravascular coagulopathy (DIC), adrenal insufficiency, pulmonary embolism and toxic epidurmal necrolysis (TEN). She suffered severe pain for almost her entire hospitalization.

47. By July 27th, Mrs. Romero, though on a ventilator, was arousable and in pain. By July 28th, she had generalized and marked edema. Her fingers were so swollen, her ring had to be removed. She began to have blistering on her arms and thighs. She also had a large amount of constant drainage from her open abdominal wounds and she was forced to undergo dressing changes several times per day that were so painful she had to be pre-medicated with morphine. Even with pain medication, Mrs. Romero was making "facial grimaces" during procedures.

48. On August 3, 2001, Mrs. Romero underwent tracheotomy placement. She was febrile and sweating, she had a catheter in her urethra, she had several drain tubes sticking out of her abdomen, draining yellow-green fluids, she had an arterial catheter and a central venous catheter, she had a rubber tube suctioning fluid from her abdominal wound, she had a G-tube and was on a ventilator attached to a tube surgically inserted through her neck. She also had bluish stool with reddened and irritated perineal area and a heat-rash-like redness on her back. She complained of pain over the abdominal area and throat. She had a new pelvic drain placed and continued to accumulate necrotic debris under the plastic cassette covering her abdomen.

49. As of August 4, 2001, Mrs. Romero had generalized edema with her arms so swollen they were pitted. She communicated with her mother by squeezing her hand. She had continued

10

drainage from four drains in her abdomen. She was awake and responsive and in response to questions about pain, she mouthed "stomach." Her drainage was alternately brown, clear and bloody.

50. She had a complete breakdown of her anastomosis by this time, with large amounts of oozing drainage. By August 7th, she had multiple blood clots in the pelvis and active bleeding at the anterior sigmoid well. An IVC filter was placed for pulmonary embolism after she arrested.

51. On August 9th, her arms and legs were mottled, diffusely swollen and cold to the touch. She was bleeding profusely from the abdominal incision and had blood oozing from multiple sites, including her tracheotomy, causing blood to cake around her mouth. Small blisters began to form over her entire body.

52. On August 10th, she was lethargic but grimaced with oral suctioning. Over the next several days, she continued to have generalized severe swelling and blisters with bluish discoloration on finger tips and both feet, related to TEN. The blisters covering her entire body oozed and she bled from every orifice from her DIC. She arrested on August 11th and was revived. Over the next several days her TEN advanced to oral mucocutaneous involvement and desquamation of the hands, legs, arms, trunk, face and gums. She remained responsive, aware and in severe pain.

53. By August 29th, she developed a bedsore on her sacrum requiring debridement. On September 1st, her arterial line was removed resulting in "projectile oozing." According to VA records, her mental status remained "good." By September 2nd, she was responsive only to deep pain. She remained consistently unresponsive only from September 2, 2001, until her death on September 5, 2001.

11

54. Any conclusion of law that may be deemed a finding of fact is so deemed.

**CONCLUSIONS OF LAW**

55. This Court has jurisdiction of the parties and subject matter in this cause to hear and determine liability and damages arising out of injuries sustained by Regina Romero and all wrongful death beneficiaries of Regina Romero, proximately caused by the negligent health care provided at the Westside VA Medical Center from July 18, 2001 through July 31, 2001, inclusive, pursuant to 28 U.S.C. §§1346(b), 2401, and 2671, *et. seq.*

56. Under the FTCA, liability for medical malpractice is controlled by state law, the law of Illinois in this case. *See Hollis v. United States*, 323 F.3d 330, 334 (5th Cir. 2003). Under Illinois law, the plaintiff in a medical negligence action must present evidence of 1) the standard of care, 2) a breach of that standard of care, 3) and that the breach caused an injury. *Walski v. Teisinga*, 72 Ill.2d 249. (1978). The standard of care can be proved through expert testimony or through admissions by, or cross examination of, a defendant. *Purtill v. Hess*, 111 Ill.2d 229, 242 (1986).

57. Physicians are required possess and use the knowledge skill and care ordinarily used by a reasonably careful physician under the same or similar circumstances. *Studt v. Sherman Health Sys.*, 951 N.E.2d 1131, 2011 Ill. LEXIS 1093, 351 Ill. Dec. 467 (2011). To establish proximate cause, the plaintiff must prove by a preponderance of the evidence that the defendant's negligence was *a* cause that, in the natural or ordinary course of events, produced the plaintiff's injury. It need not be the only cause or the last or even the nearest cause. It is sufficient if it combines with some other cause resulting in the injury. IPI (Civil) No. 15.01.

59. The injuries and damages sustained by Regina Romero before her death and by all

wrongful death beneficiaries of Regina Romero were proximately caused by the negligent acts and omissions of employees of the United States of America acting within the scope of their employment, under the FTCA, and under circumstances where the United States of America, if a private person, would be liable to the plaintiff in accordance with Illinois law, the substantive law applicable in this case.

60. Defendant United States of America is legally liable for plaintiff's injuries and damages by reason of the negligent medical care provided by the Westside VA Medical Center from July 18, 2001 through July 31, 2001, inclusive.

61. Judgment should be entered against the United States of America and in favor of the plaintiff in the following amounts:

Under the Illinois Survival Act:          $_____

Under the Illinois Wrongful Death Act:  $_____

62. Plaintiffs should recover their costs from defendant.

63. Under the FTCA, the Court does not award pre-judgment interest. 28 U.S.C. § 2674. However, post-judgment interest should accrue and be payable on all of the above amounts at the maximum rate allowable by law from the date this Judgment is filed with the appropriate government agency until said Judgment is paid.

13

64. Any finding of fact that may also be deemed a conclusion of law is so deemed.

Signed this the _____ day of _____,

So ORDERED this          day of                          ,


_____
Honorable William Hart
United States District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HELEN MONROE, Administrator of the )
Estate of REGINA ROMERO, Deceased, )
                                   )
           Plaintiff, )
                                   )    No. 4 C 7358
          v. )
                                   )    Judge Hart
UNITED STATES OF AMERICA, )
                                   )
           Defendant. )

## Defendant's Proposed Findings of Fact and Conclusions of Law

### Findings of Fact

1.      This is a medical negligence and wrongful death case brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671.

2.      This case involves the death of 46-year-old Regina Romero arising from care and treatment at the U.S. Department of Veterans Affairs (VA) Westside Medical Center (currently known as Jesse Brown Medical Center), Chicago, Illinios, in 2001.

3.      Regina Romero, born March 13, 1955, is the natural and biological mother of Gilbert Romero, born June 21, 1976, and Christina Czmil, born July 22, 1988.

4.      Helen Monroe is the mother of Regina Romero and is the duly appointed Administrator of the Estate of Regina Romero.

5.      The defendant is the United States of America.

6.      The Department of Veterans Affairs is an agency of the United States of America.

7.   Plaintiff has complied with all jurisdictional and procedural prerequisites relating to the filing and prosecution of the litigation.

8.   The United States answered plaintiff's complaint, and the U.S. Attorney's Office has appeared on behalf of the United States in this case.

9.   Jursidiction and venue are proper in this district and division.

10.  This lawsuit, filed on November 12, 2004, named the United States and alleged that negligent medical treatment at Westside on and after July 18, 2001, led to Regina Romero's death on September 5, 2001.   The United States answered the complaint and denied that a gynecologist who performed surgery on July 18, 2001, Melissa Gilliam, M.D., was an employee of the United States.

11.  The United States asserted that Dr. Gilliam was employed by the University of Illinois and worked at Westside pursuant to a contract between the VA and the University of Illinois.

12.  The plaintiff amended her complaint on October 25, 2005, and added Dr. Gilliam as a defendant.   Dr. Gilliam moved to dismiss based upon the statute of limitations.   Her motion was granted in part but denied as to the Wrongful Death claim of the decedent's minor daughter.
Dr. Gilliam next moved for summary judgment, arguing that she should be considered an employee of the United States for FTCA purposes.   That motion was denied because questions of fact existed, and the court ordered the parties to conduct further discovery and participate in an evidentiary hearing on the issue.

13.  On October 12, 2010, the court held an evidentiary hearing and heard testimony from multiple witnesses and received numerous exhibits.   On January 27, 2011, the court decided that Dr. Gilliam should be considered an employee of the United States for FTCA purposes.

Accordingly, Dr. Gilliam was terminated as a defendant in the lawsuit. The United States maintains its objection to considering Dr. Gilliam an employee of the United States for FTCA purposes, and the U.S. Attorney's Office does not (and has never) represented Dr. Gilliam for any reason.

14. In July 2001, Regina Romero was referred to Westside by a physician at the Hines VA Medical Center because of an abnormal pap smear and colposcopic biopsy, which showed carcinoma in situ (CIS). CIS is advanced precancerous cervical disease that has not become invasive. For CIS, a cone biopsy is diagnostic and may be curative.

15. On July 18, 2001, Dr. Gilliam performed a cold-knife cone biopsy of the cervix at the Westside VA.

16. A cold-knife cone biopsy, or conization, involves making an incision with a scalpel around the circumference of the cervix to remove involved tissue. Dr. Gilliam cut out a 2 x 7.5 cm portion of the cervix during the biopsy.

17. One result of the tissue removal was excessive bleeding, which Dr. Gilliam could not satisfactorily control. According to Dr. Gilliam, she injected Monsel's solution with a syringe into the vagina to control the bleeding.

18. Monsel's solution is a yellowish brown solution of ferric (iron) subsulfate with a low (acidic) pH. It is commonly used by gynecologists to stop oozing from cervical biopsies. It is also used after skin biopsies.

19. When Mrs. Romero's bleeding abated, she was taken to the recovery room. Within 30 minutes, however, she exhibited signs of hypovolemic shock along with signs of bleeding into the peritoneal (abdominal) cavity and she was taken back to the operating room for urgent surgical abdominal exploration.

3

20. This second procedure was performed by Dr. Gilliam on July 18, 2001; Dr. Miguel Teresi, a VA attending general surgeon, and Dr. Michele Molinari, a VA surgical resident, were in the operating room during the procedure.

21. When Dr. Gilliam opened up the abdomen, she observed a perforation of the uterine wall that occurred as a result of the cone biopsy. Dr. Gilliam performed a hysterectomy to stop the bleeding.

22. Although not known at the time, the Monsel's solution used during the conization entered Mrs. Romero's abdominal cavity through the perforation. Monsel's solution stops bleeding by binding proteins in blood into a gluelike substance. When put on tissue, the solution denatures certain structures of the cell, causing necrosis, or cell death.

23. Between July 18 and July 26, Mrs. Romero's condition did not improve. Dr. Gilliam was Mrs. Romero's attending physician during that period of time.

24. On July 26, 2001, a CT scan showed free air in the abdominal cavity, a sign of bowel perforation. Dr. Stuart Lipnick, a VA general surgeon who became Mrs. Romero's attending physician from that point forward, took Mrs. Romero to the operating room to repair the presumed perforation. Dr. Molinari and Dr. Gilliam were in the operating room during the procedure.

25. During that procedure, a large amount of enteric fluid was drained, a perforation of the jejunum was repaired, and a second area, about 5 cm distal from the perforation, was noted to be ischemic but not perforated. A feeding tube, or J-tube, was inserted into the jejunum, and a sample of the jejunum was taken and sent to the pathology department for analysis. The surgical wound was covered with a plastic cassette cover because of bowel edema; Dr. Lipnick scheduled removal of the feeding tube and of the cassette cover, allowing for final closure of the surgical wound, for July 31.

4

26.     By July 31, the date scheduled for removal of the feeding tube and cassette cover, Mrs. Romero still was not improving and showed signs of sepsis. Dr. Lipnick took Mrs. Romero back to the operating room for an exploratory laparotomy and found fluid and multiple adhesions and abscesses, which were removed. He also found that the previously placed feeding jejunostomy was loose and that the previous anastomosis was allowing leaks. He reinforced his stitches on the two and inserted drains to decompress fluid collection in the abdominal cavity. However, at this point in time, Dr. Lipnick did not know what was causing the tissue breakdown.

27.     The following day, August 1, 2001, Dr. Lipnick received the report from the pathology department on the tissue sample taken during the July 26 procedure. Based on this information, Dr. Lipnick and his colleagues finally were able to solve the mystery of what was causing Mrs. Romero's illness --- namely, the Monsel's solution injected during the conization traveled through the perforation in the uterine wall made during the conization and entered the abdominal cavity and caused necrosis of the small bowel.

28.     The chief of surgery, Dr. Donald Wood, talked to Mrs. Romero's mother, Helen Monroe, the following day. Dr. Wood told Mrs. Monroe that ferrous subsulfate entered her daughter's abdominal cavity after the cone biopsy and caused the death of segments of the small bowel. Dr. Wood noted that he wanted to make sure that Mrs. Monroe was given "a realistic picture . . . of the desperate and critical nature of the illness, but that was in no way to be construed as all being hopeless." Plaintiff's expert, Dr. Jeffrey Freed, disagrees; he testified that "the surgery of the 31st closed the door on any chance that Ms. Romero had in surviving this episode."

29.     Thereafter, until her death from sepsis on September 5, 2001, Mrs. Romero suffered a long and painful course with many complications.

## Conclusions of Law

30.     The Federal Tort Claims Act provides a remedy for personal injury caused by the negligent or wrongful act or omission of government employees while acting within the scope of employment. 28 U.S.C. 1346(b), 2671, and 2674. The government is liable in the same manner, and to the same extent, as a private individual in accordance with the law of the state where the case of action arose (in this case, Illinois). *United States v. Olson*, 546 U.S. 43, 45-46 (2005); *Midwest Knitting Mills, Inc. v. United States*, 950 F.2d 1295, 1297 (7th Cir. 1991).

31.     Under Illinois law, to prevail in a medical negligence case, a plaintiff must establish (1) the proper standard of care against which a physician's conduct is measured, (2) a negligent failure to comply with the applicable standard of care, and (3) a resulting injury proximately caused by the physician's lack of skill or care. *Neade v. Portes*, 739 N.E.2d 496, 502 (2000).

32.     The plaintiff bears the burden of proving all three elements through the testimony of medical experts. *Wilbourn v. Cavalenes*, 923 N.E.2d 937, 949 (1st Dist. 2010). The Seventh Circuit has held that Illinois' rule that a plaintiff must present expert testimony to establish medical negligence is substantive, and therefore "part of the Illinois law of medical malpractice incorporated into the federal law of [FTCA actions] by 28 U.S.C. 1346(b) and 2674." *Murrey v. United States*, 73 F.3d 1448, 1456 (7th Cir. 1996). The fact finder must "determine what weight and credibility to give the testimony of each expert and physician." *Gicla*, 572 F.3d at 414.

33.     In medical negligence cases, "the standard of care is the relevant inquiry by which we judge a physician's actions." *Neade*, 739 N.E.2d at 502. Under the standard of care analysis, a defendant physician "will be held to 'the reasonable skill which a physician in good standing in the community would use in a similar case.'" *Id.*; *see also Purtill v. Hess*, 489 N.E.2d 867, 872 (1986) (stating that the standard of care against which a defendant's conduct is measured is "that degree of

6

knowledge, skill, and care which a reasonably well-qualified physician in the same or similar community would bring to a similar case under similar circumstances.").

34.    To establish that a physician breached the standard of care, the plaintiff must establish that that an injury occurred and that such an injury "does not ordinarily occur in the normal course of events without negligence." *Lawrence v. Rubio*, 406 N.E.2d 946, 951 (5th Dist. 1980). "Mere proof that the defendant doctor made a mistake or that his treatment harmed plaintiff is not evidence of lack of skill or negligence." *Id.*

35.    Proximate cause "must be established by expert testimony to a reasonable degree of medical certainty, and the causal connection must not be contingent, speculative, or merely possible." *Johnson v. Loyola Univ. Med. Ctr.*, 893 N.E.2d 267, 272 (1st Dist. 2008); *Hendersen v. Sheahan*, 196 F.3d 839, 851-52 (7th Cir. 1999).

36.    If the injury would have occurred even in the absence of the conduct complained of, then such conduct was not a proximate cause of the injury. *Campbell v. United States*, 904 F.2d 1188, 1193 (7th Cir. 1990). Rather, "[a] plaintiff must prove that it is more probably true than not true that the defendant's negligence was a proximate cause of the injury." *Johnson*, 893 N.E.2d at 272.

37.    To establish proximate cause, the plaintiff must show cause in fact and legal cause. *Palay*, 349 F.3d at 432. When multiple factors may have contributed to cause the injury, the inquiry is "whether the defendant's conduct was a material and substantial factor in bringing about the injury." *Lee v. Chi. Transit Authority*, 605 N.E.2d 493, 502-503 (1992).

38.    Legal cause, by contrast, "presents a question of foreseeability." *Palay*, 349 F.3d at 432. To establish legal cause, a plaintiff must demonstrate that "an injury was foreseeable as the

7

type of harm that a reasonable person would expect to see as a likely result of his or her conduct." *Morisch*, 653 F.3d at 531.

39.     In a bench trial such as this one, the court's proposed findings of fact and conclusions of law are governed by Fed. R. Civ. P. 52(a), and "[t]his means, when the issue is the amount of damages, that the judge must indicate the reasoning that connects the evidence to the conclusion." *Jutzi-Johnson v. United States*, 263 F.3d 753, 758 (7th Cir. 2001). According to the Seventh Circuit, one of the approved methods of justifying an award of damages is to use "awards in similar cases, both in Illinois and elsewhere." *Arpin v. United States*, 521 F.3d 769, 776 (7th Cir. 2008).

40.     Both *Jutzi-Johnson* and *Arpin* stand for the proposition that a court cannot pluck figures from thin air, but must establish a concrete basis for non-economic damages whether through comparable verdicts from various jurisdictions, or by other means, such as using a single-digit multiple of the compensatory damages. *Arpin*, 521 F.3d at 777.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Gina E. Brock
    GINA E. BROCK
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-7919
    gina.brock@usdoj.gov